**Index to Exhibits in Support of**
**Declaration of Alexis Danneman**

| Exhibit | Description |
|---|---|
| 1 | Excerpts from the Arizona 2019 Elections Procedure Manual |
| 2 | Excerpts from the "Maricopa County Recorder's Information Systems Center Rejected Ballots by Precinct" for the November 4, 2008 Election |
| 3 | Excerpts from the "Maricopa County Recorder's Information Systems Center Rejected Ballots by Precinct" for the November 2, 2010 Election |
| 4 | Excerpts from the "Maricopa County Recorder's Information Systems Center Rejected Ballots by Precinct" for the November 6, 2012 Election |
| 5 | Excerpts from the "Maricopa County Recorder's Information Systems Center Rejected Ballots by Precinct" for the November 4, 2014 Election |
| 6 | Excerpts from the "Maricopa County Recorder's Information Systems Center Rejected Ballots by Precinct" for the November 8, 2016 Election |
| 7 | Excerpts from the "Maricopa County Recorder's Information Systems Center Rejected Ballots by Precinct" for the November 6, 2018 Election |
| 8 | Document produced by Pinal County |
| 9 | Excerpts from the 2016 Election Administration and Voting Survey from the U.S. Election Assistance Commission |
| 10 | Excerpts from the 2018 Election Administration and Voting Survey |
| 11 | Article "Secretary of State wants all-mail voting across Arizona for 2020 as coronavirus spreads," written by Andrew Oxford for the *Arizona Republic* |
| 12 | Article "We run Elections in Arizona. An all-mail option for 2020 wouldn't ruin the process," written by Virginia Ross and Lisa Marra of behalf of the Arizona Recorders Association and the Election Officials of Arizona |
| 13 | State of Arizona Registration Report |
| 14 | United States Postal Service's website related to "First-Class Mail" |
| 15 | "Frequently Asked Questions" page on the Maricopa County Recorder website |
| 16 | Article "Coronavirus Puts Postal Service in Deeper Hole," written by Paul Ziobro and Natalie Andrews for the *Wall Street Journal* |
| 17 | Article "Postal Service's financial stress might hurt its ability to handle large volume of mail-in ballots," written by Yelena Dzhanova for *CNBC* |

| Exhibit | Description |
|---------|-------------|
| 18 | Letter from Senators Ron Johnson and Tammy Baldwin to the Inspector General of the United States Postal Service, dated April 9, 2020 |
| 19 | Excerpts from the Draft Elections Procedures Manual |

# Exhibit 1



**SECRETARY KATIE HOBBS**

*STATE OF ARIZONA*

# 2019 ELECTIONS PROCEDURES MANUAL

December 2019

www.azsos.gov 

1700 W. Washington St. Phoenix, AZ 85007 

1-877-THE-VOTE (843-8683) 

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

listed in <u>A.R.S. § 16-591</u> as a basis for the challenge.

<u>A.R.S. § 16-552</u>; <u>A.R.S. § 16-594</u>.

## VI.   PROCESSING AND TABULATING EARLY BALLOTS

The following procedures for processing early ballots shall be followed, unless the Secretary of State has granted a jurisdiction permission to use another method otherwise consistent with applicable law. A jurisdiction wishing to deviate from these instructions must make a request in writing no later than 90 days prior to the election for which the exception is requested.

### A. County Recorder Responsibilities

#### 1. Signature Verification

Upon receipt of the return envelope with an early ballot and completed affidavit, a County Recorder or other officer in charge of elections shall compare the signature on the affidavit with the voter's signature in the voter's registration record. In addition to the voter registration form, the County Recorder should also consult additional known signatures from other official election documents in the voter's registration record, such as signature rosters or early ballot/PEVL request forms, in determining whether the signature on the early ballot affidavit was made by the same person who is registered to vote.

- If **satisfied** that the signatures were made by the same person, the County Recorder shall place a distinguishing mark on the unopened affidavit envelope to indicate that the signature is sufficient and safely keep the early ballot and affidavit (unopened in the return envelope) until they are transferred to the officer in charge of elections for further processing and tabulation.

- If **not satisfied** that the signatures were made by the same person the County Recorder shall make a reasonable and meaningful attempt to contact the voter via mail, phone, text message, and/or email, notify the voter of the inconsistent signature, and allow the voter to correct or confirm the signature. The County Recorder shall attempt to contact the voter as soon as practicable using any contact information available in the voter's record and any other source reasonably available to the County Recorder.

Voters must be permitted to correct or confirm an inconsistent signature until 5:00 p.m. on the fifth business day after a primary, general, or special election that includes a federal office or the third business day after any other election. For the purposes of determining the applicable signature cure deadline: (i) the PPE is considered a federal election; and (ii) for counties that operate under a four-day workweek, only days on which the applicable county office is open for business are considered "business days."

If the early ballot affidavit is not signed, the County Recorder shall not count the ballot. The County Recorder shall then make a reasonable and meaningful attempt to contact the voter via

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

mail, phone, text message, and/or email, to notify the voter the affidavit was not signed and explain to the voter how they may cure the missing signature or cast a replacement ballot before 7:00pm on Election Day. The County Recorder shall attempt to contact the voter as soon as practicable using any contact information available in the voter's record and any other source reasonably available to the County Recorder. Neither replacement ballots nor provisional ballots can be issued after 7:00pm on Election Day.

All early ballots, including ballots-by-mail and those cast in-person at an on-site early voting location, emergency voting center, or through a special election board must be signature-verified by the County Recorder. However, because voters who cast an early ballot in-person at an on-site early voting location, emergency voting center, or through a special election board must show identification prior to receiving a ballot, early ballots cast in-person should generally not be invalidated based solely on an allegedly inconsistent signature absent other evidence that the signatures were not made by the same person. After verifying an in-person early ballot, a County Recorder may update the signature in a voter's record by scanning the voter's affidavit signature and uploading the signature image to the voter's record.

A.R.S. § 16-550(A); A.R.S. § 16-552(B).

## 2. Rejected Early Ballots

If the County Recorder or other officer in charge of elections determines the ballot should be rejected, they shall:

- Indicate for each ballot that the ballot has been rejected;
- Note on the early ballot report or audit report the voter's ID number (or other unique ID number) and the reason for rejection; and
- Set aside the unopened affidavit envelope in the designated stack.

## 3. Incorrect Ballots

If it is determined that the voter was sent an incorrect ballot and there is sufficient time to mail a new ballot and receive the correct voted ballot back from the voter, the County Recorder or other office in charge of elections shall make reasonable efforts to contact the voter and issue a correct ballot.

If it is too late to mail the correct ballot when the error is discovered but it is still possible to link the ballot to the specific voter, the incorrect ballot shall be sent to the Ballot Duplication Board, and any offices or issues the voter could have lawfully voted for shall be duplicated onto the correct ballot.

## B. Early Ballot Board Responsibilities

The Board of Supervisors or officer in charge of elections shall appoint one or more early ballot boards consisting of an inspector and two judges (the two judges must be from different political

# Exhibit 2

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

**Election Title: GENERAL ELECTION**

**Election Number: 1098      Election Date: 11/04/2008**

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0001 | ACACIA | BAD SIGNATURE | 2 |
| | | NO SIGNATURE | 2 |
| 0002 | ACOMA | BAD SIGNATURE | 1 |
| | | NO SIGNATURE | 2 |
| 0004 | ADOBE | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 1 |
| | | NO SIGNATURE | 6 |
| 0005 | AGUA FRIA | RETURNED LATE | 2 |
| | | NO SIGNATURE | 2 |
| 0006 | AGUILA | RETURNED LATE | 1 |
| 0007 | AHWATUKEE | BAD SIGNATURE | 1 |
| | | NO SIGNATURE | 6 |
| 0008 | AIRE LIBRE | BAD SIGNATURE | 5 |
| | | RETURNED LATE | 1 |
| | | NO SIGNATURE | 2 |
| 0009 | ALEXANDER | RETURNED LATE | 2 |
| 0010 | ALHAMBRA | NO SIGNATURE | 1 |
| 0011 | GAVILAN PEAK | NO SIGNATURE | 1 |

EV36Batch-V10.rpt

Date:      11/20/2008

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:             130

Time:     8:21 am

**Election Title: GENERAL ELECTION**

**Election Number: 1098        Election Date: 11/04/2008**

| Precinct/CPC Number | Precinct/CPC Name | | Reason | Number Rejected |
|---|---|---|---|---|
| | Bad Signature Total: | **1220** | | |
| | Returned Late Total: | **1485** | | |
| | No Signature Total: | **2644** | | |
| | Total Rejected: | **5349** | | |

# Exhibit 3

EV36Batch-V10.rpt

Date:    11/16/2010

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:              1

Time:    6:53 am

**Election Title: MARICOPA COUNTY**

**Election Number: 1167          Election Date: 11/02/2010**

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0001 | ACACIA | RETURNED LATE | 2 |
| | | NO SIGNATURE | 3 |
| 0002 | ACOMA | RETURNED LATE | 3 |
| | | NO SIGNATURE | 2 |
| 0003 | ACUNA | RETURNED LATE | 1 |
| | | NO SIGNATURE | 2 |
| 0004 | ADOBE | BAD SIGNATURE | 3 |
| | | RETURNED LATE | 3 |
| | | NO SIGNATURE | 6 |
| 0005 | AGUA FRIA | RETURNED LATE | 1 |
| | | NO SIGNATURE | 4 |
| 0006 | AGUILA | NO SIGNATURE | 1 |
| 0007 | AHWATUKEE | RETURNED LATE | 5 |
| | | NO SIGNATURE | 3 |
| 0008 | AIRE LIBRE | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 4 |
| | | NO SIGNATURE | 5 |
| 0009 | ALEXANDER | RETURNED LATE | 2 |

EV36Batch-V10.rpt

Date:        11/16/2010

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:              134

Time:        6:53 am

Election Title: MARICOPA COUNTY

Election Number: 1167          Election Date: 11/02/2010

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| | | NO SIGNATURE | 2 |

|  |  |
|---|---|
| **Bad Signature Total:** | **704** |
| **Returned Late Total:** | **2680** |
| **No Signature Total:** | **3352** |
| **Total Rejected:** | **6736** |

# Exhibit 4

# MARICOPA COUNTY
## RECORDER'S INFORMATION SYSTEMS CENTER
## REJECTED BALLOTS BY PRECINCT / CPC

### Election Title: MARICOPA COUNTY
### Election Number: 1221      Election Date: 11/06/2012

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0001 | ACACIA | BAD SIGNATURE | 1 |
|  |  | RETURNED LATE | 8 |
|  |  | NO SIGNATURE | 9 |
| 0002 | ACOMA | BAD SIGNATURE | 1 |
|  |  | RETURNED LATE | 6 |
|  |  | NO SIGNATURE | 9 |
| 0003 | ACUNA | BAD SIGNATURE | 2 |
|  |  | RETURNED LATE | 2 |
|  |  | NO SIGNATURE | 8 |
| 0004 | ADOBE | BAD SIGNATURE | 1 |
|  |  | RETURNED LATE | 3 |
|  |  | NO SIGNATURE | 2 |
| 0005 | AGUA FRIA | RETURNED LATE | 1 |
|  |  | NO SIGNATURE | 3 |
| 0006 | AGUILA | NO SIGNATURE | 2 |
| 0007 | AHWATUKEE | RETURNED LATE | 2 |
|  |  | NO SIGNATURE | 10 |
| 0008 | AIRLINE CANAL | BAD SIGNATURE | 1 |

EV36Batch-V10.rpt

Date:       11/21/2012

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:                    99

Time:       10:24 am

**Election Title: MARICOPA COUNTY**

**Election Number: 1221**          **Election Date: 11/06/2012**

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| | Bad Signature Total: | 974 | |
| | Returned Late Total: | 2701 | |
| | No Signature Total: | 4610 | |
| | Total Rejected: | 8285 | |

# Exhibit 5

EV36Batch-V10.rpt

Date:      11/12/2014

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:                    1

Time:      5:58 pm

### Election Title: MARICOPA COUNTY
### Election Number: 1256          Election Date: 11/04/2014

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0001 | ACACIA | BAD SIGNATURE | 2 |
| | | RETURNED LATE | 2 |
| | | NO SIGNATURE | 2 |
| 0002 | ACOMA | RETURNED LATE | 5 |
| | | NO SIGNATURE | 6 |
| 0003 | ACUNA | BAD SIGNATURE | 2 |
| | | NO SIGNATURE | 6 |
| 0004 | ADOBE | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 3 |
| | | NO SIGNATURE | 3 |
| 0005 | AGUA FRIA | RETURNED LATE | 1 |
| 0007 | AHWATUKEE | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 8 |
| | | NO SIGNATURE | 4 |
| 0008 | AIRLINE CANAL | BAD SIGNATURE | 2 |
| | | RETURNED LATE | 4 |
| | | NO SIGNATURE | 5 |
| 0009 | ALAMO | BAD SIGNATURE | 1 |

EV36Batch-V10.rpt

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Date:       11/12/2014

Page:                    94

Time:       5:58 pm

Election Title: MARICOPA COUNTY

Election Number: 1256          Election Date: 11/04/2014

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| | | NO SIGNATURE | 5 |
| 0722 | YUCCA | RETURNED LATE | 3 |
| | | NO SIGNATURE | 2 |
| 0723 | YUMA | BAD SIGNATURE | 1 |
| | | NO SIGNATURE | 2 |
| 0724 | ZUNI HILLS | BAD SIGNATURE | 2 |
| | | RETURNED LATE | 4 |
| | | NO SIGNATURE | 7 |

|  |  |
|---|---|
| **Bad Signature Total:** | **729** |
| **Returned Late Total:** | **2330** |
| **No Signature Total:** | **3749** |
| **Total Rejected:** | **6808** |

# Exhibit 6

EV36Batch-V10.rpt

Date:    11/18/2016

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:            1

Time:    8:05 pm

Election Title: MARICOPA COUNTY

Election Number: 1301        Election Date: 11/08/2016

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0001 | ACACIA | BAD SIGNATURE | 6 |
| | | RETURNED LATE | 1 |
| | | NO SIGNATURE | 6 |
| 0002 | ACOMA | BAD SIGNATURE | 2 |
| | | RETURNED LATE | 3 |
| | | NO SIGNATURE | 1 |
| 0003 | ACUNA | BAD SIGNATURE | 4 |
| | | NO SIGNATURE | 3 |
| 0004 | ADOBE | RETURNED LATE | 2 |
| | | NO SIGNATURE | 1 |
| 0005 | AGUA FRIA | NO SIGNATURE | 3 |
| 0006 | AGUILA | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 2 |
| 0007 | AHWATUKEE | BAD SIGNATURE | 4 |
| | | RETURNED LATE | 4 |
| | | NO SIGNATURE | 3 |
| 0008 | AIRLINE CANAL | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 2 |

EV36Batch-V10.rpt
Date:        11/18/2016

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Election Title: MARICOPA COUNTY

Election Number: 1301          Election Date: 11/08/2016

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0723 | YUMA | BAD SIGNATURE | 1 |
|  |  | NO SIGNATURE | 3 |
| 0724 | ZUNI HILLS | BAD SIGNATURE | 2 |
|  |  | RETURNED LATE | 4 |

|  |  |
|---|---|
| **Bad Signature Total:** | **1456** |
| **Returned Late Total:** | **1536** |
| **No Signature Total:** | **2209** |
| **Total Rejected:** | **5201** |

