# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>        Defendants. | No. CV-20-01143-PHX-DLR<br><br>**ORDER** |

Plaintiffs have moved for the entry of a preliminary and permanent injunction pursuant to Federal Rule of Civil Procedure 65(a)(2), which under certain circumstances permits consolidation of the preliminary injunction hearing and the trial on the merits (Doc. 2). To ensure the expeditious resolution of the motion,

**IT IS ORDERED** as follows:

1. Plaintiffs shall serve Defendants with the summons, complaint, injunction motion, and copy of this order as soon as practicable, but by no later than **June 16, 2020**.

2. By no later than **June 22, 2020**, the parties shall confer regarding: (1) a proposed briefing and hearing schedule on Plaintiffs' motion, which should account for the need to resolve the motion expeditiously in light of the upcoming general election; (2) whether the parties agree that consolidation of the preliminary injunction motion and the trial on the merits is appropriate under Rule 65(a)(2);

(3) whether Defendants will need to conduct any discovery to respond to the evidence Plaintiffs have presented to support their requested injunction; and (4) whether Plaintiffs will need to conduct any discovery to address whatever new evidence Defendants might supply.

3. The parties shall participate in a telephonic status conference at **3:00 PM on June 23, 2020** before Judge Douglas L. Rayes. The purpose of the conference call will be to set a briefing and hearing schedule on Plaintiffs' motion. The parties will be provided with call-in instruction via a separate email. Based on the Court's preliminary review, it seems that this case should not require intense discovery, and that consolidation of the preliminary injunction motion and the trial on the merits would be appropriate. But the Court welcomes input from the parties on these issues.

Dated this 10th day of June, 2020.

Douglas L. Rayes
United States District Judge