BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION
Daniel Jurkowitz, SBN 018428
Deputy County Attorney
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Telephone: 520-724-5700
Daniel.Jurkowitz@pcao.pima.gov
*Attorney for Pima County Recorder F. Ann Rodriguez*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Democratic Party; et al,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>Defendants, | No. 2:20-cv-01143-PHX-DLR<br><br>**PIMA COUNTY RECORDER'S NOTICE OF APPEARANCE**<br><br>Assigned to:<br>Honorable Douglas L Rayes |

NOTICE IS HEREBY GIVEN that Deputy County Attorney Daniel Jurkowitz of the Pima County Attorney's Office enters his appearance on behalf of the Pima County Recorder, F. Ann Rodriguez. Service of all correspondence, motions, and other papers should be directed to:

Daniel Jurkowitz
Pima County Attorney's Office, Civil Division
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Daniel.Jurkowitz@pcao.pima.gov

RESPECTFULLY SUBMITTED June 19, 2020.

BARBARA LAWALL, PIMA COUNTY ATTORNEY

By: /s/ Daniel Jurkowitz
Daniel Jurkowitz, Deputy County Attorney



BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION

**CERTIFICATE OF SERVICE**

I hereby certify that on June 19, 2020, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Alexis E. Danneman (SBA #030478)
Joshua L. Boehm (SBA #033018)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
602-351-8000
Fax: 602-648-7000
ADanneman@perkinscoie.com
JBoehm@perkinscoie.com DocketPHX@perkinscoie.com

Kevin J. Hamilton (Wash. Bar #15648)*
KHamilton@perkinscoie.com
Marc Erik Elias (D.C. Bar #442007)*
MElias@perkinscoie.com
William B. Stafford (Wash. Bar #39849)*
WStafford@perkinscoie.com
Sarah Langberg Schirack (Alaska Bar # 1505075)*
SSchirack@perkinscoie.com
Ariel Glickman (Va. Bar #90751)*
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005
202-654-6200
Fax: 202-654-6211
**Pro Hac Vice Application to be Filed*
*Attorneys for Plaintiffs*

David Andrew Gaona
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
602-381-5481
Agaona@cblawyers.com

Kristen Michelle Yost
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
602-381-5478
Fax: 602-224-6020
kyost@cblayers.com

Roopali H Desai
Coppersmith Brockelman PLC
2800 North Central Avenue, Suite 1900
Phoenix, AZ 85004
602-381-5478
Fax: 602-224-6020
rdesai@cblawyers.com
*Attorneys for Defendant, Katie Hobbs, Arizona Secretary of State*

Rose Marie Winkeler
Coconino County Attorney's Office
110 East Cherry Avenue
Flagstaff, AZ 86001-4627
928-679-8200
rwinkeler@coconino.az.gov
*Attorney for Defendant, Patty Hansen, Coconino County Recorder*

Joseph James Branco
Maricopa County Attorney's Office - Phoenix (Central Ave.)
222 North Central Avenue, Suite1100
Phoenix, AZ 85004-2206
602-506-8541
Fax: 602-506-8567
brancoj@mcao.maricopa.gov

Joseph Eugene LaRue
Maricopa County Attorney's Office - Phoenix (Central Ave.)
222 North Central Avenue, Suite1100
Phoenix, AZ 85004-2206
602-506-8541
Fax: 602-506-8567
ca-civilmailbox@mcao.maricopa.gov
*Attorneys for Defendant, Adrian Fontes, Maricopa County Recorder*



BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION

Jeffrey Blane Haws
Mohave County Attorney's Office
P.O. Box 7000
Kingman, AZ 86402-7000
928-753-0770
jeff.haws@mohavecounty.us
*Attorney for Kristi Blair, Mohave County Recorder*

Jason S. Moore
Deputy County Attorney
P.O. Box 668
Holbrook, AZ 86025
928-524-4026
jason.moore@navajocountyaz.gov
*Attorney for Michael Sample, Navajo County Recorder*

Craig Charles Cameron
Pinal County Attorney's Office
P.O. Box 887
Florence, AZ 85132
520-866-6466
Fax: 520-866-6521
craig.cameron@pinal.gov
*Attorney for Defendant, Virginia Ross, Pinal County Recorder*

Kimberly Janiece Hunley
Santa Cruz County Attorney
2150 North Congress Drive, Suite 201
Nogales, AZ 85621-1090
520-375-7780
Fax: 520-375-7793
khunley@santacruzcountyaz.gov
*Attorney for Defendant, Suzanne Sainz, Santa Cruz County Recorder*

Thomas M. Stoxen
Yavapai County Attorney's Office
255 East Gurley Street
Prescott, AZ 86301
928-771-3338
Fax: 928-771-3375
thomas.stoxen@yavapai.us
*Attorney for Defendant, Leslie Hoffman, Yavapai County Recorder*

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION

William J. Kerekes
Chief Civil Deputy County Attorney
Office of the Yuma County Attorney
250 West Second Street, Suite G
Yuma, Arizona 85364
928-817-4300
YCAttyCivil@yumacountyaz.gov
*Attorney for Defendant Robyn Stallworth Pouquette, Yuma County Recorder*

Drew Curtis Ensign
Office of the Attorney General - Phoenix
2005 North Central Avenue
Phoenix, AZ 85004-1592
602-542-5200
Fax: 602-542-4377
drew.ensign@azag.gov

Jennifer Jayne Wright
Office of the Attorney General - Phoenix
2005 North Central Avenue
Phoenix, AZ 85004-1592
602-542-8255
Fax: 602-542-8308
jennifer.wright@azag.gov

Robert John Makar
Office of the Attorney General - Phoenix
2005 North Central Avenue
Phoenix, AZ 85004-1592
602-542-4389
Fax: 602-542-4377
Robert.Makar@azag.gov
*Attorneys for Intervenor Defendant, State of Arizona*

By: /s/ Katherine T. Syverson

BARBARA LAWALL
PIMA COUNTY ATTORNEY
CIVIL DIVISION