MICHAEL B. WHITING
APACHE COUNTY ATTORNEY
Joseph D. Young (024027)
Chief Deputy County Attorney
P.O. Box 637
St. Johns, AZ 85936
Telephone: (928) 337-7560
jyoung@apachelaw.net
groupmail@apachelaw.net

*Attorney for Apache County Recorder, Edison J. Wauneka*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

Arizona Democratic Party, et al.,

Plaintiffs,

vs.

Katie Hobbs, et al.,

Defendant(s),

Case No: 2:20-CV-01143-PHX-DLR

**NOTICE OF APPEARANCE**

NOTICE IS HEREBY GIVEN that Chief Deputy County Attorney Joseph D. Young of the Apache County Attorney's Office enters his appearance as counsel for Defendant Apache County Recorder, Edison J. Wauneka.

Service of all correspondence, motions and other papers should be directed to:

Joseph D. Young (jyoung@apachelaw.net)
Apache County Attorney's Office
P.O. Box 637
St. Johns, Arizona 85936
Telephone: (928) 337-7560

RESPECTFULLY SUBMITTED this 22nd day of June, 2020.

Michael B. Whiting
Apache County Attorney

_/s/ Joseph Young___________
Joseph D. Young
Chief Deputy County Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was electronically filed and served through the CM/ECF system this 22nd day of June, 2020.

By: _/s/ Joseph D. Young___________