Thomas R. McCarthy (*pro hac* application pending)
tom@consovoymccarthy.com
Cameron T. Norris (*pro hac* application pending)
cam@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209

Patrick Strawbridge (*pro hac* application pending)
patrick@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109
Tel: (703) 243-9423

Kory Langhofer (Ariz. Bar No. 024722)
kory@statecraftlaw.com
Thomas Basile (Ariz. Bar No. 031150)
tom@statecraftlaw.com
STATECRAFT PLLC
649 North Fourth Avenue, Suite B
Phoenix, Arizona 85003
Tel: (602) 382-4078
*Counsel for Proposed Intervenors*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Democratic Party, *et al.*, | No. 2:20-cv-01143-DLR |
| Plaintiffs, | |
| v. | **CORPORATE DISCLOSURE STATEMENT** |
| Katie Hobbs, *et al.*, | |
| Defendants, | |
| and | |
| Republican National Committee; Arizona Republican Party; and Donald J. Trump for President, Inc. | |

1

1

2      Proposed Intervenor-
       Defendants.

3

4

5          This Corporate Disclosure Statement is filed on behalf of Donald J. Trump for

6   President, Inc. in compliance with the provisions of:

7     __**X**__ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

8   party to an action in a district court must file a statement that identifies any parent

9   corporation and any publicly held corporation that owns 10% or more of its stock or

10  states that there is no such corporation.

11

12     _____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, anynongovernmental

13  corporate party to a proceeding in a district court must file a statement that identifies

14  any parent corporation and any publicly held corporation that owns 10% or more of

15  its stock or states that there is no suchcorporation.

16

17     _____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational

18  victim of alleged criminal activity is a corporation the government mustfile a

19  statement identifying the victim and the statement must also disclose the information

20  required by Rule 12.4(a)(1).

21

22  **The filing party hereby declares as follows:**

23

24     __**X**__ No such corporation.

25     _____ Party is a parent, subsidiary or other affiliate of a publicly owned corporation

26  as listed below. (Attach additional pages if needed.)

27     _____ Other

28

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Dated: June 23, 2020

STATECRAFT PLLC

By:   /s/Thomas Basile
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

CONSOVOY MCCARTHY PLLC

Thomas R. McCarthy (*pro hac* pending)
Cameron T. Norris (*pro hac* pending)
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209

Patrick Strawbridge (*pro hac* pending)
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109

*Attorneys for Proposed Intervenors Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc.*

1

## <u>CERTIFICATE OF SERVICE</u>

2

3        I hereby certify that on June 23, 2020, I electronically transmitted the attached

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

4   Notice of Electronic Filing to the following CM/ECF registrants:

5

Alexis E. Danneman

6   Joshua L. Boehm
**Perkins Coie LLP**

7   2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788

8   ADanneman@perkinscoie.com

9   JBoehm@perkinscoie.com
*Attorneys for the Plaintiffs*

10

Roopali Desai

11  Andy Gaona
Kristen Yost

12  **Coppersmith Brockelman PLC**
2800 North Central Avenue, Suite 1900

13  Phoenix, Arizona 85004
rdesai@cblawyers.com

14  agaona@cblawyers.com
kyost@cblawyers.com

15  *Attorneys for the Secretary of State*

16  Drew Ensign
Jennifer Wright

17  Robert Makar
**Arizona Attorney General's Office**

18  2005 North Central Avenue
Phoenix, Arizona 85004

19  Drew.Ensign@azag.gov
Jennifer.Wright@azag.gov

20  Robert.Makar@azag.gov
*Attorneys for the State of Arizona*

21

Joseph D. Young

22  **Apache County Attorney's Office**
P.O. Box 637

23  Saint Johns, Arizona 85936
jyoung@apachelaw.net

24  *Attorney for the Apache County Recorder*

25  Rose Winkeler
**Coconino County Attorney's Office**

26  110 East Cherry Ave.
Flagstaff, Arizona 86001

27  rwinkeler@coconino.az.gov
*Attorney for the Coconino County Recorder*

28

4

1   Jeff Dalton
    **Gila County Attorney's Office**
2   1400 East Ash Street
    Globe, Arizona 85501
3   jdalton@gilacountyaz.gov
    *Attorney for the Gila County Recorder*
4
    Joseph Branco
5   Joseph La Rue
    **Maricopa County Attorney's Office**
6   222 North Central Avenue, Suite 1100
7   Phoenix, Arizona  85004
    brancoj@mcao.maricopa.gov
8   ca-civilmailbox@mcao.maricopa.gov
    *Attorney for the Maricopa County Recorder*
9
    Jeff Haws
10  **Mohave County Attorney's Office**
    315 N. 4th St.
11  Kingman, Arizona 86401
    Jeff.Haws@mohavecounty.us
12  *Attorney for the Mohave County Recorder*
13  Jason Moore
    **Navajo County Attorneys Office**
14  P.O. Box 668
    Holbrook, AZ 86025
15  jason.moore@navajocountyaz.gov
    *Attorney for the Navajo County Recorder*
16
    Daniel Jurkowitz
17  **Pima County Attorney's Office**
    32 North Stone Avenue, Suite 2100
18  Tucson, Arizona 85701
    Daniel.Jurkowitz@pcao.pima.gov
19  *Attorney for the Pima County Recorder*
20  Craig Cameron
    **Pinal County Attorney's Office**
21  30 N. Florence St.
    Florence, Arizona 85132
22  Craig.Cameron@pinal.gov
    *Attorney for the Pinal County Recorder*
23
    Kimberly Hunley
24  **Santa Cruz County Attorney's Office**
    2150 North Congress Drive, Suite 201
25  Nogales, Arizona 85621
    khunley@santacruzcountyaz.gov
26  *Attorney for the Santa Cruz County Recorder*
27  Thomas M. Stoxen, Esq.
    **Yavapai County Attorney's Office**
28

1  255 E. Gurley Street
2  Prescott, Arizona 86301
   thomas.stoxen@yavapai.us
3  *Attorneys for the Yavapai County Recorder*

4  William J. Kerekes
5  **Office of the Yuma County Attorney**
   250 West Second Street, Suite G
6  Yuma, Arizona 85364
7  YCAttyCivil@yumacountyaz.gov
   *Attorney for the Yuma County Recorder*

8

9

10                                    By:    */s/Thomas Basile*
11                                           Thomas Basile

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28