AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

District of Arizona

| | | |
|---|---|---|
| The Arizona Democratic Party; The Democratic National Committee; and DSCC, *Plaintiff(s)* | ) | |
| v. | ) | Civil Action No. CV-20-1143-PHX-DLR |
| Katie Hobbs, in her official capacity as Arizona Secretary of State, et al. *Defendant(s)* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Robyn Stallworth Pouquette
192 S. Maiden Lane, Suite B
Yuma, AZ 85364

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Alexis E. Danneman
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2788

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: __________ __________ *Clerk*

UNITED STATES DISTRICT COURT DISTRICT OF ARIZONA

ISSUED ON 12:47 pm, Jun 10, 2020
s/ Debra D. Lucas, Acting Clerk

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

**PROOF OF SERVICE**

***(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))***

This summons for *(name of individual and title, if any)* Robyn Stallworth Pouquette
was received by me on *(date)* 6/11/20 .

☑ I personally served the summons on the individual at *(place)* Yuma County Recorder's Office 192 South Maiden Lane, Suite B on *(date)* 6/11/20 @ 12:35 pm ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* ______, a person of suitable age and discretion who resides there, on *(date)* ______, and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* ______, who is designated by law to accept service of process on behalf of *(name of organization)* ______ on *(date)* ______ ; or

❒ I returned the summons unexecuted because ______ ; or

❒ Other *(specify)*:

My fees are $ 100.00 for travel and $ ______ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 6/12/20

[signature]
*Server's signature*

Matthew Umbower (YUPS7-25)
*Printed name and title*

301 S. 2nd Avenue, Suite 2 Yuma, AZ
*Server's address*

Additional information regarding attempted service, etc: