Alexis E. Danneman (SBA #030478)
Joshua L. Boehm (SBA #033018)
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012-2788
Telephone: 602.351.8000
Facsimile: 602.648.7000
ADanneman@perkinscoie.com
JBoehm@perkinscoie.com
DocketPHX@perkinscoie.com

Kevin J. Hamilton (Wash. Bar #15648)
KHamilton@perkinscoie.com
Marc Erik Elias (D.C. Bar #442007)*
MElias@perkinscoie.com
William B. Stafford (Wash. Bar #39849)
WStafford@perkinscoie.com
Sarah Langberg Schirack (Alaska Bar # 1505075)
SSchirack@perkinscoie.com
Ariel Brynne Glickman (Va. Bar #90751)
AGlickman@perkinscoie.com
PERKINS COIE LLP
700 Thirteenth Street, N.W., Suite 800
Washington, DC 20005
Telephone: 202.654.6200
Facsimile: 202.654.6211
**Pro Hac Vice Application To Be Filed*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, et al.,<br><br>Defendants,<br><br>and<br><br>State of Arizona,<br><br>Intervenor-Defendant. | No. CV-20-1143-PHX-DLR<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY**<br><br>Assigned to the Honorable Douglas L. Rayes |

Plaintiffs hereby give notice that on June 25, 2020, it served written discovery on Defendants via email as follows:

1. Plaintiffs' First Set of Interrogatories to Defendant Secretary of State Katie Hobbs;

2. Plaintiffs' First Set of Requests for Production of Documents to Defendant Secretary of State Katie Hobbs;

3. Plaintiffs' First Set of Requests for Admission to State of Arizona;

4. Plaintiffs' First Set Of Interrogatories To Defendants Apache County Recorder Edison Wauneka, Cochise County Recorder David Stevens, Coconino County Recorder Patty Hansen, Greenlee County Recorder Sharie Milheiro, La Paz County Recorder Richard Garcia, Maricopa County Recorder Adrian Fontes, Mohave County Recorder Kristi Blair, Pima County Recorder F. Ann Rodriguez, Pinal County Recorder Virginia Ross, Santa Cruz County Recorder Suzanne Sainz, And Yuma County Recorder Robyn Stallworth Pouquette; and

5. Plaintiffs' First Set Of Requests For Production Of Documents To Defendants Apache County Recorder Edison Wauneka, Cochise County Recorder David Stevens, Coconino County Recorder Patty Hansen, Greenlee County Recorder Sharie Milheiro, La Paz County Recorder Richard Garcia, Maricopa County Recorder Adrian Fontes, Mohave County Recorder Kristi Blair, Pima County Recorder F. Ann Rodriguez, Pinal County Recorder Virginia Ross, Santa Cruz County Recorder Suzanne Sainz, And Yuma County Recorder Robyn Stallworth Pouquette.

Dated: June 26, 2020

By: */s/ Alexis E. Danneman*

Alexis E. Danneman
Joshua L. Boehm
PERKINS COIE LLP
2901 North Central Avenue, Suite 2000
Phoenix, Arizona 85012
Telephone: 602.351.8000
Facsimile: 602.648.7000
ADanneman@perkinscoie.com
JBoehm@perkinscoie.com

Kevin J. Hamilton
Marc Erik Elias
William B. Stafford
Sarah Langberg Schirack
Ariel Brynne Glickman
PERKINS COIE LLP
700 Thirteenth Street NW, Suite 800
Washington, DC 20005
Telephone: 202.654.6200
Facsimile: 202.654.6211
KHamilton@perkinscoie.com
MElias@perkinscoie.com
WStafford@perkinscoie.com
SSchirack@perkinscoie.com
AGlickman@perkinscoie.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 26, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for filing and transmittal to all parties.

s/ *Alexis E. Danneman*