Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com
*Attorneys for Defendant Arizona Secretary of State*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Democratic Party, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, in her official capacity as Arizona Secretary of State, et al.,<br><br>Defendants.<br><br>State of Arizona, et al.<br><br>Intervenor Defendants. | No. CV-20-01143-PHX-DLR<br><br>**NOTICE OF SERVICE OF DISCOVERY** |

Pursuant to LRCiv 5.2, Defendant Arizona Secretary of State Katie Hobbs gives notice that on July 9, 2020, she served her Responses to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production of Documents via email, based on an agreement with counsel, at the email addresses designated in the Court's CM/ECF System.

Respectfully submitted this 9th day of July, 2020.

**COPPERSMITH BROCKELMAN PLC**

By s/ Roopali H. Desai
Roopali H. Desai
D. Andrew Gaona
Kristen Yost

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*