**MARK BRNOVICH**
**ATTORNEY GENERAL**
Joseph A. Kanefield (No. 15838)
*Chief Deputy & Chief of Staff*
Brunn ("Beau") W. Roysden III (No. 28698)
*Division Chief*
Drew C. Ensign (No. 25463)
Michael S. Catlett (No. 25238)
*Deputy Solicitors General*
Jennifer J. Wright (No. 27145)
Robert J. Makar (No. 33579)
*Assistant Attorneys General*
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for State of Arizona*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF ARIZONA**

| | |
|---|---|
| Arizona Democratic Party, et al.,<br>Plaintiffs,<br>vs.<br><br>Katie Hobbs, et al.,<br>Defendants,<br>and<br>State of Arizona, Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc.,<br><br>Intervenor-Defendants. | Case No: 2:20-cv-01143-DLR<br><br>**STATE'S NOTICE OF SERVICE OF DISCOVERY** |

Intervenor-Defendant State of Arizona gives notice that on July 9, 2020, it served written discovery responses on all parties via email as follows: State's Responses and Objections to Plaintiffs' First Set of Requests for Admission.

Respectfully submitted this 10th day of July, 2020.

MARK BRNOVICH
ATTORNEY GENERAL

By: *Michael S. Catlett*
Joseph A. Kanefield (No. 15838)
*Chief Deputy & Chief of Staff*
Brunn ("Beau") W. Roysden III (No. 28698)
*Division Chief*
Drew C. Ensign (No. 25463)
Michael S. Catlett (No. 25238)
*Deputy Solicitor General*
Jennifer J. Wright (No. 27145)
Robert J. Makar (No. 33579)
*Assistant Attorneys General*
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this July 10, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing and transmittal of a Notice of Electronic Filing to all counsel of record at the email addresses designated in the Court's CM/ECF system:

*Michael S. Catlett*
Michael S. Catlett

*Attorneys for State of Arizona*