Thomas R. McCarthy (*pro hac* application pending)
tom@consovoymccarthy.com
Cameron T. Norris (*pro hac* application pending)
cam@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209

Patrick Strawbridge (*pro hac* application pending)
patrick@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor South PMB #706
Boston, Massachusetts 02109
Tel: (703) 243-9423

Kory Langhofer (Ariz. Bar No. 024722)
kory@statecraftlaw.com
Thomas Basile (Ariz. Bar No. 031150)
tom@statecraftlaw.com
STATECRAFT PLLC
649 North Fourth Avenue, Suite B
Phoenix, Arizona 85003
Tel: (602) 382-4078
*Counsel for Intervenors Republican National Committee,* et al.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Democratic Party, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>Katie Hobbs, *et al.*,<br><br>Defendants,<br><br>and<br><br>State of Arizona, *et al.*<br><br>Intervenor-Defendants. | No. 2:20-cv-01143-DLR<br><br>**ANSWER OF REPUBLICAN NATIONAL COMMITTEE, ARIZONA REPUBLICAN PARTY AND DONALD J. TRUMP FOR PRESIDENT, INC. TO THE COMPLAINT** |

1

The Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc. (collectively, "Intervenors") submit this Answer to Plaintiffs' complaint (Doc. 1):

**NATURE OF THE CASE**

1.      This paragraph states legal conclusions to which no response is required.

2.      Intervenors lack sufficient information to admit or deny Plaintiffs' motives for bringing the lawsuit. The remaining allegations of this paragraph are denied.

3.      Intervenors lack sufficient information to admit or deny the factual allegations in this paragraph.  This paragraph states legal conclusions to which no response is required.

4.      Intervenors admit that Arizona is suffering from the COVID-19 pandemic. Intervenors lack sufficient information to admit or deny Plaintiffs' other allegations in this paragraph.

5.      Intervenors lack sufficient information to admit or deny the factual allegations in this paragraph.  This paragraph states legal conclusions to which no response is required.

6.      Intervenors lack sufficient information to admit or deny Plaintiffs' allegations in this paragraph.

7.      Denied.

8.      Intervenors lack sufficient information to admit or deny the factual allegations in this paragraph.  This paragraph states legal conclusions to which no response is required.

**JURISDICTION AND VENUE**

9.      This paragraph states legal conclusions to which no response is required.

10.      This paragraph states legal conclusions to which no response is required.

11.      This paragraph states legal conclusions to which no response is required.

12.      Intervenors lack sufficient information to admit or deny the factual allegations in this paragraph.  This paragraph states legal conclusions to which no response

1    is required.

2           13.      This paragraph states legal conclusions to which no response is required.

3           14.      This paragraph states legal conclusions to which no response is required.

4                                **PARTIES**

5           15.      Intervenors lack sufficient information to admit or deny the factual

6    allegations in this paragraph.

7           16.      Intervenors lack sufficient information to admit or deny the factual

8    allegations in this paragraph.  This paragraph states legal conclusions to which no response

9    is required.

10           17.      Intervenors lack sufficient information to admit or deny the factual

11    allegations in this paragraph.  This paragraph states legal conclusions to which no response

12    is required.

13           18.      Intervenors lack sufficient information to admit or deny the factual

14    allegations in this paragraph.  This paragraph states legal conclusions to which no response

15    is required.

16           19.      Intervenors lack sufficient information to admit or deny the factual

17    allegations in this paragraph.  This paragraph states legal conclusions to which no response

18    is required.

19           20.      Denied.

20           21.      Intervenors lack sufficient information to admit or deny Plaintiffs'

21    representations as to DNC's alleged activities. The remaining allegations of this paragraph

22    are denied.

23           22.      Denied.

24           23.      Intervenors lack sufficient information to admit or deny the factual

25    allegations in this paragraph.  This paragraph states legal conclusions to which no response

26    is required.

27           24.      Denied.

28           25.      Denied.

1   26.     Intervenors admit that Katie Hobbs is the Secretary of State for the State of

2   Arizona. This paragraph states legal conclusions to which no response is required.

3   27.     Admitted.

4   28.     Admitted.

5   29.     Admitted.

6   30.     Admitted.

7   31.     Admitted.

8   32.     Admitted.

9   33.     Admitted.

10  34.     Admitted.

11  35.     Admitted.

12  36.     Admitted.

13  37.     Admitted.

14  38.     Admitted.

15  39.     Admitted.

