UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party, et al., <br> Plaintiffs, <br> vs. <br><br> Katie Hobbs, et al., <br> Defendants, | Case No: 2:20-cv-01143-DLR |

**DECLARATION OF PROFESSOR LONNA ATKESON**

I, Lonna Atkeson, declare as follows:

1. I am a Professor of Political Science at the University of New Mexico. I earned my PhD at the University of Colorado, Boulder in 1995. Since 1995, I have been employed by the University of New Mexico, and have been a Professor since 2006. At the University of New Mexico, I also direct the Center for the Study of Voting, Elections and Democracy (since 2010), and the Institute for Social Research (since 2016).

2. I was been retained as an expert by the State of Arizona in this lawsuit to examine the procedures used by Arizona and other states when ballots are returned by mail and are missing a signature.

3. Attached hereto as Exhibit A is a true and correct copy of my export report in this matter.

4. I declare under penalty of perjury that the foregoing is true and correct, to the best of my knowledge, and that this declaration was issued on July 31, 2020, in Phoenix, Arizona.

_____
Professor Lonna Atkeson

1