Exhibit 7

EV36Batch-V10.rpt

Date:    11/19/2018

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:          1

Time:      8:58 pm

### Election Title: MARICOPA COUNTY

### Election Number: 1341          Election Date: 11/06/2018

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0001 | ACACIA | BAD SIGNATURE | 2 |
| | | RETURNED LATE | 4 |
| | | NO SIGNATURE | 6 |
| 0002 | ACOMA | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 3 |
| | | NO SIGNATURE | 1 |
| 0003 | ACUNA | RETURNED LATE | 1 |
| | | NO SIGNATURE | 2 |
| 0004 | ADOBE | RETURNED LATE | 4 |
| | | NO SIGNATURE | 1 |
| 0005 | ADORA | RETURNED LATE | 6 |
| | | NO SIGNATURE | 6 |
| 0006 | AGUA FRIA | RETURNED LATE | 1 |
| | | NO SIGNATURE | 1 |
| 0008 | AHWATUKEE | RETURNED LATE | 2 |
| | | NO SIGNATURE | 2 |
| 0009 | AIRLINE CANAL | RETURNED LATE | 1 |
| 0010 | ALAMO | RETURNED LATE | 6 |

EV36Batch-V10.rpt

Date:      11/19/2018

**MARICOPA COUNTY**
**RECORDER'S INFORMATION SYSTEMS CENTER**
**REJECTED BALLOTS BY PRECINCT / CPC**

Page:          78

Time:      8:58 pm

**Election Title: MARICOPA COUNTY**

**Election Number: 1341        Election Date: 11/06/2018**

| Precinct/CPC Number | Precinct/CPC Name | Reason | Number Rejected |
|---|---|---|---|
| 0746 | YUCCA | RETURNED LATE | 2 |
| | | NO SIGNATURE | 2 |
| 0747 | YUMA | NO SIGNATURE | 1 |
| 0748 | ZUNI HILLS | BAD SIGNATURE | 1 |
| | | RETURNED LATE | 1 |
| | | NO SIGNATURE | 5 |

|  |  |
|---|---|
| **Bad Signature Total:** | **307** |
| **No Signature Total:** | **1,856** |
| **Total Rejected:** | **2,163** |
| **Returned Late Total:** | **1,535** |
| **Total Rejected + Late:** | **3,698** |

# Exhibit 8

| GE2018 | |
|---|---:|
| returned by us post office | 0 |
| empty envelope | 4 |
| illegible | 0 |
| signature different | 41 |
| signature missing or not voter signature | 131 |
| Early Ballot | 0 |
| incomplete | 0 |
| spoiled | 75 |
| late early ballot | 0 |
| ballot received too late | 163 |
| void voter request | 0 |
| void county request | 0 |
| wrong jurisdiction/election | 75 |
| voted twice | 0 |
| ballot returned in unofficial envelope | 0 |
| surrendered via electronic pollbook | |
| | 489 |

# Exhibit 9



# THE ELECTION ADMINISTRATION AND VOTING SURVEY
## 2016 Comprehensive Report
### A Report to the 115th Congress



THE ELECTION ADMINISTRATION
AND VOTING SURVEY
SURVEY FINDINGS OVERVIEW

NATIONAL VOTER
REGISTRATION ACT (NVRA)
SURVEY FINDINGS

UNIFORMED AND OVERSEAS CITIZENS
ABSENTEE VOTING ACT (UOCAVA)
SURVEY FINDINGS

U.S. ELECTION
ASSISTANCE
COMMISSION



## Overview Table 2: Absentee Voting

| | Total Voter Turnout | Total Ballots Transmitted | Total Ballots Returned | Counted | | Rejected | | Other | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Total | Pct. Returned | Total | Pct. Transmitted | Total | Pct. |
| Alabama | 2,137,452 | 98,474 | 88,601 | 87,553 | 98.82 | 0 | 0 | 1,048 | 1.18 |
| Alaska | 323,288 | 31,817 | 27,626 | 26,750 | 96.83 | 876 | 2.75 | 0 | 0.00 |
| Arizona | 2,722,660 | 2,478,063 | 2,017,722 | 1,991,683 | 98.71 | 10,769 | 0.43 | 15,270 | 0.76 |
| Arkansas | 1,048,513 | 29,902 | 27,525 | 26,655 | 96.84 | 1,614 | 5.4 | -744 | -2.70 |
| California | 14,610,494 | 12,018,267 | 8,511,992 | 8,453,683 | 99.31 | 58,309 | 0.49 | 0 | 0.00 |
| Colorado | 2,884,199 | 3,411,107 | 2,654,993 | 2,631,744 | 99.12 | 23,249 | 0.68 | 0 | 0.00 |
| Connecticut | 1,675,955 | 129,480 | 132,012 | 129,480 | 98.08 | 2,532 | 1.96 | 0 | 0.00 |
| Delaware | 448,217 | 15,924 | 14,025 | 13,809 | 98.46 | 216 | 1.36 | 0 | 0.00 |
| District of Columbia | 311,841 | 21,362 | 16,625 | 16,592 | 99.8 | 33 | 0.15 | 0 | 0.00 |
| Florida | 9,613,669 | 3,421,930 | 2,679,049 | 2,657,064 | 99.18 | 21,973 | 0.64 | 12 | 0.00 |
| Georgia | 4,147,161 | 236,925 | 213,033 | 199,356 | 93.58 | 13,677 | 5.77 | 0 | 0.00 |
| Guam | 35,854 | 1,634 | 1,527 | 1,508 | 98.76 | 19 | 1.16 | 0 | 0.00 |
| Hawaii | 437,697 | 218,487 | 190,553 | 189,225 | 99.3 | 1,244 | 0.57 | 84 | 0.04 |
| Idaho | 710,495 | 207,409 | 201,256 | 200,380 | 99.56 | 876 | 0.42 | 0 | 0.00 |
| Illinois | 5,562,009 | 428,748 | 377,551 | 371,557 | 98.41 | 5,994 | 1.4 | 0 | 0.00 |
| Indiana | 2,831,540 | 946,408 | 943,924 | 923,455 | 97.83 | 2,095 | 0.22 | 18,374 | 1.95 |
| Iowa | 1,581,371 | 671,415 | 650,551 | 646,313 | 99.35 | 4,238 | 0.63 | 0 | 0.00 |
| Kansas | 1,223,491 | 196,910 | 179,557 | 177,701 | 98.97 | 4,361 | 2.21 | -2,505 | -1.40 |
| Kentucky | 1,949,254 | 42,519 | 38,112 | 35,967 | 94.37 | 2,145 | 5.04 | 0 | 0.00 |
| Louisiana | 2,049,802 | 76,120 | 59,747 | 57,476 | 96.2 | 2,271 | 2.98 | 0 | 0.00 |
| Maine | 771,892 | 260,033 | 254,153 | 251,701 | 99.04 | 2,452 | 0.94 | 0 | 0.00 |
| Maryland | 2,807,326 | 206,063 | 160,508 | 158,120 | 98.51 | 2,388 | 1.16 | 0 | 0.00 |
| Massachusetts | 3,378,801 | 174,655 | 155,894 | 150,742 | 96.7 | 5,152 | 2.95 | 0 | 0.00 |

# Exhibit 10



# ELECTION ADMINISTRATION AND VOTING SURVEY

## 2018 COMPREHENSIVE REPORT

### A Report to the 116th Congress





**National Voter Registration Act (NVRA)**

**Overview of Election Administration and Voting in 2018**



**Uniformed and Overseas Citizens Absentee Voting Act (UOCAVA)**



**Election Law & Procedure in States: Policy Survey**

U.S. ELECTION ASSISTANCE COMMISSION





Overview Table 2: By-Mail and In-Person Early Voting

| State | Total Voter Turnout | Total By-Mail Ballots Transmitted | By-Mail Ballots Returned by Voters | | Counted | | Rejected | | Other | | In-Person Early Voters | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Total | Pct. of Transmitted | Total | Pct. of Returned | Total | Pct. of Returned | Total | Pct. of Returned | Total | Pct. of Total Ballots Cast |
| Alabama [1] | 1,723,694 | 63,379 | 57,832 | 91.25 | 54,833 | 94.81 | 1368 | 2.37 | 1631 | 2.82 | - | - |
| Alaska | 287,485 | 29,257 | 24,425 | 83.48 | 23,667 | 96.90 | 758 | 3.10 | 0 | 0.00 | 56,434 | 19.63 |
| American Samoa | 8,462 | 51 | 36 | 70.59 | 0 | 0.00 | 0 | 0.00 | 36 | 100.00 | 893 | 10.55 |
| Arizona | 2,409,906 | 2,672,384 | 1,899,240 | 71.07 | 1,874,577 | 98.70 | 8,567 | 0.45 | 16,096 | 0.85 | 44,417 | 1.84 |
| Arkansas | 790,656 | 17,120 | 15,208 | 88.83 | 11,611 | 76.35 | 1,150 | 7.56 | 2,447 | 16.09 | 413,254 | 52.27 |
| California | 13,828,680 | 13,687,191 | 8,286,228 | 60.54 | 8,289,322 | 100.04 | 161,660 | 1.95 | -164,754 | -1.99 | 61,901 | 0.45 |
| Colorado | 2,586,432 | 3,467,664 | 2,449,409 | 70.64 | 2,430,239 | 99.22 | 19,170 | 0.78 | 0 | 0.00 | 89,355 | 3.45 |
| Connecticut [1] | 1,421,650 | 96,559 | 91,602 | 94.87 | 89,877 | 98.12 | 1,725 | 1.88 | 0 | 0.00 | - | - |
| Delaware | 366,550 | 17,392 | 14,142 | 81.31 | 13,436 | 95.01 | 706 | 4.99 | 0 | 0.00 | 5,525 | 1.51 |
| District of Columbia | 231,700 | 12,400 | 9,351 | 75.41 | 9,019 | 96.45 | 332 | 3.55 | 0 | 0.00 | 52,512 | 22.66 |
| Florida | 8,355,817 | 3,499,591 | 2,604,544 | 74.42 | 2,585,374 | 99.26 | 30,540 | 1.17 | -11,370 | -0.44 | 2,681,708 | 32.09 |
| Georgia | 3,951,876 | 281,490 | 242,661 | 86.21 | 218,858 | 90.19 | 7,512 | 3.10 | 16,291 | 6.71 | 1,893,368 | 47.91 |
| Guam | 37,386 | 624 | 367 | 58.81 | 298 | 81.20 | 69 | 18.80 | 0 | 0.00 | 1,042 | 2.79 |
| Hawaii | 398,657 | 286,317 | 224,492 | 78.41 | 12,616 | 5.62 | 1,638 | 0.73 | 210,238 | 93.65 | 28,300 | 7.10 |
| Idaho | 612,582 | 81,172 | 76,197 | 93.87 | 72,872 | 95.64 | 1,188 | 1.56 | 2,137 | 2.80 | 166,195 | 27.13 |
| Illinois | 4,751,180 | 496,345 | 417,092 | 84.03 | 429,874 | 103.06 | 9,056 | 2.17 | -21,838 | -5.24 | 1,078,372 | 22.70 |
| Indiana | 2,933,234 | 766,722 | 762,511 | 99.45 | 750,339 | 98.40 | 3,413 | 0.45 | 8,759 | 1.15 | 616,016 | 21.00 |
| Iowa [2] | 1,334,279 | 358,659 | 325,098 | 90.64 | 310,563 | 95.53 | 5,098 | 1.57 | 9,437 | 2.90 | - | - |
| Kansas | 1,070,221 | 191,602 | 172,743 | 90.16 | 170,641 | 98.78 | 1,879 | 1.09 | 223 | 0.13 | 250,114 | 23.37 |
| Kentucky | 1,619,587 | 29,244 | 25,837 | 88.35 | 23,971 | 92.78 | 1,756 | 6.80 | 110 | 0.43 | 64,407 | 3.98 |
| Louisiana | 1,519,552 | 65,442 | 43,959 | 67.17 | 41,363 | 94.09 | 2,596 | 5.91 | 0 | 0.00 | 271,191 | 17.85 |
| Maine [2] | 646,083 | 193,558 | 185,763 | 95.97 | 183,644 | 98.86 | 2,119 | 1.14 | 0 | 0.00 | - | - |
| Maryland [2] | 2,335,128 | 146,208 | 113,702 | 77.77 | 111,696 | 98.24 | 1,997 | 1.76 | 9 | 0.01 | 663,188 | 28.40 |
| Massachusetts | 2,753,623 | 105,454 | 89,437 | 84.81 | 84,280 | 94.23 | 5,157 | 5.77 | 0 | 0.00 | 580,091 | 21.07 |
| Michigan | 4,341,340 | 1,123,415 | 1,061,835 | 94.52 | 1,055,822 | 99.43 | 6,013 | 0.57 | 0 | 0.00 | 98,136 | 2.26 |
| Minnesota | 2,618,245 | 722,326 | 640,707 | 88.70 | 632,868 | 98.78 | 7,479 | 1.17 | 360 | 0.06 | 340,004 | 12.99 |
| Mississippi | 961,025 | 69,904 | 64,060 | 91.64 | 17,979 | 28.07 | 482 | 0.75 | 45,599 | 71.18 | 50,727 | 5.28 |



Exhibit 11

# Secretary of state wants all-mail voting across Arizona for 2020 as coronavirus spreads

**Andrew Oxford,** Arizona Republic     Published 3:33 p.m. MT March 18, 2020



**Arizona Secretary of State Katie Hobbs** *(Photo: Michael Chow/The Republic)*

Arizona Secretary of State Katie Hobbs asked legislators to let counties run upcoming elections entirely by mail as officials grapple with the potential impact of the coronavirus.

Most Maricopa County voters already have chosen to get ballots by mail and school districts and cities can hold elections exclusively by mail.

But the prospect of an emergency like a public health crisis disrupting in-person balloting on Election Day during the primary in August or the general election in November has renewed calls for all-mail voting.

**As a public service, The Arizona Republic is offering coronavirus coverage relating to public safety free of charge.** Support The Republic by subscribing to azcentral.com. (https://fullaccess.azcentral.com/newstart/specialoffer?gps-source=CPDIGARTICLE&utm_medium=onsite&utm_source=article&utm_campaign=DIGITALARTICLE&utm_content=CPDIGARTICLE%22)

Create a FREE account to stay connected
and informed about your local community.

/

"We need to prepare now for any eventuality," Hobbs wrote in a letter to legislative leaders on Wednesday as lawmakers mull quickly passing a budget and breaking in the face of an ongoing pandemic.

"Before the Legislature adjourns, it is vital that we build more flexibility into the law — even if only on a temporary basis — to allow elections officials to adapt to the circumstances on the ground to best protect voters' health while also preserving the ability to exercise their right to vote."

Arizona pressed ahead with the Democratic Party's presidential primary election on Tuesday but the new coronavirus raised questions about whether to do so.

Several states canceled elections planned for the same day, including Ohio, which saw a flurry of last-minute litigation over the move.

On Friday, Maricopa County Recorder Adrian Fontes announced a last minute plan to mail ballots to every voter who had not yet received one or voted early in person. Hobbs cautioned Fontes that the plan might only confuse voters. Moreover, she said such a plan is not currently allowed under law. Attorney General Mark Brnovich got a restraining order to stop the plan and Fontes dropped the idea.

Hobbs noted there is already legislation introduced this session to deal with the issue.

Senate Bill 1077, sponsored by Sen. Sean Bowie, D-Phoenix, would give counties the choice of holding elections by mail if approved by the local board of supervisors and if more than 60% of voters in the county have already signed up to receive ballots by mail.

## Decision needed soon to make change

Counties have backed proposals for years to let counties choose all-mail elections. They likely still would operate centers where voters could drop off ballots in person or replace ruined ballots.