16  40.     Admitted.

17  41.     Admitted.

## STATEMENT OF FACTS

18

19  42.     This paragraph states legal conclusions to which no response is required.

20  43.     This paragraph states legal conclusions to which no response is required.

21  44.     Denied.

22  45.     This paragraph states legal conclusions to which no response is required.

23  46.     This paragraph states legal conclusions to which no response is required.

24  47.     This paragraph states legal conclusions to which no response is required.

25  48.     The referenced documents speak for themselves. Plaintiffs' remaining

26  allegations in this paragraph are denied. This paragraph states legal conclusions to which

27  no response is required.

28  49.     The referenced documents speak for themselves.

50.    This paragraph states legal conclusions to which no response is required.

51.    Intervenors deny the first sentence and lack sufficient information to admit or deny the second.

52.    Intervenors lack sufficient information to admit or deny the allegations in this paragraph.

53.    Intervenors lack sufficient information to admit or deny the allegations in this paragraph.

54.    Intervenors lack sufficient information to admit or deny the allegations in this paragraph.

55.    Denied.

56.    Intervenors lack sufficient information to admit or deny the allegations in this paragraph. This paragraph states legal conclusions to which no response is required.

57.    Denied.

58.    Denied.

## COUNT I

**(Undue Burden on the Right to Vote in Violation of the First Amendment and the Equal Protection Clause of the Fourteenth Amendment)**

59.    Intervenors reallege and incorporate by reference all prior paragraphs of this Answer and the paragraphs in the counts below as though fully set forth herein.

60.    This paragraph states legal conclusions to which no response is required.

61.    This paragraph states legal conclusions to which no response is required.

62.    Denied.

63.    Denied.

## COUNT II

**(Denial of Procedural Due Process in Violation of the Fourteenth Amendment)**

64.    Intervenors reallege and incorporate by reference all prior paragraphs of this Answer and the paragraphs in the counts below as though fully set forth herein.

65.    This paragraph states legal conclusions to which no response is required.

66.     This paragraph states legal conclusions to which no response is required.

67.     Denied.

68.     Denied.

69.     Denied.

**GENERAL DENIAL**

70.     Intervenors deny each and every allegation not expressly admitted herein.

**AFFIRMATIVE DEFENSES**

1.     The Complaint fails, in whole or in part, to state a claim upon which relief can be granted.

2.     The counts are barred in whole or in part by the doctrine of abstention.

3.     Plaintiffs' claims are barred under the political question or justiciability doctrine.

4.     Plaintiffs are estopped from bringing some or all of the claims asserted in this action.

5.     Plaintiffs are equitably estopped from bringing some or all of the claims asserted in this action.

6.     Plaintiffs' unclean hands preclude the relief they seek herein.

7.     Plaintiffs have waived their right to bring some or all of the claims asserted in this action.

8.     Plaintiffs' claims are barred in whole or in part by the doctrine of res judicata.

9.     Plaintiffs' claims are barred in whole or in part by the doctrine of illegality.

10.     The Complaint fails, in whole or in part, because Plaintiffs have failed to take reasonable steps to avoid harm.

11.     Plaintiffs' claims for equitable relief are barred to the extent they seek an affirmative or mandatory injunction.

12.     Additional facts may be revealed by discovery that support affirmative defenses presently available to but unknown by Intervenors. Accordingly, Intervenors

hereby reserve the right to amend this Answer at a later time to assert any matters constituting an avoidance or affirmative defense, including those set forth in Fed. R. Civ. P. 8(c) and 12(b).

### PRAYER FOR RELIEF

Intervenors deny that Plaintiffs are entitled to their requested relief. They request that:

A.    The claims in the Complaint be fully dismissed with prejudice;

B.    The Court otherwise enter judgment against Plaintiffs with prejudice;

C.    The Plaintiffs take nothing;

D.    Intervenors be awarded their fees and costs; and

E.    The Court grant such further relief as it deems just and proper.

Dated: July 17, 2020

STATECRAFT PLLC

By:   */s/Thomas Basile*
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

CONSOVOY MCCARTHY PLLC

Thomas R. McCarthy (*pro hac* pending)
Cameron T. Norris (*pro hac* pending)
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209

Patrick Strawbridge (*pro hac* pending)
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109

*Attorneys for Intervenors Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc.*

1

2

### CERTIFICATE OF SERVICE

3

I hereby certify that on July 17, 2020, I electronically transmitted the attached