"If there are going to be continued health concerns with some big elections coming up, we need as many tools as should be in the tool box to deal with that," said Jennifer Marson, executive director of the Arizona Association of Counties.

Marson warned that if counties need the option of running an election by mail, they need to know soon.

"The decision to go to an all mail-in election is not something that can wait until two weeks before the election," she said.

**Get the** Politics Main **newsletter in your inbox.**

The latest headlines from local and national politics.

Delivery: Mon-Fri

Your Email                                                                    →

Voting rights groups have raised concerns about moving to all-mail elections, however, noting that many people living in rural areas and on reservations do not have easy or reliable access to the mail and that translators can be key in communities using languages other than English.

"While the COVID-19 pandemic may lead to a rushed decision on this matter, without proper consideration of Native American communities, these efforts can lead to unnecessary and increased barriers to voting," the groups All Voting is Local and the Arizona Advocacy Network said in a statement Tuesday.

Hobbs said it is important to include tribes in discussions about any such moves.

But the bill has not received a hearing this session and there is bound to be plenty of opposition in the Republican-controlled Legislature.

Create a FREE account to stay connected
and informed about your local community.

**DIG DEEPER**
### Coronavirus in Arizona



→ Feds: 1 in 3 Arizona nursing homes has had a COVID-19 case (https://www.azcentral.com/story/news/local/arizona-health/2020/06/04/coronavirus-arizona-data-released-covid-19-cases-deaths-nursing-homes/5238079002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=4894535002)

→ Pulling together as pandemic rages beyond a small AZ town (https://www.azcentral.com/in-depth/news/local/arizona/2020/06/05/residents-miami-arizona-pull-together-covid-19-pandemic-rages/5248850002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=4894535002)

→ Arizona coronavirus: Latest maps and county-by-county numbers (https://www.azcentral.com/in-depth/news/local/arizona-health/2020/03/20/arizona-coronavirus-map-county-county-look-covid-19-cases/2879808001/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=4894535002)

→ The Arizonans we've lost to COVID-19 (https://www.azcentral.com/in-depth/news/local/arizona/2020/05/20/arizona-coronavirus-obituaries-victims-covid-19/5216452002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=4894535002)

## GOP senator: Idea 'bad public policy'

Opponents argue that voting by mail is an option but should not be the default means of voting.

"Sending ballots to people who have not requested to receive their ballot by mail is bad public policy," Sen. Michelle Ugenti-Rita, R-Scottsdale, said on Twitter as the Arizona Association of Counties renewed calls for expanding mail voting.

Moreover, Republicans who support adjourning quickly in the face of the coronavirus pandemic say they would prefer to take on what they view as non-controversial legislation that must be passed now.

"I think there's a lot of appetite on the other side to take advantage of a crisis and do things they've been trying to get done for a very long time," Rep. T.J. Shope, R-Coolidge, said when asked about a series of policies Democratic lawmakers have proposed as a way of addressing the current health crisis.

The House and Senate set to work on a basic $11.8 billion budget on Wednesday.

"It is my plan that after we get done with these bills that we vacate this building," said Speaker Rusty Bowers, R-Mesa.

*Contact Andrew Oxford at andrew.oxford@arizonarepublic.com or on Twitter at @andrewboxford.*

Create a FREE account to stay connected
and informed about your local community.

# Remembering COVID-19 victims

**Paying tribute to Arizonans lost to the pandemic**

▶ **PORTRAITS: The deceased leave behind friends, families and futures**
(https://www.azcentral.com/in-depth/news/local/arizona/2020/05/20/arizona-coronavirus-obituaries-victims-covid-19/5216452002/)

▶ CONTACT US: Have you lost a loved one to COVID-19? Help us tell that person's story
(https://azcentral.formstack.com/forms/those_we_lost_to_coronavirus_remembered)

See more coverage of coronavirus' impact on Arizona
(https://www.azcentral.com/local/coronavirus/)

 **(https://www.azcentral.com/in-depth/news/local/arizona/2020/05/20/arizona-coronavirus-obituaries-victims-covid-19/5216452002/)**

# Remembered

**Paying tribute to Arizona victims of COVID-19**

**PORTRAITS: The deceased leave behind friends, families and futures**
(https://www.azcentral.com/in-depth/news/local/arizona/2020/05/20/arizona-coronavirus-obituaries-victims-covid-19/5216452002/)

**CONTACT US: Have you lost a loved one to COVID-19?**
(https://azcentral.formstack.com/forms/those_we_lost_to_coronavirus_remembered)

Read or Share this story: https://www.azcentral.com/story/news/politics/arizona/2020/03/18/arizona-secretary-state-wants-all-mail-elections-august-november-katie-hobbs/2869153001/

Create a FREE account to stay connected
and informed about your local community.

# Exhibit 12

OPINION

# We run elections in Arizona. An all-mail option for 2020 wouldn't ruin the process

Virginia Ross and Lisa Marra, opinion contributors    Published 6:00 a.m. MT April 8, 2020 | Updated 9:28 a.m. MT April 8, 2020

*Opinion: We represent elections officials in all 15 Arizona counties. And we'd like to set the record straight on the impact of all-mail elections.*



Eliza Luna, a ballot designer with the Maricopa County Elections Department, counts early ballots for the Arizona Presidential Preference Election at the Maricopa County Tabulation and Election Center in Phoenix on March 16, 2020. *(Photo: David Wallace/The Republic)*

On April 2, an opinion piece by Rep. Shawnna Bolick ("All-mail voting would only compromise the integrity of elections (/story/opinion/op-ed/2020/04/02/all-mail-balloting-would-only-compromise-integrity-arizona-elections/5105762002/)") included inaccurate and often misleading information about ballot-by-mail elections.

As election professionals, we are committed to ensuring that the rest of the elections in 2020 are accurate, secure and safe for voters, anticipating the COVID-19 pandemic could continue requirements around social distancing for the remainder of the year.

On behalf of the Arizona Recorders Association and the Election Officials of Arizona, we believe it is crucial that the Legislature extend our ability to hold ballot-by-mail elections for state and federal elections, a practice already authorized for jurisdictional elections. It is the best way to ensure Arizona voters are safe during this pandemic and have the certainty of the continuity of our democracy.

We                                                    nted pandemic.

## We'd still have in-person voting options

Ballot-by-mail elections are not just conducted through the mail. There are still in-person voting options that vary by county but include ballot replacement sites that open 27 days before and through Election Day. These sites ensure a ballot can get to qualified voters who experience any issues with the mail.

Ballot return sites and drop boxes provide voters with the option of delivering their ballots directly to election officials.

**Looking for the other side of the story? Subscribe today (https://cm.azcentral.com/specialoffer?gps-source=CPNEWS&utm_medium=onsite&utm_source=TAGLINE&utm_campaign=NEWSROOM&utm_content=OPINION) for access to even more opinions.**

Mailing ballots to voters is less complicated and less expensive compared to the massive logistical undertaking of finding, staffing, equipping, testing, sanitizing and maintaining hundreds of voting locations across the state. Doing so is comparable to opening a new business overnight, and the staffing alone takes the equivalent of a small army.

Even if every voter signs up for the permanent early voting list, without a change in the law to make these elections all-mail elections, our counties would still have to open Election Day voting locations. And mailing a ballot to every registered voter is a very secure and straightforward process.

## Provisional ballots would be reduced

Every single ballot is tracked and audited before and after every election, stored in a secured area and signature verified prior to being counted. Since more than 80% of Arizona's voters already choose to vote by mail, mailing ballots to the remaining 20% of voters would not require much additional staff, equipment or training.

That number stands in contrast to the Pew Research Center poll cited in Bolick's opinion piece that suggested 65% of voters oppose conducting all elections by mail (https://www.people-press.org/2018/10/29/views-of-election-policy-proposals/). We rely on what our communities tell us.

In-person, Election Day voting does not speed up ballot tabulation. The number of provisional ballots and conditional provisional ballots, which can take days to process and can require additional voter outreach, are reduced in ballot-by-mail elections.

**MONTINI:** Arizona officials craft a to-hell-with-lawmakers all-mail voting plan (/story/opinion/op-ed/ej-montini/2020/03/26/all-mail-election-arizona-officials-go-around-lawmakers/2914169001/)

### Get the Opinions Newsletter newsletter in your inbox.

Our best and latest in commentary in daily digest form.

Delivery: Mon-Fri

Your Email                                                                                    →

A recent law also allows counties to begin tabulating ballots two weeks before Election Day. Typically, the results that are posted at 8 p.m. on election night are early ballots that have been tabulated.

Additionally, all ballots, whether received at a voting location or in the mail, are printed on a specific kind of paper, so there is no impact there. Although, for counties that must pre-print ballots for Election Day voters, there are often millions of unused ballots that must be shredded – a huge waste of resources.

## The most compelling reason is safety

The most compelling reason to pursue the ballot-by-mail option this year is it is the safest option for voters, election workers and voting sites. It provides a way for people to participate in their democracy while implementing the COVID-19 prevention recommendations.

It also provides election officials across the state a way to help protect the health of their employees and volunteers. This is about people, not politics, and we ... slature to allow us to conduct accurate, secure and safe ballot-by-mail elections this yea

6 free articles left.
99¢ per month. Save 90%.

**DIG DEEPER**
## Top opinions headlines



→ We don't need active duty troops to battle Americans (https://www.usatoday.com/story/opinion/todaysdebate/2020/06/03/george-floyd-protests-dont-deploy-active-duty-troops-editorials-debates/3135887001/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=3153569002)

→ Republicans think China can be a political weapon. That won't work (https://www.azcentral.com/story/opinion/op-ed/robertrobb/2020/06/05/china-republican-wedge-issue-after-election-need-better-plan/3146609001/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=3153569002)

→ Arizona needs 4,000 COVID-19 contact tracers. Here's how to get them (https://www.azcentral.com/story/opinion/op-ed/2020/06/05/arizona-needs-coronavirus-contact-tracers-how-we-get-them/5286790002/?utm_source=oembed&utm_medium=onsite&utm_campaign=storylines&utm_content=news&utm_term=3153569002)

*Virginia Ross is the Pinal County recorder and president of the Arizona Recorders Association. Lisa M. Marra is the Cochise County elections director and president of the Elections Officials of Arizona. Both are membership organizations made up of election directors and county recorders from all 15 Arizona counties.*

Read or Share this story: https://www.azcentral.com/story/opinion/op-ed/2020/04/08/arizona-all-mail-election-2020-wouldnt-ruin-its-integrity/2957970001/

6 free articles left.
99¢ per month. Save 90%.

Exhibit 13

# STATE OF ARIZONA REGISTRATION REPORT
### 2020 April Voter Registration - April 01, 2020
### Compiled and Issued by the Arizona Secretary of State

**Active**

| County | Precincts | Date/Period | Democratic | Libertarian | Republican | Other | Total |
|--------|-----------|-------------|------------|-------------|------------|-------|-------|
| Apache | 44 | JAN 2020 | 28,734 | 161 | 9,589 | 12,735 | 51,219 |
| | 44 | PPE 2020 | 28,776 | 164 | 9,728 | 12,617 | 51,285 |
| | 44 | APR 2020 | 27,632 | 164 | 9,335 | 11,872 | 49,003 |
| Cochise | 49 | JAN 2020 | 19,771 | 574 | 29,507 | 24,868 | 74,720 |
| | 49 | PPE 2020 | 20,356 | 572 | 29,906 | 24,830 | 75,664 |
| | 49 | APR 2020 | 20,646 | 574 | 30,273 | 24,800 | 76,293 |
| Coconino | 71 | JAN 2020 | 35,787 | 834 | 22,230 | 28,094 | 86,945 |
| | 71 | PPE 2020 | 35,901 | 760 | 21,673 | 25,916 | 84,250 |
| | 71 | APR 2020 | 35,881 | 722 | 21,293 | 24,493 | 82,389 |
| Gila | 39 | JAN 2020 | 8,664 | 178 | 13,744 | 8,238 | 30,824 |
| | 39 | PPE 2020 | 8,845 | 184 | 14,068 | 8,243 | 31,340 |
| | 39 | APR 2020 | 8,890 | 187 | 14,305 | 8,290 | 31,672 |
| Graham | 22 | JAN 2020 | 5,268 | 98 | 8,999 | 4,771 | 19,136 |
| | 22 | PPE 2020 | 5,082 | 102 | 9,151 | 4,799 | 19,134 |
| | 22 | APR 2020 | 5,078 | 97 | 9,258 | 4,808 | 19,241 |
| Greenlee | 8 | JAN 2020 | 1,805 | 39 | 1,538 | 1,353 | 4,735 |
| | 8 | PPE 2020 | 1,756 | 37 | 1,564 | 1,354 | 4,711 |
| | 8 | APR 2020 | 1,758 | 37 | 1,609 | 1,362 | 4,766 |
| La Paz | 11 | JAN 2020 | 2,290 | 44 | 4,344 | 3,769 | 10,447 |
| | 11 | PPE 2020 | 2,282 | 47 | 4,423 | 3,770 | 10,522 |
| | 11 | APR 2020 | 2,322 | 50 | 4,560 | 3,731 | 10,663 |
| Maricopa | 743 | JAN 2020 | 724,099 | 21,847 | 840,167 | 811,984 | 2,398,097 |
| | 743 | PPE 2020 | 737,926 | 21,008 | 828,222 | 776,833 | 2,363,989 |
| | 743 | APR 2020 | 749,918 | 21,016 | 835,561 | 774,500 | 2,380,995 |
| Mohave | 24 | JAN 2020 | 20,427 | 721 | 60,951 | 42,442 | 124,541 |
| | 24 | PPE 2020 | 20,872 | 732 | 62,665 | 42,629 | 126,898 |
| | 24 | APR 2020 | 20,986 | 746 | 63,696 | 42,549 | 127,977 |
| Navajo | 14 | JAN 2020 | 25,077 | 381 | 22,408 | 17,918 | 65,784 |
| | 14 | PPE 2020 | 25,215 | 386 | 22,776 | 17,945 | 66,322 |
| | 14 | APR 2020 | 25,365 | 384 | 23,059 | 17,954 | 66,762 |
| Pima | 249 | JAN 2020 | 223,115 | 4,361 | 168,990 | 177,142 | 573,608 |
| | 249 | PPE 2020 | 237,568 | 4,340 | 170,984 | 173,304 | 586,196 |
| | 249 | APR 2020 | 238,385 | 4,238 | 169,806 | 168,597 | 581,026 |
| Pinal | 102 | JAN 2020 | 58,329 | 1,624 | 79,631 | 79,429 | 219,013 |
| | 102 | PPE 2020 | 60,034 | 1,649 | 81,249 | 79,030 | 221,962 |
| | 102 | APR 2020 | 61,557 | 1,672 | 82,575 | 78,886 | 224,690 |
| Santa Cruz | 24 | JAN 2020 | 13,429 | 132 | 4,495 | 8,676 | 26,732 |
| | 24 | PPE 2020 | 13,552 | 130 | 4,521 | 8,513 | 26,716 |
| | 24 | APR 2020 | 13,726 | 129 | 4,540 | 8,476 | 26,871 |
| Yavapai | 45 | JAN 2020 | 30,245 | 1,081 | 69,499 | 45,467 | 146,292 |
| | 45 | PPE 2020 | 31,856 | 1,130 | 70,989 | 44,763 | 148,738 |
| | 45 | APR 2020 | 32,874 | 1,140 | 72,100 | 44,489 | 150,603 |
| Yuma | 44 | JAN 2020 | 31,705 | 602 | 27,843 | 34,406 | 94,556 |
| | 44 | PPE 2020 | 31,914 | 599 | 28,374 | 34,394 | 95,281 |
| | 44 | APR 2020 | 32,224 | 596 | 28,917 | 34,572 | 96,309 |
| Totals: | 1,489 | JAN 2020 | 1,228,745 | 32,677 | 1,363,935 | 1,301,292 | 3,926,649 |
| | 1,489 | PPE 2020 | 1,261,935 | 31,840 | 1,360,293 | 1,258,940 | 3,913,008 |
| | 1,489 | APR 2020 | 1,277,242 | 31,752 | 1,370,887 | 1,249,379 | 3,929,260 |
| Percentages: | | JAN 2020 | 31.29 | 0.83 | 34.74 | 33.14 | |
| | | PPE 2020 | 32.25 | 0.81 | 34.76 | 32.17 | |
| | | APR 2020 | 32.51 | 0.81 | 34.89 | 31.80 | |