4

document to the Clerk's Office using the CM/ECF System for filing and transmittal of a

Notice of Electronic Filing to the following CM/ECF registrants:

5

6

Alexis E. Danneman
Joshua L. Boehm

7

**Perkins Coie LLP**

2901 North Central Avenue, Suite 2000

8

Phoenix, Arizona 85012-2788

9

ADanneman@perkinscoie.com

JBoehm@perkinscoie.com

10

*Attorneys for the Plaintiffs*

11

Roopali Desai
Andy Gaona

12

Kristen Yost

**Coppersmith Brockelman PLC**

13

2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004

14

rdesai@cblawyers.com
agaona@cblawyers.com

15

kyost@cblawyers.com
*Attorneys for the Secretary of State*

16

17

Drew Ensign
Jennifer Wright
Robert Makar

18

**Arizona Attorney General's Office**
2005 North Central Avenue

19

Phoenix, Arizona 85004
Drew.Ensign@azag.gov

20

Jennifer.Wright@azag.gov
Robert.Makar@azag.gov

21

*Attorneys for the State of Arizona*

22

Joseph D. Young
**Apache County Attorney's Office**

23

P.O. Box 637
Saint Johns, Arizona 85936

24

jyoung@apachelaw.net
*Attorney for the Apache County Recorder*

25

26

Britt Hanson
Christine Roberts
**Cochise County Attorney's Office**

27

P.O. Box CA
Bisbee, Arizona 85603

28

bhanson@cochise.az.gov

1   croberts@cochise.az.gov
    *Attorneys for the Cochise County Recorder*

2

3   Rose Winkeler
    **Coconino County Attorney's Office**
    110 East Cherry Ave.

4   Flagstaff, Arizona 86001
    rwinkeler@coconino.az.gov

5   *Attorney for the Coconino County Recorder*

6   Jeff Dalton
    **Gila County Attorney's Office**

7   1400 East Ash Street
    Globe, Arizona 85501

8   jdalton@gilacountyaz.gov
    *Attorney for the Gila County Recorder*

9
    Kenneth Angle

10  **Graham County Attorney's Office**
    800 West Main Street

11  Safford, Arizona 85546
    kangle@graham.az.gov

12  *Attorney for the Graham County Recorder*

13  Ryan Dooley
    **La Paz County Attorney's Office**

14  1320 Kofa Avenue
    Parker, Arizona 85344

15  rdooley@lapazcountyaz.org
    *Attorney for the La Paz County Recorder*

16
    Joseph Branco

17  Joseph La Rue
    **Maricopa County Attorney's Office**

18  222 North Central Avenue, Suite 1100

19  Phoenix, Arizona  85004
    brancoj@mcao.maricopa.gov

20  ca-civilmailbox@mcao.maricopa.gov
    *Attorney for the Maricopa County Recorder*

21
    Jeff Haws

22  **Mohave County Attorney's Office**
    315 N. 4th St.

23  Kingman, Arizona 86401
    Jeff.Haws@mohavecounty.us

24  *Attorney for the Mohave County Recorder*

25  Jason Moore
    **Navajo County Attorneys Office**

26  P.O. Box 668
    Holbrook, AZ 86025

27  jason.moore@navajocountyaz.gov
    *Attorney for the Navajo County Recorder*

28

Daniel Jurkowitz
**Pima County Attorney's Office**
32 North Stone Avenue, Suite 2100
Tucson, Arizona 85701
Daniel.Jurkowitz@pcao.pima.gov
*Attorney for the Pima County Recorder*

Craig Cameron
**Pinal County Attorney's Office**
30 N. Florence St.
Florence, Arizona 85132
Craig.Cameron@pinal.gov
*Attorney for the Pinal County Recorder*

Kimberly Hunley
**Santa Cruz County Attorney's Office**
2150 North Congress Drive, Suite 201
Nogales, Arizona 85621
khunley@santacruzcountyaz.gov
*Attorney for the Santa Cruz County Recorder*

Thomas M. Stoxen
**Yavapai County Attorney's Office**
255 E. Gurley Street
Prescott, Arizona 86301
thomas.stoxen@yavapai.us
*Attorneys for the Yavapai County Recorder*

William J. Kerekes
**Office of the Yuma County Attorney**
250 West Second Street, Suite G
Yuma, Arizona 85364
YCAttyCivil@yumacountyaz.gov
*Attorney for the Yuma County Recorder*

By:     */s/Thomas Basile*
        Thomas Basile