## STATE OF ARIZONA REGISTRATION REPORT
2020 April Voter Registration - April 01, 2020
Compiled and Issued by the Arizona Secretary of State

**Active**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| Congressional District 1 | | | | | | |
| Apache | 44 | 27,632 | 164 | 9,335 | 11,872 | 49,003 |
| Coconino | 71 | 35,881 | 722 | 21,293 | 24,493 | 82,389 |
| Gila | 22 | 5,616 | 51 | 3,341 | 3,517 | 12,525 |
| Graham | 22 | 5,078 | 97 | 9,258 | 4,808 | 19,241 |
| Greenlee | 8 | 1,758 | 37 | 1,609 | 1,362 | 4,766 |
| Maricopa | 3 | 674 | 9 | 85 | 576 | 1,344 |
| Mohave | 2 | 283 | 3 | 117 | 365 | 768 |
| Navajo | 14 | 25,365 | 384 | 23,059 | 17,954 | 66,762 |
| Pima | 26 | 21,876 | 476 | 29,937 | 20,093 | 72,382 |
| Pinal | 60 | 37,789 | 775 | 38,826 | 41,614 | 119,004 |
| Yavapai | 7 | 6,116 | 158 | 7,479 | 6,863 | 20,616 |
| Total: | 279 | 168,068 | 2,876 | 144,339 | 133,517 | 448,800 |
| | | | | | | |
| Congressional District 2 | | | | | | |
| Cochise | 49 | 20,646 | 574 | 30,273 | 24,800 | 76,293 |
| Pima | 146 | 140,621 | 2,743 | 112,737 | 101,557 | 357,658 |
| Total: | 195 | 161,267 | 3,317 | 143,010 | 126,357 | 433,951 |
| | | | | | | |
| Congressional District 3 | | | | | | |
| Maricopa | 47 | 46,788 | 969 | 31,338 | 45,076 | 124,171 |
| Pima | 77 | 75,888 | 1,019 | 27,132 | 46,947 | 150,986 |
| Pinal | 1 | 151 | 0 | 9 | 89 | 249 |
| Santa Cruz | 24 | 13,726 | 129 | 4,540 | 8,476 | 26,871 |
| Yuma | 29 | 24,286 | 332 | 12,061 | 21,986 | 58,665 |
| Total: | 178 | 160,839 | 2,449 | 75,080 | 122,574 | 360,942 |
| | | | | | | |
| Congressional District 4 | | | | | | |
| Gila | 17 | 3,274 | 136 | 10,964 | 4,773 | 19,147 |
| La Paz | 11 | 2,322 | 50 | 4,560 | 3,731 | 10,663 |
| Maricopa | 18 | 7,642 | 272 | 17,286 | 10,881 | 36,081 |
| Mohave | 22 | 20,703 | 743 | 63,579 | 42,184 | 127,209 |
| Pinal | 41 | 23,617 | 897 | 43,740 | 37,183 | 105,437 |
| Yavapai | 38 | 26,758 | 982 | 64,621 | 37,626 | 129,987 |
| Yuma | 15 | 7,938 | 264 | 16,856 | 12,586 | 37,644 |
| Total: | 162 | 92,254 | 3,344 | 221,606 | 148,964 | 466,168 |
| | | | | | | |
| Congressional District 5 | | | | | | |
| Maricopa | 128 | 124,286 | 4,681 | 220,623 | 158,876 | 508,466 |
| Total: | 128 | 124,286 | 4,681 | 220,623 | 158,876 | 508,466 |
| | | | | | | |
| Congressional District 6 | | | | | | |
| Maricopa | 157 | 133,248 | 4,272 | 191,374 | 154,180 | 483,074 |
| Total: | 157 | 133,248 | 4,272 | 191,374 | 154,180 | 483,074 |
| | | | | | | |
| Congressional District 7 | | | | | | |
| Maricopa | 107 | 151,968 | 2,467 | 46,522 | 112,704 | 313,661 |
| Total: | 107 | 151,968 | 2,467 | 46,522 | 112,704 | 313,661 |
| | | | | | | |
| Congressional District 8 | | | | | | |
| Maricopa | 143 | 126,710 | 3,688 | 203,160 | 150,783 | 484,341 |
| Total: | 143 | 126,710 | 3,688 | 203,160 | 150,783 | 484,341 |
| | | | | | | |
| Congressional District 9 | | | | | | |
| Maricopa | 140 | 158,602 | 4,658 | 125,173 | 141,424 | 429,857 |
| Total: | 140 | 158,602 | 4,658 | 125,173 | 141,424 | 429,857 |

## STATE OF ARIZONA REGISTRATION REPORT
2020 April Voter Registration - April 01, 2020
Compiled and Issued by the Arizona Secretary of State

**Active**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| **Legislative District 1** | | | | | | |
| Maricopa | 16 | 9,714 | 447 | 25,263 | 14,599 | 50,023 |
| Yavapai | 35 | 21,233 | 833 | 56,727 | 30,977 | 109,770 |
| Total: | 51 | 30,947 | 1,280 | 81,990 | 45,576 | 159,793 |
| **Legislative District 2** | | | | | | |
| Pima | 33 | 33,517 | 459 | 22,263 | 26,121 | 82,360 |
| Santa Cruz | 24 | 13,726 | 129 | 4,540 | 8,476 | 26,871 |
| Total: | 57 | 47,243 | 588 | 26,803 | 34,597 | 109,231 |
| **Legislative District 3** | | | | | | |
| Pima | 41 | 53,549 | 699 | 17,109 | 31,056 | 102,413 |
| Total: | 41 | 53,549 | 699 | 17,109 | 31,056 | 102,413 |
| **Legislative District 4** | | | | | | |
| Maricopa | 18 | 10,690 | 270 | 11,969 | 12,092 | 35,021 |
| Pima | 17 | 8,001 | 85 | 2,533 | 4,908 | 15,527 |
| Pinal | 1 | 151 | 0 | 9 | 89 | 249 |
| Yuma | 23 | 21,584 | 257 | 9,238 | 18,799 | 49,878 |
| Total: | 59 | 40,426 | 612 | 23,749 | 35,888 | 100,675 |
| **Legislative District 5** | | | | | | |
| La Paz | 11 | 2,322 | 50 | 4,560 | 3,731 | 10,663 |
| Mohave | 22 | 20,703 | 743 | 63,579 | 42,184 | 127,209 |
| Total: | 33 | 23,025 | 793 | 68,139 | 45,915 | 137,872 |
| **Legislative District 6** | | | | | | |
| Coconino | 45 | 24,120 | 573 | 16,720 | 17,844 | 59,257 |
| Gila | 18 | 3,314 | 137 | 11,081 | 4,823 | 19,355 |
| Navajo | 5 | 2,859 | 117 | 9,946 | 4,213 | 17,135 |
| Yavapai | 10 | 11,641 | 307 | 15,373 | 13,512 | 40,833 |
| Total: | 78 | 41,934 | 1,134 | 53,120 | 40,392 | 136,580 |
| **Legislative District 7** | | | | | | |
| Apache | 44 | 27,632 | 164 | 9,335 | 11,872 | 49,003 |
| Coconino | 26 | 11,761 | 149 | 4,573 | 6,649 | 23,132 |
| Gila | 3 | 1,861 | 8 | 208 | 928 | 3,005 |
| Graham | 2 | 1,373 | 6 | 192 | 628 | 2,199 |
| Mohave | 2 | 283 | 1 | 117 | 365 | 768 |
| Navajo | 9 | 22,506 | 267 | 13,113 | 13,741 | 49,627 |
| Pinal | 1 | 0 | 0 | 0 | 0 | 0 |
| Total: | 87 | 65,416 | 597 | 27,538 | 34,183 | 127,734 |
| **Legislative District 8** | | | | | | |
| Gila | 18 | 3,715 | 42 | 3,016 | 2,539 | 9,312 |
| Pinal | 51 | 30,730 | 713 | 34,701 | 35,759 | 101,903 |
| Total: | 69 | 34,445 | 755 | 37,717 | 38,298 | 111,215 |
| **Legislative District 9** | | | | | | |
| Pima | 57 | 55,805 | 965 | 37,523 | 35,521 | 129,814 |
| Total: | 57 | 55,805 | 965 | 37,523 | 35,521 | 129,814 |
| **Legislative District 10** | | | | | | |
| Pima | 49 | 53,013 | 1,058 | 39,689 | 36,410 | 130,170 |
| Total: | 49 | 53,013 | 1,058 | 39,689 | 36,410 | 130,170 |

# STATE OF ARIZONA REGISTRATION REPORT
2020 April Voter Registration - April 01, 2020
Compiled and Issued by the Arizona Secretary of State

**Active**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| Legislative District 11 | | | | | | |
| Pima | 34 | 26,156 | 639 | 35,956 | 24,541 | 87,292 |
| Pinal | 27 | 18,370 | 504 | 23,063 | 22,920 | 64,857 |
| Total: | 61 | 44,526 | 1,143 | 59,019 | 47,461 | 152,149 |
| | | | | | | |
| Legislative District 12 | | | | | | |
| Maricopa | 37 | 39,031 | 1,664 | 77,567 | 51,315 | 169,577 |
| Pinal | 1 | 320 | 22 | 926 | 598 | 1,866 |
| Total: | 38 | 39,351 | 1,686 | 78,493 | 51,913 | 171,443 |
| | | | | | | |
| Legislative District 13 | | | | | | |
| Maricopa | 29 | 25,162 | 740 | 40,901 | 30,935 | 97,738 |
| Yuma | 21 | 10,640 | 339 | 19,679 | 15,773 | 46,431 |
| Total: | 50 | 35,802 | 1,079 | 60,580 | 46,708 | 144,169 |
| | | | | | | |
| Legislative District 14 | | | | | | |
| Cochise | 49 | 20,646 | 574 | 30,273 | 24,800 | 76,293 |
| Graham | 20 | 3,705 | 91 | 9,066 | 4,180 | 17,042 |
| Greenlee | 8 | 1,758 | 37 | 1,609 | 1,362 | 4,766 |
| Pima | 18 | 8,344 | 333 | 14,733 | 10,040 | 33,450 |
| Total: | 95 | 34,453 | 1,035 | 55,681 | 40,382 | 131,551 |
| | | | | | | |
| Legislative District 15 | | | | | | |
| Maricopa | 42 | 38,077 | 1,404 | 62,216 | 46,525 | 148,222 |
| Total: | 42 | 38,077 | 1,404 | 62,216 | 46,525 | 148,222 |
| | | | | | | |
| Legislative District 16 | | | | | | |
| Maricopa | 25 | 22,379 | 904 | 40,428 | 32,110 | 95,821 |
| Pinal | 21 | 11,986 | 433 | 23,876 | 19,520 | 55,815 |
| Total: | 46 | 34,365 | 1,337 | 64,304 | 51,630 | 151,636 |
| | | | | | | |
| Legislative District 17 | | | | | | |
| Maricopa | 40 | 45,151 | 1,322 | 55,828 | 49,981 | 152,282 |
| Total: | 40 | 45,151 | 1,322 | 55,828 | 49,981 | 152,282 |
| | | | | | | |
| Legislative District 18 | | | | | | |
| Maricopa | 41 | 52,841 | 1,519 | 50,228 | 47,512 | 152,100 |
| Total: | 41 | 52,841 | 1,519 | 50,228 | 47,512 | 152,100 |
| | | | | | | |
| Legislative District 19 | | | | | | |
| Maricopa | 29 | 43,123 | 690 | 15,639 | 35,506 | 94,958 |
| Total: | 29 | 43,123 | 690 | 15,639 | 35,506 | 94,958 |
| | | | | | | |
| Legislative District 20 | | | | | | |
| Maricopa | 47 | 39,906 | 1,334 | 44,767 | 44,665 | 130,672 |
| Total: | 47 | 39,906 | 1,334 | 44,767 | 44,665 | 130,672 |
| | | | | | | |
| Legislative District 21 | | | | | | |
| Maricopa | 42 | 38,858 | 1,003 | 51,171 | 44,280 | 135,312 |
| Total: | 42 | 38,858 | 1,003 | 51,171 | 44,280 | 135,312 |
| | | | | | | |
| Legislative District 22 | | | | | | |
| Maricopa | 48 | 39,040 | 1,072 | 78,786 | 49,239 | 168,137 |
| Total: | 48 | 39,040 | 1,072 | 78,786 | 49,239 | 168,137 |

## STATE OF ARIZONA REGISTRATION REPORT
### 2020 April Voter Registration - April 01, 2020
### Compiled and Issued by the Arizona Secretary of State

**Active**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| Legislative District 23 | | | | | | |
| Maricopa | 57 | 42,564 | 1,217 | 76,345 | 51,537 | 171,663 |
| Total: | 57 | 42,564 | 1,217 | 76,345 | 51,537 | 171,663 |
| | | | | | | |
| Legislative District 24 | | | | | | |
| Maricopa | 40 | 53,718 | 1,308 | 24,292 | 38,600 | 117,918 |
| Total: | 40 | 53,718 | 1,308 | 24,292 | 38,600 | 117,918 |
| | | | | | | |
| Legislative District 25 | | | | | | |
| Maricopa | 42 | 34,085 | 1,324 | 61,506 | 42,768 | 139,683 |
| Total: | 42 | 34,085 | 1,324 | 61,506 | 42,768 | 139,683 |
| | | | | | | |
| Legislative District 26 | | | | | | |
| Maricopa | 34 | 41,183 | 1,266 | 22,373 | 38,769 | 103,591 |
| Total: | 34 | 41,183 | 1,266 | 22,373 | 38,769 | 103,591 |
| | | | | | | |
| Legislative District 27 | | | | | | |
| Maricopa | 37 | 53,141 | 758 | 14,651 | 36,559 | 105,109 |
| Total: | 37 | 53,141 | 758 | 14,651 | 36,559 | 105,109 |
| | | | | | | |
| Legislative District 28 | | | | | | |
| Maricopa | 57 | 46,431 | 1,348 | 49,434 | 41,504 | 138,717 |
| Total: | 57 | 46,431 | 1,348 | 49,434 | 41,504 | 138,717 |
| | | | | | | |
| Legislative District 29 | | | | | | |
| Maricopa | 33 | 38,534 | 701 | 15,403 | 33,276 | 87,914 |
| Total: | 33 | 38,534 | 701 | 15,403 | 33,276 | 87,914 |
| | | | | | | |
| Legislative District 30 | | | | | | |
| Maricopa | 29 | 36,290 | 725 | 16,794 | 32,728 | 86,537 |
| Total: | 29 | 36,290 | 725 | 16,794 | 32,728 | 86,537 |
| | | | | | | |
| **State Total:** | **1489** | **1,277,242** | **31,752** | **1,370,887** | **1,249,379** | **3,929,260** |

STATE OF ARIZONA REGISTRATION REPORT
2020 April Voter Registration - April 01, 2020
Compiled and Issued by the Arizona Secretary of State

**Inactive**

| County | Precincts | Date/Period | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|---|
| Apache | 44 | JAN 2020 | 1,335 | 11 | 621 | 853 | 2,820 |
| | 44 | PPE 2020 | 1,300 | 11 | 622 | 839 | 2,772 |
| | 44 | APR 2020 | 2,371 | 17 | 968 | 1,435 | 4,791 |
| Cochise | 49 | JAN 2020 | 3,104 | 122 | 4,309 | 6,532 | 14,067 |
| | 49 | PPE 2020 | 2,952 | 117 | 4,147 | 6,300 | 13,516 |
| | 49 | APR 2020 | 2,909 | 117 | 4,114 | 6,240 | 13,380 |
| Coconino | 71 | JAN 2020 | 3,738 | 142 | 2,424 | 5,244 | 11,548 |
| | 71 | PPE 2020 | 4,643 | 184 | 2,867 | 6,293 | 13,987 |
| | 71 | APR 2020 | 5,342 | 221 | 3,528 | 7,382 | 16,473 |
| Gila | 39 | JAN 2020 | 978 | 19 | 1,417 | 1,593 | 4,007 |
| | 39 | PPE 2020 | 920 | 17 | 1,314 | 1,493 | 3,744 |
| | 39 | APR 2020 | 897 | 16 | 1,259 | 1,443 | 3,615 |
| Graham | 22 | JAN 2020 | 603 | 14 | 800 | 957 | 2,374 |
| | 22 | PPE 2020 | 805 | 13 | 768 | 932 | 2,518 |
| | 22 | APR 2020 | 800 | 12 | 757 | 919 | 2,488 |
| Greenlee | 8 | JAN 2020 | 77 | 2 | 98 | 139 | 316 |
| | 8 | PPE 2020 | 112 | 0 | 91 | 128 | 331 |
| | 8 | APR 2020 | 109 | 0 | 88 | 126 | 323 |
| La Paz | 11 | JAN 2020 | 502 | 11 | 681 | 963 | 2,157 |
| | 11 | PPE 2020 | 550 | 11 | 673 | 946 | 2,180 |
| | 11 | APR 2020 | 547 | 11 | 660 | 941 | 2,159 |
| Maricopa | 743 | JAN 2020 | 63,830 | 2,698 | 60,213 | 94,147 | 220,888 |
| | 743 | PPE 2020 | 80,988 | 3,474 | 79,968 | 122,021 | 286,451 |
| | 743 | APR 2020 | 87,252 | 3,372 | 78,276 | 119,751 | 288,651 |
| Mohave | 24 | JAN 2020 | 2,838 | 141 | 6,105 | 8,331 | 17,415 |
| | 24 | PPE 2020 | 2,869 | 137 | 5,886 | 8,086 | 16,978 |
| | 24 | APR 2020 | 3,069 | 138 | 5,794 | 7,983 | 16,984 |
| Navajo | 14 | JAN 2020 | 3,308 | 100 | 3,601 | 4,000 | 11,009 |
| | 14 | PPE 2020 | 3,163 | 92 | 3,339 | 3,807 | 10,401 |
| | 14 | APR 2020 | 3,238 | 92 | 3,270 | 3,761 | 10,361 |
| Pima | 249 | JAN 2020 | 23,426 | 809 | 17,000 | 30,736 | 71,971 |
| | 249 | PPE 2020 | 21,629 | 747 | 16,100 | 29,165 | 67,641 |
| | 249 | APR 2020 | 24,452 | 865 | 18,669 | 33,352 | 77,338 |
| Pinal | 102 | JAN 2020 | 3,651 | 173 | 4,664 | 7,894 | 16,382 |
| | 102 | PPE 2020 | 3,358 | 146 | 4,242 | 7,426 | 15,172 |
| | 102 | APR 2020 | 3,258 | 139 | 4,165 | 7,303 | 14,865 |
| Santa Cruz | 24 | JAN 2020 | 444 | 5 | 115 | 413 | 977 |
| | 24 | PPE 2020 | 529 | 5 | 105 | 391 | 1,030 |
| | 24 | APR 2020 | 515 | 5 | 105 | 379 | 1,004 |
| Yavapai | 45 | JAN 2020 | 3,477 | 233 | 6,600 | 7,998 | 18,308 |
| | 45 | PPE 2020 | 3,940 | 222 | 6,202 | 7,641 | 18,005 |
| | 45 | APR 2020 | 3,629 | 210 | 5,970 | 7,404 | 17,213 |
| Yuma | 44 | JAN 2020 | 6,981 | 229 | 6,552 | 12,224 | 25,986 |
| | 44 | PPE 2020 | 7,262 | 222 | 6,507 | 12,081 | 26,072 |
| | 44 | APR 2020 | 7,557 | 218 | 6,395 | 11,885 | 26,055 |
| Totals: | 1,489 | JAN 2020 | 118,292 | 4,709 | 115,200 | 182,024 | 420,225 |
| | 1,489 | PPE 2020 | 135,020 | 5,398 | 132,831 | 207,549 | 480,798 |
| | 1,489 | APR 2020 | 145,945 | 5,433 | 134,018 | 210,304 | 495,700 |
| Percentages: | | JAN 2020 | 28.15 | 1.12 | 27.41 | 43.32 | |
| | | PPE 2020 | 28.08 | 1.12 | 27.63 | 43.17 | |
| | | APR 2020 | 29.44 | 1.10 | 27.04 | 42.43 | |

STATE OF ARIZONA REGISTRATION REPORT
2020 April Voter Registration - April 01, 2020
Compiled and Issued by the Arizona Secretary of State

**Inactive**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| **Congressional District 1** | | | | | | |
| Apache | 44 | 2,371 | 17 | 968 | 1,435 | 4,791 |
| Coconino | 71 | 5,342 | 221 | 3,528 | 7,382 | 16,473 |
| Gila | 22 | 579 | 3 | 294 | 636 | 1,512 |
| Graham | 22 | 800 | 12 | 757 | 919 | 2,488 |
| Greenlee | 8 | 109 | 0 | 88 | 126 | 323 |
| Maricopa | 3 | 42 | 0 | 7 | 30 | 79 |
| Mohave | 2 | 11 | 0 | 11 | 20 | 42 |
| Navajo | 14 | 3,238 | 92 | 3,270 | 3,761 | 10,361 |
| Pima | 26 | 1,868 | 93 | 3,079 | 3,244 | 8,284 |
| Pinal | 60 | 2,126 | 56 | 2,021 | 3,932 | 8,135 |
| Yavapai | 7 | 685 | 24 | 561 | 1,032 | 2,302 |
| Total: | 279 | 17,171 | 518 | 14,584 | 22,517 | 54,790 |
| **Congressional District 2** | | | | | | |
| Cochise | 49 | 2,909 | 117 | 4,114 | 6,240 | 13,380 |
| Pima | 146 | 14,655 | 586 | 12,348 | 21,272 | 48,861 |
| Total: | 195 | 17,564 | 703 | 16,462 | 27,512 | 62,241 |
| **Congressional District 3** | | | | | | |
| Maricopa | 47 | 6,415 | 184 | 4,227 | 9,221 | 20,047 |
| Pima | 77 | 7,929 | 186 | 3,242 | 8,836 | 20,193 |
| Pinal | 1 | 11 | 0 | 2 | 4 | 17 |
| Santa Cruz | 24 | 515 | 5 | 105 | 379 | 1,004 |
| Yuma | 29 | 5,076 | 129 | 2,897 | 6,943 | 15,045 |
| Total: | 178 | 19,946 | 504 | 10,473 | 25,383 | 56,306 |
| **Congressional District 4** | | | | | | |
| Gila | 17 | 318 | 13 | 965 | 807 | 2,103 |
| La Paz | 11 | 547 | 11 | 660 | 941 | 2,159 |
| Maricopa | 18 | 557 | 23 | 1,284 | 1,157 | 3,021 |
| Mohave | 22 | 3,058 | 138 | 5,783 | 7,963 | 16,942 |
| Pinal | 41 | 1,121 | 83 | 2,142 | 3,367 | 6,713 |
| Yavapai | 38 | 2,944 | 186 | 5,409 | 6,372 | 14,911 |
| Yuma | 15 | 2,481 | 89 | 3,498 | 4,942 | 11,010 |
| Total: | 162 | 11,026 | 543 | 19,741 | 25,549 | 56,859 |
| **Congressional District 5** | | | | | | |
| Maricopa | 128 | 11,212 | 637 | 18,425 | 18,234 | 48,508 |
| Total: | 128 | 11,212 | 637 | 18,425 | 18,234 | 48,508 |
| **Congressional District 6** | | | | | | |
| Maricopa | 157 | 13,596 | 669 | 17,459 | 21,997 | 53,721 |
| Total: | 157 | 13,596 | 669 | 17,459 | 21,997 | 53,721 |
| **Congressional District 7** | | | | | | |
| Maricopa | 107 | 20,737 | 460 | 6,321 | 21,664 | 49,182 |
| Total: | 107 | 20,737 | 460 | 6,321 | 21,664 | 49,182 |
| **Congressional District 8** | | | | | | |
| Maricopa | 143 | 12,913 | 494 | 16,715 | 21,727 | 51,849 |
| Total: | 143 | 12,913 | 494 | 16,715 | 21,727 | 51,849 |
| **Congressional District 9** | | | | | | |
| Maricopa | 140 | 21,780 | 905 | 13,838 | 25,721 | 62,244 |
| Total: | 140 | 21,780 | 905 | 13,838 | 25,721 | 62,244 |

## STATE OF ARIZONA REGISTRATION REPORT
### 2020 April Voter Registration - April 01, 2020
### Compiled and Issued by the Arizona Secretary of State

**Inactive**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| Legislative District 1 | | | | | | |
| Maricopa | 16 | 769 | 47 | 1,635 | 1,517 | 3,968 |
| Yavapai | 35 | 2,381 | 159 | 4,764 | 5,302 | 12,606 |
| Total: | 51 | 3,150 | 206 | 6,399 | 6,819 | 16,574 |
| | | | | | | |
| Legislative District 2 | | | | | | |
| Pima | 33 | 3,250 | 80 | 2,272 | 4,458 | 10,060 |
| Santa Cruz | 24 | 515 | 5 | 105 | 379 | 1,004 |
| Total: | 57 | 3,765 | 85 | 2,377 | 4,837 | 11,064 |
| | | | | | | |
| Legislative District 3 | | | | | | |
| Pima | 41 | 6,179 | 153 | 2,416 | 6,781 | 15,529 |
| Total: | 41 | 6,179 | 153 | 2,416 | 6,781 | 15,529 |
| | | | | | | |
| Legislative District 4 | | | | | | |
| Maricopa | 18 | 1,437 | 47 | 1,502 | 2,624 | 5,610 |
| Pima | 17 | 665 | 11 | 316 | 762 | 1,754 |
| Pinal | 1 | 11 | 0 | 2 | 4 | 17 |
| Yuma | 23 | 4,421 | 96 | 2,207 | 5,755 | 12,479 |
| Total: | 59 | 6,534 | 154 | 4,027 | 9,145 | 19,860 |
| | | | | | | |
| Legislative District 5 | | | | | | |
| La Paz | 11 | 547 | 11 | 660 | 941 | 2,159 |
| Mohave | 22 | 3,058 | 138 | 5,783 | 7,963 | 16,942 |
| Total: | 33 | 3,605 | 149 | 6,443 | 8,904 | 19,101 |
| | | | | | | |
| Legislative District 6 | | | | | | |
| Coconino | 45 | 4,489 | 200 | 3,048 | 6,426 | 14,163 |
| Gila | 18 | 320 | 13 | 978 | 814 | 2,125 |
| Navajo | 5 | 485 | 25 | 1,266 | 1,007 | 2,783 |
| Yavapai | 10 | 1,248 | 51 | 1,206 | 2,102 | 4,607 |
| Total: | 78 | 6,542 | 289 | 6,498 | 10,349 | 23,678 |
| | | | | | | |
| Legislative District 7 | | | | | | |
| Apache | 44 | 2,371 | 17 | 968 | 1,435 | 4,791 |
| Coconino | 26 | 853 | 21 | 480 | 956 | 2,310 |
| Gila | 3 | 314 | 1 | 30 | 219 | 564 |
| Graham | 2 | 296 | 1 | 38 | 164 | 499 |
| Mohave | 2 | 11 | 0 | 11 | 20 | 42 |
| Navajo | 9 | 2,753 | 67 | 2,004 | 2,754 | 7,578 |
| Pinal | 1 | 0 | 0 | 0 | 0 | 0 |
| Total: | 87 | 6,598 | 107 | 3,531 | 5,548 | 15,784 |
| | | | | | | |
| Legislative District 8 | | | | | | |
| Gila | 18 | 263 | 2 | 251 | 410 | 926 |
| Pinal | 51 | 1,608 | 52 | 1,731 | 3,322 | 6,713 |
| Total: | 69 | 1,871 | 54 | 1,982 | 3,732 | 7,639 |
| | | | | | | |
| Legislative District 9 | | | | | | |
| Pima | 57 | 6,264 | 263 | 4,631 | 8,595 | 19,753 |
| Total: | 57 | 6,264 | 263 | 4,631 | 8,595 | 19,753 |
| | | | | | | |
| Legislative District 10 | | | | | | |
| Pima | 49 | 5,383 | 199 | 4,286 | 7,714 | 17,582 |
| Total: | 49 | 5,383 | 199 | 4,286 | 7,714 | 17,582 |

STATE OF ARIZONA REGISTRATION REPORT

2020 April Voter Registration - April 01, 2020
Compiled and Issued by the Arizona Secretary of State

**Inactive**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| Legislative District 11 | | | | | | |
| Pima | 34 | 2,108 | 107 | 3,512 | 3,765 | 9,492 |
| Pinal | 27 | 1,063 | 44 | 1,262 | 2,149 | 4,518 |
| Total: | 61 | 3,171 | 151 | 4,774 | 5,914 | 14,010 |
| | | | | | | |
| Legislative District 12 | | | | | | |
| Maricopa | 37 | 3,451 | 261 | 7,148 | 6,459 | 17,319 |
| Pinal | 1 | 10 | 1 | 39 | 33 | 83 |
| Total: | 38 | 3,461 | 262 | 7,187 | 6,492 | 17,402 |
| | | | | | | |
| Legislative District 13 | | | | | | |
| Maricopa | 29 | 2,547 | 105 | 3,813 | 4,543 | 11,008 |
| Yuma | 21 | 3,136 | 122 | 4,188 | 6,130 | 13,576 |
| Total: | 50 | 5,683 | 227 | 8,001 | 10,673 | 24,584 |
| | | | | | | |
| Legislative District 14 | | | | | | |
| Cochise | 49 | 2,909 | 117 | 4,114 | 6,240 | 13,380 |
| Graham | 20 | 504 | 11 | 719 | 755 | 1,989 |
| Greenlee | 8 | 109 | 0 | 88 | 126 | 323 |
| Pima | 18 | 603 | 52 | 1,236 | 1,277 | 3,168 |
| Total: | 95 | 4,125 | 180 | 6,157 | 8,398 | 18,860 |
| | | | | | | |
| Legislative District 15 | | | | | | |
| Maricopa | 42 | 3,776 | 221 | 5,917 | 7,132 | 17,046 |
| Total: | 42 | 3,776 | 221 | 5,917 | 7,132 | 17,046 |
| | | | | | | |
| Legislative District 16 | | | | | | |
| Maricopa | 25 | 1,909 | 90 | 2,656 | 2,838 | 7,493 |
| Pinal | 21 | 566 | 42 | 1,131 | 1,795 | 3,534 |
| Total: | 46 | 2,475 | 132 | 3,787 | 4,633 | 11,027 |
| | | | | | | |
| Legislative District 17 | | | | | | |
| Maricopa | 40 | 3,855 | 164 | 4,089 | 4,980 | 13,088 |
| Total: | 40 | 3,855 | 164 | 4,089 | 4,980 | 13,088 |
| | | | | | | |
| Legislative District 18 | | | | | | |
| Maricopa | 41 | 5,042 | 210 | 3,843 | 5,915 | 15,010 |
| Total: | 41 | 5,042 | 210 | 3,843 | 5,915 | 15,010 |
| | | | | | | |
| Legislative District 19 | | | | | | |
| Maricopa | 29 | 6,498 | 151 | 2,615 | 8,183 | 17,447 |
| Total: | 29 | 6,498 | 151 | 2,615 | 8,183 | 17,447 |
| | | | | | | |
| Legislative District 20 | | | | | | |
| Maricopa | 47 | 4,540 | 187 | 3,912 | 6,717 | 15,356 |
| Total: | 47 | 4,540 | 187 | 3,912 | 6,717 | 15,356 |
| | | | | | | |
| Legislative District 21 | | | | | | |
| Maricopa | 42 | 4,108 | 145 | 4,230 | 6,280 | 14,763 |
| Total: | 42 | 4,108 | 145 | 4,230 | 6,280 | 14,763 |
| | | | | | | |
| Legislative District 22 | | | | | | |
| Maricopa | 48 | 3,322 | 140 | 5,955 | 6,357 | 15,774 |
| Total: | 48 | 3,322 | 140 | 5,955 | 6,357 | 15,774 |

# STATE OF ARIZONA REGISTRATION REPORT
### 2020 April Voter Registration - April 01, 2020
### Compiled and Issued by the Arizona Secretary of State

**Inactive**

| District | Precincts | Democratic | Libertarian | Republican | Other | Total |
|---|---|---|---|---|---|---|
| Legislative District 23 | | | | | | |
| Maricopa | 57 | 3,762 | 186 | 6,442 | 6,255 | 16,645 |
| Total: | 57 | 3,762 | 186 | 6,442 | 6,255 | 16,645 |
| | | | | | | |
| Legislative District 24 | | | | | | |
| Maricopa | 40 | 8,394 | 283 | 3,673 | 8,811 | 21,161 |
| Total: | 40 | 8,394 | 283 | 3,673 | 8,811 | 21,161 |
| | | | | | | |
| Legislative District 25 | | | | | | |
| Maricopa | 42 | 4,098 | 214 | 5,995 | 6,736 | 17,043 |
| Total: | 42 | 4,098 | 214 | 5,995 | 6,736 | 17,043 |
| | | | | | | |
| Legislative District 26 | | | | | | |
| Maricopa | 34 | 7,980 | 333 | 4,195 | 9,369 | 21,877 |
| Total: | 34 | 7,980 | 333 | 4,195 | 9,369 | 21,877 |
| | | | | | | |
| Legislative District 27 | | | | | | |
| Maricopa | 37 | 6,482 | 119 | 1,801 | 6,345 | 14,747 |
| Total: | 37 | 6,482 | 119 | 1,801 | 6,345 | 14,747 |
| | | | | | | |
| Legislative District 28 | | | | | | |
| Maricopa | 57 | 4,745 | 225 | 4,667 | 6,611 | 16,248 |
| Total: | 57 | 4,745 | 225 | 4,667 | 6,611 | 16,248 |
| | | | | | | |
| Legislative District 29 | | | | | | |
| Maricopa | 33 | 5,070 | 131 | 2,072 | 5,807 | 13,080 |
| Total: | 33 | 5,070 | 131 | 2,072 | 5,807 | 13,080 |
| | | | | | | |
| Legislative District 30 | | | | | | |
| Maricopa | 29 | 5,467 | 113 | 2,116 | 6,272 | 13,968 |
| Total: | 29 | 5,467 | 113 | 2,116 | 6,272 | 13,968 |
| | | | | | | |
| **State Total:** | **1489** | **145,945** | **5,433** | **134,018** | **210,304** | **495,700** |

# Exhibit 14

6/5/2020                                 First-Class Mail & Postage | USPS

**ALERT: SEE HOW USPS IS DELIVERING FOR CUSTOMERS AND EMPLOYEES. <u>READ MORE</u> › (…**



# First-Class Mail

## 1–3 Business Days

First-Class Mail® service is an affordable and easy way to send envelopes and lightweight packages. First-Class Mail Forever® stamps cost $0.55, the current 1 oz price, but will never expire, even if the First-Class™ postage rate goes up.

**Buy Stamps (https://store.usps.com/store/browse/category.jsp?categoryId=buy-stamps)**

**<u>First-Class Mail Prices (http://pe.usps.com/text/dmm300/Notice123.htm#_c037)</u>**

Feedback

**ALERT:** As a result of the ongoing COVID-19 emergency, certain packages may take longer than usual to arrive. <u>Learn More (https://postalpro.usps.com/node/8016)</u>

# Features & Pricing

- Delivery in 1–3 business days
- Best priced service for mail up to 13 oz
- Insurance for loss or damage up to $5,000 for merchandise only
- Eligible for delivery confirmation services such as Certified Mail®
- One price for up to 3.5 ounces with commercially priced letters and cards
- Prices based on size, shape, and weight

First-Class Mail & Postage | USPS

**Standard Letter & Postcard Sizes (https://pe.usps.com/text/dmm100/mailing-domestic.htm)**

**See Insurance & Extra Services (/ship/insurance-extra-services.htm)**

# Letters

- Standard-sized, rectangular envelope stamps start at **$0.55**.

- Square, oversized, or unusually shaped envelope stamps start at **$0.70**.

# Postcards

- Standard-sized, rectangular envelope stamps start at **$0.35**.

- Oversized postcards need letter stamps, which start at **$0.55**.

# Weight, Size, & Shape Requirements

- Maximum weight for First-Class Mail letters is 3.5 oz; for large First-Class Mail envelopes and parcels, the maximum weight is 13 oz.

- All postcards and envelopes (or flats) must be rectangular, otherwise an additional charge may apply. Additional size restrictions apply depending on the type of mailpiece you're sending.

**How to Send Letters & Postcards (/ship/letters.htm)**

# Additional Charges for Irregular Mailpieces & Envelopes

### Non-Machineable Envelopes

Unusually shaped mail, like square or vertical envelopes, lumpy envelopes, rigid envelopes, and mail with clasps, string, buttons, must be hand-cancelled. They are charged a non-machineable surcharge even if they weight less than 1 oz.

### Large Mailpieces & Envelopes

If a mailpiece exceeds the maximum length, height or thickness, it will be charged at the next higher price and mailpiece category.

Large envelopes (flats) that exceed maximum dimensions, are rigid, non-rectangular, or not uniformly thick are rigid, are charged parcel prices.

Feedback

The USPS® Price Calculator tool will show you how to measure your envelope and then calculate your domestic postage costs for you.

**Calculate a Price (http://postcalc.usps.com/)**

# Additional Information

**Expand All**

### Mailing Restrictions & Prohibitions

There are specific regulations and standards for mailing restricted, prohibited, and hazardous materials, including cigarettes and smokeless tobacco. Show More

### For Businesses

USPS understands what's most important to our business customers: speed, affordabililty, security, and customer service. We help businesses provide these services and resources to their customers at discounted rates. Show More

Feedback

# Exhibit 15

Due to COVID-19, our public counters are closed. Online services are still available.

FAQs (https://recorder.maricopa.gov/site/faq.aspx)   Contact (https://recorder.maricopa.gov/site/contactus.aspx)

(https://twitter.com/RecorderFontes)   (https://www.facebook.com/AdrianFontesMCR)   (https://www.linkedin.com/company/18312111/)
(https://www.youtube.com/channel/UCAU_vPszKiHGBri-GjWJUJg)



ADRIAN FONTES
MARICOPA COUNTY RECORDER

MENU

**English Content**
**Contenido Español**

# Frequently Asked Questions

Choose a topic below to have your questions answered.

Elections     Voter Registration     Recorder     Myth Busters

## Elections

1. When are the elections?

A little less than 4 months before an election, dates are posted on the Elections Calendar (../elections/electioncalendar.aspx) page.

2. When is the voter registration deadline?

29 Days before Election Day, unless that day falls on a federal holiday, then it is the day after.

3. What types of elections are there?

Primary/General Election
The regular countywide Primary and General Elections that contain Federal, State, County and Local offices are held in August/September* and November of
the even numbered years (2018, 2020, and so on).

Local Standalone Elections
A local city, town, school or any other jurisdiction can hold special elections outside of the Primary/General in March, May or August/September and November of
the odd numbered years (2017, 2019, and so on).

Presidential Preference Election;
As a standard, this election is held in March of a Presidential election year or on a date selected by the Governor through proclamation. The Presidential Preference
Election is only for voters registered within a specific political party to designate their particular party's candidate for the Office of President of the United States.

*The November General Election date always falls on the first Tuesday after the first Monday in November. The August/September Primary Election date is calculated
by counting back 10 Tuesdays from the November Election date. Because of this, there will be years when the Primary Election will be held in August instead of
September.

4. How can I vote by mail?
For every election:

- Join the Permanent Early Voter List by filling out and sending in this form. (../pdf/PEVL_Request_Form.pdf)

For just one election:

- Call us (602) 506-1511

- Online here: "Request an Early Ballot (../earlyvotingballot/earlyvotingballotrequest.aspx)"
- Mail in a written request

The deadline to request an early ballot is 11 days before Election Day.

If you miss this deadline, you can vote in-person at any Ballot Center location (http://www.locations.maricopa.vote) across the County. Ballot Centers are open all 27 days leading up to an Election and on Election Day.

### 5. Will my ballot be sent to my forwarding address on file with the Post Office?

No. All official election materials, such as ballots, are marked (as required by law) "Do Not Forward – Return Service Requested"

If the early ballot is returned to us indicating you are no longer at the residence address on file or that a forwarding order is on file, then this will begin the process of deactivating your voter registration record unless a "Temporarily Away" order is in place for your address.

Always make sure to update your voter registration (../elections/registrationform.aspx) record when you move.

### 6. How do I request to have a ballot mailed to a temporary mailing address?

You can either submit a written request or do so online at request.maricopa.vote (http://request.maricopa.vote).

Your written request must include the following:

- ⓘ Full Name
- ⓘ Date of Birth
- ⓘ Residence Address
- ⓘ Temporary Address
- ⓘ Signature
- ⓘ Note granting us permission to mail to temporary address.

You can email a scanned copy of this written request to evreq@risc.maricopa.gov (mailto:evreq@risc.maricopa.gov), fax it to 480-360-3628 or mail it to:

Maricopa County Elections
Attn: Early Voting
510 S 3rd Ave.
Phoenix, AZ 85003

Temporary mailing addresses can be submitted between 93 and 11 days prior to an Election Day.

### 7. Where can I find information on the ballot issues?

If the ballot issue or issues are for a City, Town or School District, then links to the various jurisdictional websites can be found on our Elections Calendar (../elections/electioncalendar.aspx) page.

If the ballot issue or issues are for a Statewide measure (example: Propositions), detailed information regarding those can be found on the Arizona Secretary of State's Office website at www.azsos.gov (http://www.azsos.gov/election/).

In addition, a Publicity Pamphlet or Informational Pamphlet is mailed to each household containing a registered voter before a statewide election. The pamphlet contains any pro/con arguments filed on a given issue or issues.

### 8. How do I get onto the Permanent Early Voting List?

By filling out and sending in or dropping off this form to one of our offices. (../pdf/PEVL_Request_Form.pdf)

### 9. Does it cost me anything to return my voted ballot by mail?

No, postage is pre-paid.

### 10. When does my early ballot need to be received in order to count?

Your early ballot must be received, not postmarked, by 7:00 p.m. on Election Day.

Please make sure that you return your early ballot by mail well in advance of the deadline date to ensure that your vote is counted. We recommend you mail your ballot at least 6 days before Election Day.

### 11. Can someone else pick up or drop off my early ballot?

No. An early ballot can only be mailed directly to the voter who has made a request to vote an early ballot. This is to ensure that no other person has the opportunity to steal, alter or invalidate an early ballot.

Early ballots must be returned by the voter, a family member, household member or designated caregiver. (A.R.S. § 16-1005)

**12. What happens when my early ballot is received?**

When an early ballot is received through the mail, the unopened affidavit packet is scanned to acknowledge receipt and to capture the signature of the voter on the envelope.

The captured signature is used by trained staff to compare it to the signature we have on file from the given voter's original registration form or forms.

If the signature matches, the ballot envelope is marked as a "Good Signature."

All "Good Signature" affidavit packets are then sent to Citizen Boards who process these unopened packets to prepare them for tabulation. The Citizen Boards are made up of two board members of different political party affiliation. These Citizen Boards audit and ensure that the secrecy of the voter's ballot is maintained.

If the packet is deemed to have a missing or non-matching signature, it is then sent for further review to a higher-level staff member who has been trained biannually in signature verification.

In the case of a missing signature, the unopened packet is sent back to the voter along with a letter explaining why it was returned and a postage paid envelope for the voter to send it back signed.

In the case of a non-matching signature, the voter is contacted by mail and/or by phone (if a phone number is listed on the voter's record) to inform the voter that there are discrepancies with the signature we have on file in comparison to the one appearing on the ballot envelope

This process is done to safeguard the early voting process and protect the voter from possibly having had their ballot fraudulently misdirected and possibly voted and signed by someone other than the actual voter.

**13. Do I need a special pen to mark my ballot?**

A standard black or blue ballpoint pen is sufficient. Do not use red ink or permanent marker. This may result in a false read by our ballot tabulation machines.

**14. If I accidentally voted for too many candidates or left a blank does this invalidate my whole ballot?**

No. It only invalidates that specific vote for that given office or measure. This is considered an "over-vote" so no vote will count for that office.

You are not required to cast a vote for all offices or issues. If you do not vote for a given office or issue, this is considered an "under-vote" and nothing will be counted for that specific vote.

**15. If I ruined my mailed ballot, how do I get another one?**

If you make a mistake in marking your ballot, do not try to correct it.

Call us at 602-506-1511. You do not need to return the spoiled ballot and can destroy the spoiled ballot. It is voided upon issuance of your new ballot. If you do not have enough time to wait for a new ballot in the mail, visit any Ballot Center location (http://www.locations.maricopa.vote) across the County to vote in-person. Ballot Centers are open all 27 days leading up to an Election and on Election Day.

**16. What if I lost my green return envelope, what do I do?**

If you turn the ballot in without the green envelope, it will not be counted. Call us at 602-506-1511 to request a new ballot and envelope.

If you do not have enough time to wait for a new ballot in the mail, visit any Ballot Center location (http://www.locations.maricopa.vote) across the County to vote in-person. Ballot Centers are open all 27 days leading up to an Election and on Election Day.

**17. How can I check the status of my early ballot to see if it was received?**

Visit the Early Voting Ballot Status Inquiry (../earlyvotingballot/earlyvotingballotstatus.aspx) page. You can also call 602-506-1511 or you can opt into automatically receiving a "Ballot Status" text message by texting EV to MCVOTE (628683)

If not signed up for automatic text notifications, then please allow adequate time for the ballot to be received, verified and processed before inquiring on the return status. An average period to wait before inquiry, if locally mailed, is 5-6 business days to allow for receipt through the mail and completion of the signature verification process. After this time period, your early ballot status should be available.

**18. Can I vote in-person at a Ballot Center on Election Day if I already requested or received an early ballot?**

You can go to any Ballot Center location (http://www.locations.maricopa.vote) across the County to vote in-person on Election Day.  You will be given a new ballot and your mailed ballot will be voided.

Also note that Ballot Centers are open 27 days leading up to an Election and on Election Day so you can go vote in-person starting at the 27th day up to and including Election Day.

**19. What services are available for citizens with disabilities who wish to vote?**

- Voters can request a Braille ballot or a Large Print ballot (../earlyvotingballot/evb_specialneeds.aspx)
- Touch Screen Voting Machines at all ballot centers with large print and audio files of each ballot (http://www.locations.maricopa.vote/)
- Large print , braille or audio informational pamphlets and general voter information (../elections/specialneeds.aspx)

Visit ADA Voter Assistance for more information. (../elections/assistance.aspx)

20. Can I get assistance marking my ballot?

Yes. If you are unable to mark the ballot yourself, you can receive assistance from a person of your choice (at the Ballot Center (http://www.locations.maricopa.vote) or at home if voting an early ballot).

Each in-person voting location (Ballot Center (http://www.locations.maricopa.vote)) has a touch-screen and audio voting machine that allows for voters with disabilities to vote independently.

At the Ballot Center (http://www.locations.maricopa.vote), if you prefer to have the Election's Department directly assist you, two board members of different political party affiliations will then help.

If you prefer to vote early and would like the Election's Department to physically and directly assist you, we can schedule to send out a Special Election Board team to help you with marking your ballot. These teams are made up of two individuals of different political party affiliations.

To schedule a Special Election Board to assist you:

- Call 602-506-1511 and they will collect your information so that a representative can contact you to make arrangements.
- Email your request to evreq@risc.maricopa.gov (mailto:evreq@risc.maricopa.gov) and indicate in the subject line the need for a Special Election Board to assist you. You will need to provide the following information: name, residence address, delivery address, date of birth and phone number so that we can contact you to schedule this assistance.

21. How can I get an "I Voted" sticker if I vote by mail?

- Visit any ballot center (http://www.locations.maricopa.vote/)

22. What should I do if two ballots are mailed to me for the same election?

If we mailed you two ballots, it is most likely because you updated your voter registration just before the deadline. If your address remained the same, you can use either ballot and only the ballot that is received first will be counted and the other will be voided. If you changed your address, the first ballot is voided automatically and you must use the second ballot to vote. If you are not sure which is the second ballot, your address is printed on the yellow packet. Use the ballot which notes your current address. Alternatively, there is a 15-digit number underneath the bar code on your green envelope. The barcode that ends in "02" is the second ballot. Voting twice under the same name is a crime so do not attempt to vote both ballots.

If your question has not been answered, please call us at (602) 506-1511.

Click on Informational Links (informationconnections.aspx) for access to information provided by other government sites.

Subscribe

Click here to subscribe to this information.

Add Subscription (https://public.govdelivery.com/accounts/AZMARIC/subscribers/new?topic_id=AZMARIC_692)

Hours & Locations

› Recorder's Office
Main Downtown Office
111 S. Third Ave.
Phoenix AZ 85003
Due to COVID-19 our public counter is closed. Call for services.
Hours: 8:00 A.M. - 5:00 P.M. Monday - Friday
Phone: 602-506-3535
T.D.D. 602-506-2348 (http://maps.google.com/maps?
f=q&hl=en&geocode=&time=&date=&ttype=&q=111+S.+Third+Ave.,+Phoenix,+AZ&sll=37.0625,-95.677068&sspn=60.417788,109.863281&ie=UTF8&z=17&iwloc=addr&om=1)

› Recorder and Elections Dept.
Southeast Mesa Office
222 E. Javelina
Mesa AZ 85210
Due to COVID-19 our public counter is closed. Call for services.
Hours: 8:00 A.M. - 5:00 P.M. Monday - Friday
Phone: 602-506-3535

(http://maps.google.com/maps?
f=q&hl=en&geocode=&time=&date=&ttype=&q=222+E.+Javelina,+Mesa,+Arizona+85210&sll=33.44702,-112.077657&sspn=0.007905,0.013411&ie=UTF8&z=17&iwloc=addr&om=1)

› Elections MCTEC Office
510 S. Third Ave.
Phoenix AZ 85003
Due to COVID-19 our public counter is closed. Call for services.
Hours: 8:00 A.M. - 5:00 P.M. Monday - Friday
Phone: 602-506-1511
T.D.D. 602-506-2348 (http://maps.google.com/maps?
f=q&hl=en&geocode=&time=&date=&ttype=&q=510+S.+Third+Avenue,+Phoenix,+Arizona+85003&sll=33.380433,-111.827949&sspn=0.007911,0.013411&ie=UTF8&z=17&iwloc=addr&om=1)

## Recording Kiosks

We have several locations around the valley to serve you. Please visit our KIOSK Info (https://recorder.maricopa.gov/recorder/kiosk.aspx) page for hours and locations

**View Locations (https://recorder.maricopa.gov/recorder/kiosk.aspx)**

## Usability Survey

Please click here (https://www.surveymonkey.com/r/85L5BZF) to take our usability survey.

## Social Network

(https://twitter.com/RecorderFontes)      (https://www.facebook.com/AdrianFontesMCR)      (https://www.linkedin.com/company/18312111/)
(https://www.youtube.com/channel/UCAU_vPszKiHGBri-GjWJUJg)

## Newsletter Signup

Stay in the loop! Subscribe to our newsletter. (https://public.govdelivery.com/accounts/AZMARIC/subscriber/new?topic_id=AZMARIC_708)

## Holiday Schedule

View Our Holiday Schedule

## Contact Us

Please visit our contact page (https://recorder.maricopa.gov/site/contactus.aspx) to get in touch with us.

Sign up here (https://recorder.maricopa.gov/site/register.aspx) to receive email notifications of any future website outages.

## Disclaimer

The Maricopa County Recorder's Office presents the information on this web site as a service to the public. We have tried to ensure that the information contained in this electronic document is accurate. The Recorder's Office makes no warranty or guarantee concerning the accuracy or reliability of the content at this site or at other sites to which we link. Assessing accuracy and reliability of information is the responsibility of the user.

The Recorder's Office shall not be liable for errors contained herein or for any damages in connection with the use of the information contained herein.

This website is covered under the Maricopa County Privacy Policy (https://www.maricopa.gov/124/Site-Terms-Privacy-Policy). Additionally, this site makes use of Google Analytics (https://www.google.com/analytics/analytics).

Copyright © 2020 Maricopa County Recorder's Office
Home (https://recorder.maricopa.gov/) / About (https://recorder.maricopa.gov/site/about.aspx) / Recorder (https://recorder.maricopa.gov/recorder/) / Elections (https://recorder.maricopa.gov/elections/) / Media
(https://recorder.maricopa.gov/site/mediaevents.aspx) / Publications (https://recorder.maricopa.gov/site/publications.aspx) / Help & Support (https://recorder.maricopa.gov/site/contactus.aspx)

# Exhibit 16

# THE WALL STREET JOURNAL.

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/coronavirus-puts-postal-service-in-a-deeper-hole-11588958435

BUSINESS

# Coronavirus Puts Postal Service in a Deeper Hole

With mail expected to drop more than 50%, losses will counter any gains from e-commerce packages



A U.S. Postal Service worker in New York City last month.
**PHOTO:** ANDREW KELLY/REUTERS

*By* _Paul Ziobro_ *and* _Natalie Andrews_
Updated May 8, 2020 1:55 pm ET

More packages won't be enough to offset the steep decline in mail, U.S. Postal Service officials said Friday, as they made another plea for federal funding in the face of $22 billion in projected losses due to the coronavirus pandemic.

The Postal Service is petitioning Congress for up to $75 billion in funding to offset losses, modernize operations and for additional borrowing capacity. The agency received a $10 billion Treasury loan in the first coronavirus stimulus bill. President Trump has said he wouldn't authorize the loan unless the Postal Service raises the rates it charges to deliver packages for customers like Amazon.com Inc.

The pandemic has caused a spike in online shopping that is boosting the Postal Service's package business. But mail, which is the agency's more profitable segment, has suffered significant declines, and officials project that volume will fall more than 50% over the next few months, according to people familiar with the matter.

That decline is straining the troubled agency's finances even further.

"The stark reality is that the pandemic will cause meaningful near term and long term implications from the steep decline in revenue we will suffer this year and in the coming years that endanger our ability to fulfill our universal service mission absent congressional intervention," said Megan Brennan, the outgoing postmaster general, on Friday during a meeting of the agency's governing board.

Providing emergency aid to the Postal Service is a priority for House Speaker Nancy Pelosi (D., Calif.) in the next round of coronavirus legislation she is writing, and support for the agency also has bipartisan support in the Senate.

Sens. Dianne Feinstein (D., Calif.) and Susan Collins (R., Maine), with eight other senators from both parties, wrote to Senate leadership on Thursday, asking for more funding for the agency.

"Emergency funding, additional borrowing authority, and debt forgiveness are necessary to help shore up the agency's finances and help it survive the current national crisis," the senators wrote.

Still, aid for the Postal Service faces resistance from some GOP lawmakers who are wary about spending more money and adding to the nation's deficit, including Senate Majority Leader Mitch McConnell (R., Ky.), who has questioned the need for future spending bills.

UNDERSTANDING CORONAVIRUS

The Latest on Coronavirus and Business

What to Know About Coronavirus | en Español

Tracking: Coronavirus Case Counts

On Friday, the Republican members of the House Committee on Oversight and Reform sent a letter to Ms. Brennan requesting that she send the panel a sustainable, long-term business plan that was promised more a year ago

The impact of the pandemic wasn't fully reflected in the Postal Services' latest quarterly report, which showed revenue up 2% to $17.8 billion for the three months ended March 31.

Package revenue rose 7.1% during that period on a late spike in online orders during the last half of March when stay-at-home orders took effect. Large customers, like Amazon.com, FedEx Corp. and United Parcel Service Inc., that had been using the Postal Service less often to help deliver packages to residences temporarily reversed that plan due to the increased package volume and capacity constraints in their own networks.

First-class mail revenue rose 1.4% in the March quarter, helped by an increase in mailing tied to the U.S. Census.

The Postal Service's loss widened to $4.5 billion for the period, more than double the $2 billion loss a year ago. Excluding uncontrollable expenses, the loss was $792 million, down slightly from a year earlier.

While online shopping is expected to remain high, the Postal Service expects that is likely going to plateau and later decline due to the weakened U.S. economy, where unemployment has spiked to nearly 15%.

Ms. Brennan is retiring next month, and will be succeeded by Louis DeJoy, who grew New Breed Logistics Inc., a North Carolina transportation company, into a larger logistics enterprise that was sold to XPO Logistics Inc. in 2014.

Coronavirus Puts Postal Service in a Deeper Hole - WSJ

STAY INFORMED

Get a coronavirus briefing six days a week, and a weekly Health newsletter once the crisis abates:
Sign up here.

**Write to** Paul Ziobro at Paul.Ziobro@wsj.com and Natalie Andrews at
Natalie.Andrews@wsj.com

Copyright © 2020 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit
https://www.djreprints.com.

Exhibit 17

POLITICS

# Postal Service's financial stress might hurt its ability to handle large volume of mail-in ballots

PUBLISHED FRI, MAY 22 2020·7:00 AM EDT   UPDATED FRI, MAY 22 2020·7:19 AM EDT

**Yelena Dzhanova**
@YELENADZHANOVA

SHARE   

## KEY POINTS

As the coronavirus pandemic forces adjustments in 2020 races, some states worry that financial disruptions at the U.S. Postal Service may lead to decreased voter turnout in the general election.

Several states have begun to expand vote-by-mail services for Americans to safely participate in the November election.

If the USPS continues to endure financial stress, there are concerns that it may not be able to effectively carry out the expected onslaught of mail-in ballots for the election.

    



**pandemic on April 30, 2020 in New York City. COVID-19 has spread to most countries around the world, claiming over 230,000 lives with over 3.2 million cases.**

*Alexi Rosenfeld | Getty Images*

As the coronavirus pandemic forces adjustments in 2020 races, some states worry that financial disruptions at the U.S. Postal Service may lead to decreased voter turnout in the general election.

More than a dozen states are already preparing for the November election, with the anticipation that more voters will choose mail-in ballots over in-person voting. If the USPS continues to endure financial stress, there are concerns that it may not be able to effectively carry out the expected onslaught of mail-in ballots for the election.

"The Office of the Secretary of State has become increasingly concerned about the declining revenue of the United States Postal Service," said Kylee Zabel, communications director at the Washington state election agency. "If the USPS diminishes, or interruptions in mail service occur, every single state will have to mitigate the impacts to their by-mail voters." Washington state is one of five that conduct voting entirely by mail.

    

Hawaii, which also conducts all-mail voting, worries that the pandemic might "affect our timeline in mailing and receiving ballots," said Nedielyn Bueno, head of voter services in the state's Office of Elections. "We are in contact with our local USPS representatives and our federal partners to stay informed of any shift in postal service."

Other states told CNBC they regularly touch base with their local USPS offices for updates.

"We are continuing to follow that situation and will address any issues with mail service as it regards elections, should they arise," said Kristen Muszynski, director of communications at the Maine Department of the Secretary of State.

In Rhode Island, the Board of Election is "in regular contact" with the local postmaster, informing the office of "large mailings," according to deputy director of elections Miguel Nunez.

"We have also requested that [they] make us aware of any local service interruptions that could potentially delay the return of ballots to us from voters," Nunez told CNBC.

The USPS, in a statement, emphasized its partnerships at the local, county and state levels.

"As we anticipate that many voters may choose to use the mail to participate in the upcoming elections due to the impacts of the COVID-19 pandemic, we are conducting and will continue to proactively conduct outreach with state and local election officials and Secretaries of State so that they can make informed decisions and educate the public about what they can expect when using the mail to vote," said USPS public relations manager David Partenheimer.

## USPS under duress

The USPS has not had a profit since 2006, according to a 2014 report on the agency's finances. Between then and March 2020, the USPS reported more than $83 billion in

    

One big reason for its shortfall has been the requirement that the USPS prefund health benefits for its workers, a 2018 CNBC analysis said. Other employee-related expenses, such as worker benefits, fluctuate from year to year based on "changes in actuarial assumptions, such as interest and inflation rates, and employee and retiree demographics," as the USPS said in its 2019 annual report.

The coronavirus has exacerbated the Postal Service's financial strain.

When the pandemic hit, mail volume fell by nearly a third, Postmaster General Megan Brennan said, because distressed businesses cut back on sending advertisements or catalogs.

Some lawmakers have pushed for a bailout or additional funding in the next coronavirus stimulus package. Senate Republicans, however, are skeptical that the USPS needs congressional aid, The Washington Post reported.

Under the $2 trillion coronavirus stimulus package passed in March, Congress authorized the Treasury Department to give a $10 billion loan to the USPS. But President Donald Trump in late April threatened to withhold that loan unless the USPS raised rates for internet companies like Amazon, which Trump says is responsible for the collapsing USPS.

Overwhelmed by the strain from the pandemic, the government-run postal service in April predicted it would run out of money by September. Brennan, speaking to members of the House Oversight and Reform Committee, said the USPS is positioned to lose $13 billion because of the pandemic and more than $54 billion over the next decade.

The issue has caught the attention of prominent Democrats, including Sens. Bernie Sanders and Elizabeth Warren, who have urged Congress to allocate money to the Postal Service in the next round of stimulus relief.

"Without relief or intervention, the United States Postal Service will not be able to sustain itself for the long term, which means it will not be able to deliver mail and packages to 160 million addresses all over the country," Sanders wrote in an email to

    

# Predicting voter turnout

The financial strain "could affect its ability to meet payroll, purchase gasoline, maintain vehicles and provide reliable service," said James O'Rourke, professor of management at the University of Notre Dame.

These are factors that some experts say could also lead to a decline in voter turnout in the general election as more states begin to rally around mail-in ballots.

Several states have begun planning for and expanding vote-by-mail measures to decrease the risk of spreading the coronavirus.

Earlier this month, California Gov. Gavin Newsom signed an executive order allowing all registered voters in the state to receive a mail-in ballot for November's election. And on Tuesday, Michigan Secretary of State Jocelyn Benson said every registered voter will receive an application for an absentee ballot for the general election.

Connecticut is also mailing out absentee ballot applications, including postage-paid return. "This plan will allow a larger number of voters to vote by absentee ballot than ever before, and do it at no cost to the towns or the voters," the office of Secretary of State Denise Merrill said.

The District of Columbia and 34 states, including five that conduct all-mail voting, use no-excuse absentee voting, according to the bipartisan National Conference of State Legislatures.

But Americans should not worry about missing mail, even with the added challenges brought on by the pandemic, the USPS said.

"The Postal Service has continued and will continue to serve its customers during the COVID-19 pandemic through the delivery of not only Election Mail, but also medicine, essential consumer staples, benefits checks, and important information," USPS spokesperson Partenheimer told CNBC.

At the same time, the USPS "recommends that election officials use First-Class Mail when mailing election materials (including blank ballots) to voters, and that voters mail







their completed ballots at least 1 week before the due date to account for any unforeseen events or weather issues."

But the concern that some Americans might not get to cast a ballot this November still exists.

Rural communities might have the highest risk of low voter turnout, according to Betsy Huber, president of the National Grange, a nonprofit that advocates for support and equality for rural parts of the country.

Unlike other mail services, the USPS delivers to every ZIP code in the United States, a press release from the National Grange said, "leveling the playing field" for people in rural homes who often rely on their mail for connection.



A United States Postal Service (USPS) worker works in the rain in Manhattan during the outbreak of the coronavirus disease (COVID-19) in New York, April 13, 2020.

*Andrew Kelly | Reuters*

"Sending mail in rural areas is more difficult than urban areas where there are multiple mailboxes readily available to deposit mail," Huber told CNBC.

    

As a result, it's generally not worth it financially for private companies like FedEx and the United Parcel Service to deliver to many of these homes. "Sparser population means more travel distance between delivery points, and between the warehouse and homes. Private companies can utilize the USPS for cheaper delivery than they could do themselves," Huber noted.

The USPS might be able to save some money by closing small or little-used post offices and eliminate Saturday deliveries, Notre Dame's O'Rourke said, but a move like this is likely to affect those voters living in rural areas.

There is evidence to suggest that people who vote by mail tend to be "older, housebound, live in rural areas, or do not have access to transportation permitting them to vote at a polling station in person," O'Rourke said. These factors make them particularly vulnerable to forgoing in-person voting, especially now with the additional threat of contracting the coronavirus looming over them.

At the same time, a damaged USPS system can also lead to difficulty for candidates to get out their names, according to Jacob Neiheisel, associate professor of political science at the University at Buffalo.

"Candidates for public office still rely heavily on campaign mailers as a key part of their get-out-the-vote efforts," Neiheisel said. "Get-out-the-vote efforts are positively correlated with voter turnout, and without the ability to get their message out or remind voters to turn in their ballots, many campaigns are going to be rendered less effective than they might otherwise have been in the event that the USPS experiences delays or service outages."

For candidates running for local offices, cost is a major factor when it comes to advertising their campaigns, so television ads, for example, "may make less sense or be cost-prohibitive for them," Neiheisel said.

But even if candidates get their message out successfully using the mail, voters might see a delay down the line when it comes to receiving their ballots.

"Unreliable, interrupted mail service would cause additional delays and possibly

    

Grange's Huber said.

**TRENDING NOW**



JC Penney announces 154 stores set to close this summer. Here's a map.



Jim Cramer: The pandemic led to 'one of the greatest wealth transfers in history'

    

Coronavirus: Postal Service financial stress might threaten voter turnout





**May sees biggest jobs increase ever of 2.5 million as economy starts to recover from coronavirus**



**Dow rallies 1,000 points for the first time since early April amid historic jobs surge**

Sponsored Links by Taboola

## FROM THE WEB

### Seniors With No Life Insurance Are in For a Big Treat in 2020

Finance Daily

### These SUVs Are So Cool It's Hard to Believe They Cost Under $30K! Research Best Crossover SUV 2020

SUV

## MORE FROM CNBC

**I walked around New York the morning after the city erupted in protests. Here's what I saw**

## FROM THE WEB

**There Is a Reason Why Residents of Seattle Are Wearing This Mask**

Brave New Look

**Savvy Seniors Are Ditching Car**

    

6/5/2020                                    Coronavirus: Postal Service financial stress might threaten voter turnout

**Next coronavirus stimulus bill will be the 'final' one, Mitch McConnell says**

**Ponzi scheme king Bernie Madoff denied compassionate prison release by federal judge**

**'It's not investing' — Cramer issues a warning to young people day trading in speculative stocks**

**'Domination': Trump thanks self in tweet, takes credit for curbing DC, Minnesota protests over George Floy...**

**Dr. Anthony Fauci says there's a chance coronavirus vaccine may not provide immunity for very long**

National Penny

**7 Discounts Seniors Only Get If They Ask**

Senior Discounts USA

by Taboola

# MORE IN POLITICS

    

# Pentagon post, slams Esper for

role in Trump photo on

Amanda Macias

## Pentagon official walks back Trump claim that top...

Amanda Macias

## Democrats plan to introduce police reform bill on Monday, Nancy Pelosi says

Jacob Pramuk 24 HOURS AGO

## Michael Flynn transcripts released, calls with Russian diplomat detailed

Kevin Breuninger Dan Mangan

## Op-ed: Biden's campaign is at risk of going from one mistake to another — he needs a better message

John Ellis, editor of News Items 24 HOURS AGO

**FROM THE WEB**                                                    by Taboola

# Seniors With No Life Insurance Are in For a Big Treat in 2020

**Finance DailySponsored**

    

## Seattle, Washington: Notice For Cars...

AutoInsurance.comSponsored

**People Born 1948-1979 With No Life Insurance Are In For A Treat This June**

Finance DailySponsored

**Forget Prescription Hearing Aids Use This Instead**

HearTech Labs CIC Hearing DevicesSponsored

**Legend Who Bought Apple at $1.42, Amazon at $48 Says Buy This Now**

ManivationSponsored

---

**FROM THE WEB**                                                                    by Taboola

# Washington Senior Drivers Are Upset By This

Smart Tips DailySponsored

    

6/5/2020                                  Coronavirus: Postal Service financial stress might threaten voter turnout

## Washington : Launches New Policy For Cars...

**Bill CruncherSponsored**

**New Senior Apartments in Seattle Are Turning Heads**

Senior Living | Search AdsSponsored

**Why Is Everybody In Seattle Rushing To Get This $49 Smartwatch?**

tagtechtrend.comSponsored

**Two Green Stocks: A Potential $146 Billion Opportunity**

The Motley FoolSponsored

# MORE FROM CNBC

## Stocks making the biggest moves in the premarket: JM Smucker, Tiffany, Navistar,...

Peter Schacknow

## U.S. coronavirus



    

## slowly ticking u...

Berkeley Lovelace Jr.,Nate Rattner

## 159 million stimulus checks have been sent. What to do if you still haven't received yours

Lorie Konish

## Meet the newest multibillionaire: Nikola's founder is now worth $4.6 billion after IPO

Robert Frank 22 HOURS AGO

## Read the email Tim Cook sent to Apple employees about George Floyd

Annie Palmer



Subscribe to CNBC PRO              Licensing & Reprints

CNBC Councils                      Supply Chain Values

Advertise With Us                  Join the CNBC Panel

Digital Products                   News Releases

Closed Captioning                  Corrections

About CNBC                         Internships

Site Map                           Podcasts

AdChoices                          Careers

Help                               Contact

f    🐦    in    📷    ▶    📰    🔊

## News Tips

Got a confidential news tip? We want to hear from you.


MARKETS

WATCHLIST

CNBC TV

MENU



Coronavirus: Postal Service financial stress might threaten voter turnout

 **CNBC Newsletters**

Sign up for free newsletters and get more CNBC delivered to your inbox

SIGN UP NOW

Privacy Policy

Do Not Sell My Personal Information

Terms of Service

Market Data Terms of Use and Disclaimers

Data also provided by



MARKETS


WATCHLIST


CNBC TV


MENU

# Exhibit 18

# United States Senate

WASHINGTON, DC 20510

April 9, 2020

The Honorable Tammy L. Whitcomb
Inspector General
Office of Inspector General
U.S. Postal Service
1735 N. Lynn Street
Arlington, VA 22209

Dear Inspector General Whitcomb:

We are writing to urge you to investigate numerous reports of absentee ballots not being delivered in a timely manner for the Wisconsin primary election held on Tuesday, April 7th.  In light of the COVID-19 pandemic, there was an unprecedented increase in requests for absentee ballots, as more and more voters sought to comply with public health guidance and avoid potential risk to their health by avoiding in-person voting.  The United States Postal Service (USPS) in short, had an outsized role in ensuring Wisconsinites could safely exercise the right to vote and participate in our democracy.

Unfortunately, there have been numerous accounts from the state that USPS failed to fulfill that critical function for some voters.  According to an April 8th report by the Milwaukee Journal Sentinel and the account of a state legislator, three tubs of absentee ballots from Appleton and Oshkosh were discovered in USPS's Milwaukee processing center after polls closed on Tuesday.[1]  In addition, the City of Milwaukee Election Commission has requested that USPS investigate the failure of batches of absentee ballots requested on March 22nd and 23nd to be delivered to voters.  Finally, the Village of Fox Point reports that USPS returned to them multiple batches of unsent absentee ballots and they were unable to obtain an explanation from their local post office as to why they were not delivered to the voters who requested them.

We are concerned there may be more examples, and request that you promptly open an investigation to determine the cause of these failures, which appear to have disenfranchised many Wisconsin voters.  As the COVID-19 crisis continues and as more voters are likely to

---

[1] Patrick Marley, Alison Dirr and Mary Spicuzza, "Wisconsin is discovering problems with absentee ballots, including hundreds that were never delivered," Milwaukee Journal Sentinel, April 8, 2020, available at www.jsonline.com/story/news/politics/elections/2020/04/08/wisconsin-election-3-tubs-ballots-found-mail-processing-center/2971078001/.

request to vote by mail where available, this year's forthcoming elections will require that
USPS's existing vote-by-mail procedures are strictly and effectively followed.  It is critical that
you quickly identify what has gone wrong and propose solutions that USPS can swiftly
implement.


Sincerely,




Tammy Baldwin
United States Senator

Ron Johnson
United States Senator

# Exhibit 19



SECRETARY
KATIE
HOBBS

STATE OF ARIZONA

# DRAFT ELECTIONS PROCEDURES MANUAL

**October 2019**

www.azsos.gov 

1700 W. Washington St. Phoenix, AZ 85007 

1-877-THE-VOTE (843-8683) 

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

A.R.S. § 16-549(D).

## V.   CHALLENGES TO EARLY BALLOTS

Challenges to early ballots must be submitted prior to the opening of the early ballot affidavit envelope. Challenges received after the affidavit envelope containing the ballot has been opened may be summarily denied as untimely.

Written challenges to voted early ballots shall be given immediately to an early voting election board or other officer in charge of elections. If the written challenge contains at least one of the grounds listed in A.R.S. § 16-591, the board or officer shall, within 24 hours, send the following by first class mail to the challenged voter:

- Notice of the challenge;
- A copy of the written challenge; and
- The time and place at which the voter may appear to defend the challenge.

The notice must be sent to the mailing address shown on the voter's request for the ballot-by-mail. If no address is provided, the notice may be sent to the mailing address on the registration rolls.

Notice must also be sent to:

- The challenger at the address provided on the challenge; and
- The county chairperson of each political party represented on the ballot.

The early voting election board shall meet to hear the challenge at the time specified, but:

- Not earlier than **96 hours** after the notice is mailed, or not earlier than **48 hours** after delivery if the notice is delivered by overnight or hand delivery; and
- Not later than 5:00 p.m. on the Monday following the election.

The early election board or other officer in charge of early ballot processing is not required to provide a notice if the written challenge is untimely or fails to set forth at least one of the grounds listed in A.R.S. § 16-591 as a basis for the challenge.

A.R.S. § 16-552; A.R.S. § 16-594.

## VI.   PROCESSING AND TABULATING EARLY BALLOTS

The following procedures for processing early ballots shall be followed, unless the Secretary of State has granted a jurisdiction permission to use another method otherwise consistent with applicable law. A jurisdiction wishing to deviate from these instructions must make a request in writing no later than 90 days prior to the election for which the exception is requested.

*ARIZONA SECRETARY OF STATE*
*2019 ELECTIONS PROCEDURES MANUAL*

## A. County Recorder Signature Verification

Upon receipt of the return envelope with an early ballot and completed affidavit, a County Recorder or other officer in charge of elections shall compare the signature on the affidavit with the voter's signature in the voter's registration record. In addition to the voter registration form, the County Recorder should also consult additional known signatures from other official election documents in the voter's registration record, such as signature rosters or early ballot/PEVL request forms, in determining whether the signature on the early ballot affidavit was made by the same person who is registered to vote.

If **satisfied** that the signatures were made by the same person, the County Recorder shall place a distinguishing mark on the unopened affidavit envelope to indicate that the signature is sufficient and safely keep the early ballot and affidavit (unopened in the return envelope) until they are transferred to the officer in charge of elections for further processing and tabulation.

If **not satisfied** that the signatures were made by the same person or if the early ballot affidavit is missing a signature, the County Recorder shall make a reasonable and meaningful attempt to contact the voter via mail, phone, text message, and/or email, notify the voter of the inconsistent signature, and allow the voter to provide, correct, or confirm the signature. The County Recorder shall attempt to contact the voter as soon as practicable using any contact information available in the voter's record and any other source reasonably available to the County Recorder.

Voters must be permitted to correct or confirm an inconsistent or missing signature until 5:00 p.m. on the fifth business day after a primary, general, or special election that includes a federal office or the third business day after any other election. For the purposes of determining the applicable signature cure deadline: (i) the PPE is considered a federal election; and (ii) for counties that operate under a four-day workweek, only days on which the applicable county office is open for business are considered "business days."

All early ballots, including ballots-by-mail and those cast in-person at an on-site early voting location, emergency voting center, or through a special election board must be signature-verified by the County Recorder. However, because voters who cast an early ballot in-person at an on-site early voting location, emergency voting center, or through a special election board must show identification prior to receiving a ballot, early ballots cast in-person should generally not be invalidated based solely on an allegedly inconsistent signature absent other evidence that the signatures were not made by the same person. After verifying an in-person early ballot, a County Recorder may update the signature in a voter's record by scanning the voter's affidavit signature and uploading the signature image to the voter's record.

A.R.S. § 16-550(A); A.R.S. § 16-552(B); Settlement Agreement at 3, *Navajo Nation v. Hobbs*, No. CV2018-08329, ECF No. 44-2 (D. Ariz. August 6, 2019).

## B. Early Ballot Board Responsibilities

The Board of Supervisors or officer in charge of elections shall appoint one or more early ballot