**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Democratic Party; The Democratic National Committee; DSCC, | Case No.  CV-20-01143-PHX-DLR |
| *Plaintiffs*, v. | **Report of Lonna Atkeson, PhD** |
| KATIE HOBBS*,* in her official capacity as Arizona Secretary of State, et al., | **July 31, 2020** |
| *Defendant*. | |

## I.      Statement of Inquiry

1.       I have been retained as an expert by the State of Arizona in the lawsuit Arizona

Democratic Party et al v. Katie Hobbs  ("the complaint") to examine the procedures used by

Arizona and other states when ballots are returned by mail and are missing a signature.

## II.      Background and Qualifications

2.       I am a Professor of Political Science at the University of New Mexico.  I earned my PhD

at the University of Colorado, Boulder in 1995.  Since 1995, I have been employed by the

University of New Mexico, and have been a Professor since 2006.  At the University of New

Mexico, I also direct the Center for the Study of Voting, Elections and Democracy (since 2010),

and the Institute for Social Research (since 2016).

3.       I study American politics including election science, election administration, survey

methodology, public opinion, political behavior, gender, and race and ethnicity.  I have written

over 50 articles and book chapters, dozens of technical reports, monographs, amicus curiae briefs

and other works on these topics.  Many of my peer reviewed articles are published in top journals

in my field, including *the American Political Science Review, the American Journal of Political*

1

*Science, the Journal of Politics, Political Analysis, Electoral Studies, Election Law Journal, Political Research Quarterly, American Politics Quarterly, Political Behavior, Social Science Quarterly*, etc., and several articles, book chapters, reports and briefs speak specifically to the election ecosystem, including election implementation.  I have spent countless hours observing elections since 2006 from start to finish, including attending poll worker training, observing voting, observing the VBM voter process, the provisional process, chain-of-custody process, and postelection audits, *etc*; and, in 2010 recreated an election to test the reliability of voting machines and to assist in promulgating rules for postelection audits. I also have written or co-edited 4 books, two of which bear directly on my expertise in election administration.  The first is a co-authored book with R. Michael Alvarez and Thad Hall entitled, *Evaluating Elections: A Handbook of Methods and Standards* (Cambridge, 2013).  The second is a coedited book with the same set of authors on election audits, entitled *Confirming Elections: Creating Confidence and Integrity through Election Audits* (Palgrave, 2012).

4.     In addition, I have worked as a consultant for the Department of Defense, Federal Voting Assistance Program (FVAP), and worked with private companies to assess the Election Administration Voting Survey (EAVS), a national survey of county and state election administration data for the Election Assistance Commission (EAC).  I have testified at legislative hearings, EAC hearings, and have been asked to advise legislators on election reforms.  My work in New Mexico that partners with local and state elected officials to improve the conduct of elections has led to a number of external awards from groups such as Common Cause and Verified Voting.  My research has been supported by the National Science Foundation, the Pew Charitable Trusts, the Thornburg Foundation, the Galisano Foundation, the JEHT Foundation, Bernalillo County, the New Mexico Secretary of State, and the New Mexico Department of

Transportation.  I am regularly asked to comment on surveys, election administration, elections, and American politics to the local and national press and serve as the election analyst for KOB-TV, our local NBC affiliate.

5.      My curriculum vitae for the last 10 years, including all publications, is attached as **Appendix A**.

6.      In the last four years, I submitted an expert report in the following (1) Driscoll, et al v. Stapleton. Corey No DV 20-0408 (testifying); (2) *Voto Latino, et al. v. Hobbs*, No 2:19-cv-05685-DWL 2020;  (3) in *Holmes, et al. v. Moore, et al.*, No. 18-cv-15292 (Wake Cnty. Sup. Ct.); (4) *Curling, et al. v. Brian Kemp, et al.*, *C.A. No. 1:17-CV-2989-AT*, 2018; (4) *Greater Birmingham Ministries, et al., v. John Merrill, C.A. No. 2:15-cv-02193-LSC*, 2015-2018 (testified).

7.      I am being compensated at an hourly rate of $225.

### III.     Data and Sources

8.      I reviewed information provided by election officials and County Recorders' offices in Arizona obtained through public records requests, as well as certain of their declarations and discovery responses in this case and note those sources throughout this report.  I also examined Arizona statutes, materials on the Secretary of State's ("SOS") website (e.g. *2019 Election Procedures Manual*, voter turnout statistics) and on the Arizona Clean Elections website, and websites of County Recorders especially their VBM ballot envelope and instructions.[1]  In addition, I examined the Election Assistance Commission's Election Administration and Voting Survey (EAVS).[2]

---

[1] The Arizona Secretary of State's website is here: https://azsos.gov/, accessed April 27, 2020.
[2] The EAVS data can be found here: https://www.eac.gov/research-and-data/datasets-codebooks-and-surveys, accessed May 1, 2020.

## IV. Election Administration in Arizona

9.  Arizona is considered a state election leader in their vote-by-mail (VBM) programs and was praised by President Obama's *Presidential Commission on Election Administration (*referred to as the *Commission)* in this area.[3] [4]  Arizona, in keeping with national best practices, has a variety of options to ensure access to the ballot for all of its citizens, including those that make mistakes on their VBM ballot such as a signature mismatch or a missing signature.

10.     The *Commission* recommends a number of best practices related to voter registration, access to the polls, polling place management, and voting technology.  Arizona performs well on a number of these metrics, especially its VBM policies and procedures, but in other policies and procedures as well.

11.     The *Commission* recommends that jurisdictions expand options for voting before Election Day.[5]  Arizona offers extensive pre-election voting through a large, no-excuse, and permanent VBM program that provides many ways to cast a ballot including through the mail, at in-person early voting locations, and through ballot drop-box stations.

12.     In 2007, Arizona changed its election laws to allow for permanent VBM lists.[6]  The Permanent Early Voting List ("PEVL") file is the administrative list that voters are placed on when they request permanent early voting status.  Permanent early voting status allows a voter to automatically receive a ballot by mail for every election in which they are eligible to vote.  Voters may register for PEVL online.[7]

---

[3] *Report and Recommendations of the Presidential Commission on Election Administration, available at:* http://web.mit.edu/supportthevoter/www/, accessed April 9, 2020.
[4] Ibid p. 27.
[5] The *Commission* p. 54-58.
[6] Technically speaking uniform and overseas voters are also absentee voters.  However, for this report I only focus on regular absentee voters.
[7] Voters can sign up for PEVL on-line at: https://www.azcleanelections.gov/register-to-vote, accessed May 1, 2020.

13.     To register for PEVL electronically, voters update their registration through an online portal and change their status to permanent early vote status.[8]  Voters also have the option of submitting a written request by mail or in-person to their County Recorder to place themselves on the PEVL. Many county websites include specific forms for voters who want to submit their request via mail or in-person.[9]

14.     Voters can also make a one-time request to VBM telephonically (but not be added to the PEVL) or in writing.[10]  Voters not on the PEVL can request a one-time ballot by mail up to 11 days before the election,[11] which must be mailed within five days of receiving the request.[12]

15.     The vote at home model empowers voters because they get to decide when, how, and where they vote.  It also empowers voters to research candidates with ballot in hand.  To cast their ballot, voters do not have to take time off work or stand in line.  Ballots in this model arrive automatically and voters, importantly, can choose how to cast their vote.  They are not required to send in their ballot by mail, although that is the most commonly-utilized option.  Altogether, 69% of voters have placed themselves on the PEVL list and in 2018, roughly 79% of early ballots were cast by mail.[13] This demonstrates that most Arizonans have embraced the VBM model.  Voters on the PEVL are sent a ballot through the mail between 24 and 27 days before the election and can return it by mail with postage paid return envelopes.[14]

---

[8] The URL is Servicearizona.com, accessed May 1, 2020.
[9] For example, see here: https://recorder.maricopa.gov/site/faq.aspx and here: https://recorder.maricopa.gov/pdf/PEVL_Request_Form.pdf, accessed May 1, 2020.
[10] See A.R.S. §16 156-542, & https://azsos.gov/votebymail, accessed July 31, 2020.
[11] See A.R.S. § 16-542(E).
[12] See A.R.S. § 16-542(C).
[13] According to the Election Administration Survey 2,545,198 registered voters were on the PEVL list in 2018. According to the Secretary of State (https://azsos.gov/elections/voter-registration-historical-election-data) there were 3,716,263 registered voters for the 2018 election. 1,874,489 were cast early with nearly all of these returned by mail.
[14] See https://www.azcleanelections.gov/how-to-vote/early-voting/ballot-by-mail, accessed May 1, 2020 and A.R.S. 16-542(C).

16.     Voters also can keep track of their ballot through an online portal that tells them when their ballot was processed, whether it was qualified or not, and if not qualified, the reason why. The ballot tracking system allows voters to monitor their ballot and help determine if they should request another ballot because theirs was lost or if they should vote provisionally on Election Day if their ballot has not arrived.  A tracking system is also a recommendation of the *Commission* and is considered a safeguard to ensure that voters have every opportunity to have their vote counted and participate in the franchise.[15]

17.     Arizona voters can also use the voter information portal to check their registration status on-line, find polling locations in their county, request an early ballot, verify their early ballot status, or verify their provisional ballot status.  These tools make it easy for voters to stay informed about their ballot status and resolve ballot issues as they arise.

18.     Besides VBM, which has included pre-paid postage since 2008, voters who do not trust the United States Postal Service (USPS) to deliver their ballot on time or cannot complete their ballot in time to have it delivered by the USPS by the Election Day receipt deadline have the option of dropping off their VBM ballot at any early or Election Day voting location within their county without standing in line or at drop-box locations. [16]  A ballot drop-box is a location where voters can drop-off their signed and sealed mail ballots.  Arizona is one of only 10 states to use drop-boxes to expand opportunities for voter access and participation.[17] [18]  Importantly these are often placed in areas that have difficulty with mail service.  For example, in Yuma County they

---

[15] *Commission* p. 47.

[16] See A.R.S. § 16-548, "Voters may drop off voted ballots at any polling site within the county during regular hours."

[17] The other states are California, Colorado, Kansas, Montana, Nebraska, Oregon, Utah and Washington, and New Mexico.  For more information on drop-boxes see: https://www.ncsl.org/research/elections-and-campaigns/absentee-and-early-voting.aspx#permit, accessed May 1, 2020.

[18] Arizona statute indicates voters may drop off vote ballots at any polling site (A.R.S. § 16-548) or designated ballot drop-box location (see *2019 Election Procedures Manual* P. 60-62 for an overview).

have three drop boxes all of which are placed in the "South County" where there is no personal mail service.[19]

19.     This means that VBM voters may return their ballot through the mail in time for its receipt by the time polls close on Election Day, or deliver it to an in-person vote center, precinct, or drop-box within the county by the close of voting on Election Day. Thus, delivery options accommodate voters who want to wait up until Election Day to make their candidate choices. Voters also have the option of visiting an emergency vote center the 3 days before Election Day if life circumstances prevent them from being able to vote on Election Day.[20]

20.     When comparing Arizona's VBM-regime to other states,[21] as seen in Table 1 below, Arizona's voting system provides more opportunities for voters to exercise the franchise than nearly all the states and provide the same opportunities as a few other all or mostly VBM states. These opportunities demonstrate a state that administratively encourages and supports voter participation.  Indeed, registered voters in Arizona on the PEVL list have likely some of the lowest costs of voting relative to other states that do not have a permanent absentee VBM system and perhaps as cheap as Colorado, which is considered to have the most sophisticated all VBM operation in the country for casting absentee ballots.

21.     There are also good fail safes for VBM voters in Arizona.  For example, if a voter spoils their ballot or it does not arrive, voters can call their County Recorder office and request a new ballot be mailed to them, or if there is not enough time for a new ballot to be sent to the voter he or she can go to any early or Election Day vote center and vote in-person there or if in a precinct-

---

[19] Email Communication with Yuma County Recorder, April 2, 2020.
[20] See A.R.S. § 16-411(B)(5) and page 65 of the *2019 Elections Procedure Manual*.
[21] These data come from the National Conference of State Legislatures available at: https://www.ncsl.org/research/elections-and-campaigns/absentee-and-early-voting.aspx, accessed May 1, 2020 and data on VBM receipt deadlines from https://www.vote.org/absentee-ballot-deadlines/?gclid=Cj0KCQjwhZr1BRCLARIsALjRVQMOzMFOBkbO-qBvene1-AV3h91VBPjECzHs2xU4YWJtNOTpRdpqR38aAgVaEALw_wcB, accessed May 1, 2020

based Election Day model can go to their local precinct and vote in-person there.   Voters can also just walk-in to any ballot center in their county within the 27 days before the election and on Election Day and request a new ballot and vote in-person.[22]

22.     Voters are also alerted by the County Recorder's office if there is a problem with their ballot such as a mismatching or missing signature.  For ballots with matching signature problems, the State in September 2019 implemented a postelection 5 business day curing period to fix the problem.  Ballots with missing signatures have to cure the problem by 7:00 PM on Election Day.  In both these situations, consistent with the *2019 Election Procedures Manual*, Arizona election workers email, phone, mail, and/or text voters when there are problems with their ballot and provide them with information on how they can cure it.

23.     Thus, it is very easy to vote in Arizona especially for permanent absentee voters because a ballot is automatically sent to them in every election in which they are eligible.  These voters have many avenues available to them to cast a vote and many fail-safes to ensure their vote is counted. Indeed, when we consider Arizona's full array of voting opportunities, we find a full-service state that provides many ways for voters to cast their ballots.

24.     In summary, voters can mail their ballots in postage paid envelopes in time to have it received by the County Recorder by 7:00 PM on Election Day, they can drop their ballot off at any in-person voting location within the county by 7:00 PM on Election Day or during early in-person voting operations, or can drop it off at drop-boxes across their county during the 27 days of early voting and up to 7:00 PM on Election Day. And, if voters lost or spoiled their ballot, they can go to a voting location up to Election Day and obtain a new ballot and vote in-person or if there is enough time call their local election official and obtain a new one through the mail.

---

[22] For a good overview of these options see: https://recorder.maricopa.gov/site/faq.aspx, accessed May 1, 2020.

Voters can also choose to vote in-person at early vote centers, at emergency vote centers the 3 days before Election Day, or vote on Election Day at traditional precincts or vote centers. Voters with health issues can also request a ballot be delivered to them by special election boards.

Table 1.  50 State Absentee VBM Policies

| State | Drop Off at any Early Voting Location | Drop off at any Election Day Voting Location | Ballot Drop-boxes | On-line System to Track VBM ballots | Pays for Post-age | Election Day or Before VBM Receipt Deadline | Signature Matching Problem Notification (# of days) | No Signature Notification (# of days) |
|---|---|---|---|---|---|---|---|---|
| Alabama | | | | | | ✓ | NA | NA |
| Alaska | ✓ | ✓ | | ✓ | | | NA | NA |
| Arizona | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 5 | ED |
| Arkansas | | | | | | ✓ | NA | NA |
| California | ✓ | ✓ | ✓ | * | ✓ | | 2 days prior to certification | 2 days prior to certification |
| Colorado | ✓ | ✓ | ✓ | ✓ | | ✓ | 8 | 8 |
| Connecticut | | | | | | ✓ | NA | NA |
| Delaware | | | | ✓ | ✓ | ✓ | 0 | 0 |
| Florida | | | | ✓ | | ✓ | 2 | 2 |
| Georgia | | | | | | ✓ | ED | ED |
| Hawaii | ✓ | ✓ | | | ✓ | ✓ | 5 | 5 |
| Idaho | | | | ✓ | ✓ | ✓ | 0 | 0 |
| Illinois | | | | | | | 14 | 14 |
| Indiana | | | | | ✓ | ✓ | 0 | 0 |
| Iowa | | | | ✓ | ✓ | | NA | NA |
| Kansas | ✓ | ✓ | ✓ | | ✓ | | 0 | 0 |
| Kentucky | | | | | | ✓ | 0 | 0 |
| Louisiana | | | | | | ✓ | NA | NA |
| Maine | | | | | | ✓ | 0 | 0 |
| Maryland | | | | ✓ | | | NA | NA |
| Massachusetts | | | | ✓ | | ✓ | ED | ED |
| Michigan | | | | | | ✓ | ED | ED |
| Minnesota | | | | ✓ | ✓ | ✓ | NA | NA |
| Mississippi | | | | | | ✓ | NA | NA |
| Missouri | | | | ✓ | | ✓ | NA | NA |
| Montana | ✓ | ✓ | ✓ | ✓ | | ✓ | 1 | 1 |
| Nebraska | | | ✓ | ✓ | | ✓ | 0 | 0 |
| Nevada | | | | | ✓ | | 7 | 7 |
| New Hampshire | | | | | | ✓ | NA | NA |
| New Jersey | | | | | | | 0 | 0 |
| New Mexico | ✓ | ✓ | ✓ | | ✓ | ✓ | NA | NA |
| New York | | | | | | | 0 | 0 |
| North Carolina | ✓ | ✓ | | | | | NA | NA |
| North Dakota | | | | ✓ | | | 0 | 0 |
| Ohio | | | | ✓ | | | 7 | 7 |
| Oklahoma | | | | | | ✓ | NA | NA |
| Oregon | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | 14 | 14 |
| Pennsylvania | | | | | | ✓ | 0 | 0 |

| | | | | | | | | |
|---|:---:|:---:|:---:|:---:|:---:|:---:|:---:|:---:|
| Rhode Island | | | | | ✓ | ✓ | 7 | 7 |
| South Carolina | | | | ✓ | | ✓ | NA | NA |
| South Dakota | | | | | | ✓ | 0 | 0 |
| Tennessee | | | | | | ✓ | 0 | 0 |
| Texas | | | | | | | 0 | 0 |
| Utah | ✓ | ✓ | ✓ | ✓ | ✓ | | 7-14 | 7-14 |
| Vermont | | | | | | ✓ | NA | NA |
| Virginia | | | | | | ✓ | NA | NA |
| Washington | ✓ | ✓ | ✓ | ✓ | ✓ | | 21 | 21 |
| West Virginia | | | | ✓ | ✓ | | 0 | 0 |
| Wisconsin | | | | | ✓ | ✓ | NA | NA |
| Wyoming | | | | | | ✓ | NA | NA |
| Total State | 12 | 12 | 10 | 19 | 18 | 34 | NA | NA |

Note: ED stands for Election Day, NA stands for Not Applicable, these states do not rely on signature verification or signature verification alone to verify ballot eligibility.
* Some counties have ballot tracking.

## V.        Background to Arizona's Curing Law

25.      Prior to August 27, 2019 Arizona's law was silent on what local election officials should do with VBM ballots that arrived but were missing a signature or the signature could not be verified.  Although there was no statutory requirement to fix or "cure" these rejected ballots, election norms within Arizona led to every county instituting some sort of policy to handle these sorts of ballot problems.  Some counties at the time allowed for a mismatched signature problem, but not a missing signature problem to be cured after Election Day.[23]  These ballots were treated differently by election officials because ballots with mismatched signatures were seen as complete, but invalid ballots, while ballots with missing signature were seen as incomplete and invalid ballots.[24]

26.      This led to a lawsuit after the 2018 general election that requested that all ballots with mismatched signature across the state be treated the same way.[25] This led to a legislative change

---

[23] See Pima County Declaration by Christopher J. Road, Pima County Chief Deputy Recorder, July 11, 2020 who states they were one of the first counties to allow voters to cure their mismatch signature problem after Election Day.
[24] Ibid.
[25] See *Navajo Nation, et al. v. Hobbs, et al.*, 3:18-cv-08329-DWL

in the law in 2019 to institute a uniform statewide policy to mandate County Recorders to make

meaningful attempts to contact voters to let them know their option to cure ballots with

mismatched signature and to allow voters 5 business days after the election to cure the signature

problem.  The statute reads:

> A. On receipt of the envelope containing the early ballot and the ballot affidavit, the County Recorder or other officer in charge of elections shall compare the signatures thereon with the signature of the elector on the elector's registration record.  If the signature is inconsistent with the elector's signature on the elector's registration record, the County Recorder or other officer in charge of elections shall make reasonable efforts to contact the voter, advise the voter of the inconsistent signature and allow the voter to correct or the county to confirm the inconsistent signature. The County Recorder or other officer in charge of elections shall allow signatures to be corrected not later than the fifth business day after a primary, general or special election that includes a federal office or the third business day after any other election. If satisfied that the signatures correspond, the recorder or other officer in charge of elections shall hold the envelope containing the early ballot and the completed affidavit unopened in accordance with the rules of the secretary of state.

27.     Election practices in Arizona prior to this law did not treat missing signature and

mismatched signature ballots the same way because County Recorders historically viewed these

two types of ballot problems differently.[26]  In the case of a missing signature the ballot has

always been defined as incomplete and invalid because it does not satisfy the minimal

requirement to verify and count the ballot.  To rectify the problem voters must either sign the old

ballot or submit a new signed replacement ballot for processing. Unlike ballots with mismatched

signature problems, ballots with missing signatures cannot simply receive a voter's verbal

confirmation for continued processing, each absentee ballot must be signed and verified to be

counted as the signature and signature verification are the only authentication process required

by Arizona law.  Once a mismatched signature is confirmed it can be counted, but a ballot

without a signature cannot be verified because a voter must physically sign their ballot affidavit

with a wet signature and then be verified.

---

[26] Pima County Chief Deputy Recorder, Ibid.

28.     Because of these structural differences between the two types of ballot problems, voters who did not sign the ballot have never been afforded the opportunity to cure their ballot after Election Day.[27]  For example, Pima County Chief Deputy Recorder Road assigns both types of ballots to their problem ballot team, but the disposition process for each type of ballot problem are different.[28]  Pima is a large county with 393,352 counted ballots in 2018.[29]  In the case of a missing signature, a member of the problem ballot team enters the absentee ballot system and identifies that the voter needs a replacement ballot sent to them.[30]  A letter, independent of the replacement ballot, is also sent to the voter, which explains that the ballot was incomplete and invalid because it did not have a signature and therefore they will be receiving a replacement ballot on which they should vote and resubmit.[31]

29.     This letter also includes information on the Election Day receipt deadline required for their replacement ballot to be counted and is sent the same day the ballot is identified as a problem.[32]  The replacement ballot is sent under separate cover by a vendor who is required to send it no later than the second business day after it was invalidated.[33]

30.     If it is too late for a replacement ballot to arrive by mail, the ballot problem team attempts to contact the voter by phone, email and text to alert the voter of the problem.[34]  If they are able to contact the voter they explain the problem and advise them to go to any in-person early or

---

[27] Ibid.
[28] Ibid.
[29] Data for Pima County 2018 totals come from their website (https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results/Pima%20G-2018%20Canvass%20FINAL.pdf).
[30] Pima County Recorder, Ibid.
[31] Ibid.
[32] Ibid.
[33] Ibid.
[34] Ibid.

emergency voting location the weekend before Election Day and vote a replacement ballot or wait until Election Day and vote at their precinct provisionally.[35]

31.     However, voters who have a signature verification problem do not get a replacement ballot.  In this case, voters are not mailed a replacement ballot unless the voter confirms that it is not their ballot.[36]  Instead, voters get a phone call, email or text telling them of the problem and to contact the Pima County Recorder.[37]  If the voter does not respond within one week this process is repeated.

32.     Other counties like Coconino, a smaller county with 55,948 general election voters in 2018, attempts to contact the voter by phone, email or text and if they do not respond send them a letter the next business day.[38]  They provide information to the voter that explains the problem and the voter has to come in sign the current ballot, or be sent a replacement ballot, or pick up a replacement ballot at an early voting location, or vote provisionally on Election Day.[39]

33.     Apache County on the other hand highlights the signature problem and then sends the ballot back to the voter.[40]  Since the ballot is incomplete and invalid the office does not feel they have to maintain custody so they send it back to the voter with information that it is due to the election office by Election Day at 7:00 PM.

34.     However, ballots that have signature matching problems are complete they just cannot be verified.  Therefore, no replacement ballot is sent to the voter unless one is requested from the voter at which point the original ballot would be spoiled.  In most cases, a simple verbal confirmation from the voter that her ballot was mailed and that the signature on the affidavit

---

[35] Ibid.
[36] Ibid.
[37] Ibid.
[38] See Interrogatory Responses of Coconino Country Recorder, Patty Hansen, July 9, 2020.
[39] Ibid.
[40] See Interrogatory Responses of Apache County Recorder Edison Wauneka, July 22, 2020.

belongs to her is enough to satisfy the County Recorder's office and the ballot is counted.  This process is more simple than a missing signature since voters can confirm their ballot signature via phone, mail, email or text, but they cannot resolve a signature problem over the phone, by email, or by text.  A confirmation of a ballot that is already complete (signed, but no match), therefore, is distinctly different from a ballot that is incomplete (unsigned) and consequently the ballots get treated differently both in law and in their administrative processes.

35.    The *2019 Election Procedures Manual* reflects these differences by including the 5 business day curing period for the ballots with mismatched signature issues as described in the second paragraph below:

> If not satisfied that the signatures were made by the same person the County Recorder shall make a reasonable and meaningful attempt to contact the voter via mail, phone, text message, and/or email, notify the voter of the inconsistent signature, and allow the voter to correct or confirm the signature. The County Recorder shall attempt to contact the voter as soon as practicable using any contact information available in the voter's record and any other source reasonably available to the County Recorder.
>
> Voters must be permitted to correct or confirm an inconsistent signature until 5:00 p.m. on the fifth business day after a primary, general, or special election that includes a federal office or the third business day after any other election. For the purposes of determining the applicable signature cure deadline: (i) the PPE is considered a federal election; and (ii) for counties that operate under a four-day workweek, only days on which the applicable county office is open for business are considered "business days."[41]

36.    However, since missing signatures were disposed of as incomplete and invalid they have not received the same legislative or administrative response.  The law is silent when it came to missing voter signatures. Nevertheless, while there was no statute requiring unsigned ballots to be cured, the Elections Procedure Manual instituted an administrative change to ensure a uniform statewide policy that mandates that County Recorders make meaningful attempts to contact voters to let them know their options to ensure a complete and valid ballot is cast by 7:00 PM

---

[41] *2019 Arizona Election Procedures Manual* , p. 68.

Election Day.  If there is a signature matching problem these voters would have 5 business days to confirm their signature.

37.     The *2019 Election Procedure Manual* also reflects these facts with nearly identical phrasing about attempting to contact the voter, but instead focuses on informing voters that they must solve the problem by Election Day:

> If the early ballot affidavit is not signed, the County Recorder shall not count the ballot. The County Recorder shall then make a reasonable and meaningful attempt to contact the voter via mail, phone, text message, and/or email, to notify the voter the affidavit was not signed and explain to the voter how they may cure the missing signature or cast a replacement ballot before 7:00pm on Election Day. The County Recorder shall attempt to contact the voter as soon as practicable using any contact information available in the voter's record and any other source reasonably available to the County Recorder. Neither replacement ballots nor provisional ballots can be issued after 7:00pm on Election Day. [42]

38.     The Arizona signature verification process recognizes that signatures change over time or are not always perfectly captured upon registration and therefore there is a possibility of error on the part of the poll workers who are following the signature verification process.  Pima County's Chief Deputy Recorder in his declaration indicates that a lot of problems seem to stem from Motor Vehicle Division signatures where an electronic signature, not a wet signature. is used.[43] Therefore, the state allows time postelection to "cure" or "confirm" these complete, but invalid ballots.  But, the lack of a signature on a ballot is not afforded the same opportunity because these ballots are incomplete and invalid.  Ballots with missing signatures are unqualified, incomplete and invalid ballots and so the state makes an effort for ballots that arrive before Election Day to alert the voter of the problem, but does not provide the postelection cure period.

---

[42] Ibid, p. 68-69.
[43] Pima County Chief Deputy Recorder, Ibid.

It is unclear whether these are valid votes or manufactured votes given their ballot status of incomplete and invalid and the State, therefore, treats them accordingly.

39.     The plaintiffs treat no signature and signature mismatch as the same type of ballot problem.  But Arizona law, statute, administrative processes, and culture do not.  The plaintiffs say, "each general election cycle, thousands of mail ballots are rejected because election officials are unsure whether the voter signed the mail ballot envelope,"[44] but they are wrong.  The lack of a signature is not an ambiguous event.  Either there is or there is not a signature on the ballot envelope, which is qualitatively different from the presence of a signature that may be unverifiable with current records.  In the case of the absence of a signature there is no signature to compare and the voter did not do the minimum required to ensure the veracity of their ballot and satisfy the County Recorder of its validity. Therefore these ballots are incomplete and invalid and are only given the opportunity to fix the problem up to Election Day.

## VI.     Voter Verification or Authentication Procedures

40.     The point of signature verification is to create integrity around the election.  Within election administration there is a need for both voter access and election security.  On the one hand, the State wants to provide voters with every opportunity to fulfill their democratic responsibility and on the other needs to ensure that only qualified electors participate.  There is a continuous tension in election administration between these two goals, yet both are critical to a free and fair election. Therefore, it is reasonable and appropriate for the state to set different rules for different voter contexts.

---

[44] Plaintiffs complaint, page 4.

41.     For example, for in-person voters Arizona requires either a valid and current photo id, two non -photo IDs, or a mix and match of both photo and non-photo IDs if there are problems with the photo ID.[45]   Voters presenting a "Sufficient Photo ID including name and address" includes a valid Arizona driver's license, a valid Arizona non-operating identification card, tribal enrollment card or other form of tribal identification or a valid US federal, state or local government issued identification.  Voters can present "Sufficient ID without a photograph that bears the name and address" of the voter including a utility bill, telephone bill, cable bill or bank or credit union statement of the elector that is dated within 90 days of Election Day, a valid Arizona vehicle registration, Indian census card, property tax statement of the elector's residence, tribal enrollment card or other tribal identification, Arizona vehicle insurance card, recorder's certificate, valid US federal, state or local government-issued ID, or any mailing to the elector marked "official Election Material".  If the voter cannot provide sufficient ID from these two methods, they can show one ID from List 1, and one ID from List 2.  This includes any valid photo identification from List 1 in which the address does not reasonably match the precinct register accompanied by a non-photo identification from List 2 in which the address does reasonably match the precinct register.  For example, a U.S. Passport without an address and one valid item from List 2, or a U.S. Military identification without an address and one valid item from List 2.

42.     Thus, voter identification at the polls requires voter verification to ensure that the voter is an eligible elector.  To treat voter's consistently across modes, and to protect the system against

---

[45] See https://azsos.gov/elections/voting-election

VBM fraud, voters who VBM are also required to sign their ballots, which is then verified by election officials.

43.     If we examine the Arizona VBM ballot and envelope, compared to other states, which often ask for other details about the voter, Arizona VBM verification and is exceptionally simple and only requires a matching signature to be processed.  Figure 1 shows a picture of the back of the ballot envelope that voters place their ballot in for Maricopa County.  Maricopa County is the largest county in Arizona representing 60.3% of statewide voters in 2018.[46]

44.     Voters must examine the back of the envelope in order to seal it for delivery.  In large red capital letters the Maricopa County affidavit reads in both English and Spanish that the voter's signature is required in a large red highlighted box.[47]  Next to the signature box and also in red capital letters the envelope reads, "BALLOT WILL NOT BE COUNTED WITHOUT YOUR SIGNATURE".  This instruction is also in both English and Spanish.

---

[46] This ballot comes from Maricopa County and was from a November 5, 2019 special election.  In 2018 Maricopa had 1,454,103 counted ballots out of 2,409,906 counted ballots statewide.  See https://recorder.maricopa.gov/electionarchives/2018/11-06-2018%20Canvass%20COMPLETE%20NOV%202018.pdf for information on counted ballots and https://azsos.gov/elections/voter-registration-historical-election-data for information on total ballots cast statewide.

[47] Most counties include the ballot instructions in both English and Spanish (and sometimes other languages) or make those instructions available online. In fact, three of Arizona's top five most populous counties (Maricopa, Pima, and Yuma) are covered jurisdictions for Spanish language minority groups under Section 203 of the Voting Rights Act, requiring all election-related material to be printed in both English and Spanish.  In addition, Santa Cruz County is covered for Spanish, while Apache, Coconino, Navajo counties are covered for the Navajo language and Gila, Graham, and Pinal counties are covered for Apache.  *See* https://www.govinfo.gov/content/pkg/FR-2016-12-05/pdf/2016-28969.pdf.  Further, the 2019 Elections Procedures manual encourages all counties to provide voting materials in Spanish.  EPM pg 159 ("Nonetheless, counties and other political subdivisions are strongly encouraged to continue to provide voting materials in Spanish, as well as other languages previously required in the county.").  Prior to the U.S. Supreme Court's Decision in *Shelby County v. Holder*, 570 U.S. 529 (2013), the entire State of Arizona was a considered a covered jurisdiction and required to provide all voting material in both English and Spanish.  Most counties have continued to provide bilingual materials based on the long-standing requirements, despite the fact they are no longer "covered".  Arizona Clean Elections also provides instructions online in both English and Spanish on how to vote by mail.  See https://www.azcleanelections.gov/en/how-to-vote/early-voting/vote-by-mail

Figure 1.  Reproduced Facsimile of the Back Side of Maricopa County's VBM Envelope



45.     The front of the ballot envelope also indicates to the voter that they must sign and date the back of the envelope.  This information is on the left side of the envelope as shown in Figure 2.  In red in both English and Spanish the envelope reads, "To ensure your ballot is valid and counted sign and date the back of the envelope."  It also provides other pertinent information including a recommendation that the voter mail back the ballot at least 6 days prior to Election Day because the ballot must be received by the end of Election Day.

Figure 2.  Reproduced Facsimile of the Front Side of Maricopa County's VBM Envelope



46.     Finally ballot instructions in both English and Spanish included with the ballot and the ballot envelope also highlight the signature instruction and point out that "the ballot and signed affidavit" must be received by 7:00pm on Election Day.  The instructions are reproduced in Figure 3 and show voters that after they vote their ballot they should fold it, insert it into the ballot envelope, sign the affidavit and then send it or drop it off at any ballot center or polling location by Election Day.

Figure 3.  VBM Ballot Instructions included with Maricopa County's Ballot



47.     Pima County, which is the second largest county in Arizona and in 2018 was responsible

for 16.3% of Arizona's voters, has similar instructions and states clearly that the ballot will not

be counted unless it is received by 7:00 PM on Election Day.[48]

48.     Each county is responsible for its own design.  For example, some counties have both an

outer envelope for mailing and an inner envelope that contains the affidavit and within that

envelope the ballot.  But, all County Recorders must include "printed instructions to early voters

---

[48] Pima County absentee ballots can be observed here:
https://webcms.pima.gov/UserFiles/Servers/Server_6/File/Government/elections/Election%20Results%20and%20In formation/2020%20Provisional%20&%20Early%20Ballot%20Envelope%20Handout.pdf

that direct them to sign the affidavit, mark the ballot and return both in the enclosed self-addressed envelope," and are required to include the following instructions, "In order to be valid and counted, the ballot and affidavit must be delivered to the office of the County Recorder or other officer in charge of elections or may be deposited at any polling place in the county no later than 7:00 p.m. on Election Day."[49]

49.    The Arizona Clean Elections Commission also provides instruction online in English and Spanish about how to complete a mail-in ballot, including prominent instructions to sign the ballot before returning:  "Step 5. SIGN the early ballot affidavit envelope. Your ballot will not be counted unless you do this step."[50]  The Clean Elections website also explains the following about the signature requirement and its connection to election integrity:

> It's important to note that a voter's identity is confirmed before their ballot is counted, whether it's an early ballot or a ballot cast at the polls. When you vote by mail, your signature on the early ballot affidavit is compared to the signature on file with your voter registration record. Voters must sign this envelope in order for their ballot to be counted. County election staff receive professional training to verify the signature on the affidavit envelope matches the signature on the voters' registration record. This is done to ensure the integrity of the early voting process.[51]

### VII. How does Arizona Compare to other States?

*Comparative State Analysis of Procedures for Verifying VBM Ballots*

50.    Unlike in-person voting, VBM takes place in an unsupervised environment, probably the voter's home.  Because the voter does not appear in person, election officials must verify the authenticity of the voter to ensure that the ballot they are receiving comes from the intended voter. In-person Election Day voters likewise face voter ID laws, so they are also required to

---

[49] See A.R.S 16-547 (C).  Also see the discussion on page 56 of the *2019 Elections Procedure Manual* for language substitutes allowed.
[50] See https://www.azcleanelections.gov/en/how-to-vote/early-voting/vote-by-mail
[51] See ibid

authenticate themselves through a voter identification policy.  Among states, the most common method for VBM ballot authentication is signature verification.  Thirty-one, or 62%, of states, including Arizona, use signature verification matching as their primary means for voter authentication.  Nineteen states rely on other methods, including requiring signatures plus additional information such as witnesses or notaries, requiring a copy of an ID, using other information on the outer ballot envelope (e.g. date of birth, address), or requiring a signature but not doing matching.

51.     Among the 31states that primarily rely on signature matching to verify and qualify ballots 15, or just less than half, do not have any statutes that require them to attempt to contact the voters of unqualified ballots to try and rectify the problem.  These states are coded 0 in the last two columns of Table 1.  For these states, ballots are simply rejected.  Thus, about half of the states that use signature verification offer ballot curing, and the other half do not.

52.     Among the remaining states that rely on signature verification, sixteen states, or about half, attempt to contact the voter to help resolve or "cure" the mismatch or signature problem.  In some states, voters are allowed additional time after the election to cure their ballot; in 3 states, the cure period ends on Election Day for both types of signature problems.

53.     Other curing periods vary quite a bit by state.  Florida has a 2 day postelection window and Hawaii has 5.  Three states provide for a 7-day period, while Colorado provides an 8-day period.  Utah requires a cure be completed the day before the local canvass is complete, which is between 7 and 14 days after Election Day.  Washington allows 21 days, and Oregon allows 14 days to cure a ballot postelection.  California, as of the 2020 election, allows voters to cure their signature up to 2 days before state certification.[52]  In Montana, ballots not cured by the end of

---

[52] *See* https://leginfo.legislature.ca.gov/faces/codes_displaySection.xhtml?lawCode=ELEC&sectionNum=3019 for California's current laws, accessed July 31, 2020.

Election Day become provisional ballots, and all provisional ballots are treated the same. To cure either a ballot signature problem or an in-person problem like voter ID, the required information must be received by the election administrator by the day after the election at 5:00 PM for in-person responders, or by mail by 3:00 PM on the 6th day after the election with an envelope postmarked by the day after the election.

54.     Arizona allows for a 5 days postelection window for mismatching signature problems, but ballots with missing signatures must be resolved by Election Day.  While Arizona is currently the only state that has different dates for these ballot signature problems, in 2016 and 2018  in California, voters who had missing signatures were allowed only 8 days postelection to cure an unsigned ballot and up to 2 days before certification to cure a mismatch signature problem.[53]

*Comparative State Analysis of Ballot Rejection Rates*

55.     Vote by mail always leads to some ballots not being counted.  Ballots are primarily not counted because they are late or fail a validity check such as a missing signature or signature mismatch. Unfortunately, there is no national data that tells us how many ballots were cured in each condition.  The only data we can look at is the number of the ballots that fall into each category –no signature and mismatched signature.  In Table 2 below, I examine the states that are either all VBM or majority VBM to see how Arizona compares with other similarly situated states in terms of ballot rejections for these types of problems.[54]  A mostly VBM state has a permanent VBM list, and has a majority of registered voters currently on the permanent absentee or VBM list. Some voters, however, remain in-person voters and are not sent a ballot.  Colorado,

---

[53] *See* https://calmatters.org/politics/election-2018/2018/11/did-you-vote-by-mail-if-your-signature-doesnt-match-that-might-mean-a-rejected-ballot/ for a discussion of the 2018 election rules for these ballots in California, accessed July 31, 2020.
[54] I do not include Hawaii or Utah because of missing data problems.

Oregon, and Washington are all VBM states.  I define all VBM states as those states that mail a ballot in each election to every eligible voter. I include the actual number of ballots rejected in each category and then calculate the percent of no signature and mismatched signature rejections as a percent of total ballots counted or the rate for every 100 ballots. Because I am interested in the effect of these processes on total disenfranchisement I use all ballots counted as my denominator.   This is consistent with how the Election Performance Index calculates rejected ballots.[55]

56.     Table 2 shows the results for Arizona and other mostly or all VBM states.   The first half of the table focuses on ballots rejected for no signature while the second half presents the data for rejected ballots with a mismatch problem. The data in the table demonstrates that Arizona's cure deadlines, even before the changes for the 2020 election, appear to be very effective. The fact is rejection rates as a percent of all ballots counted is quite low.  Here we see that the two states in 2016 with the shortest deadlines, Arizona and Montana, had equal rates of rejection of .12% for ballots missing signatures.  California with an 8 day missing signature requirement if the ballot is postmarked by Election Day also shows low rates of rejection of .10% and .09%, respectively, but other states with later curing periods have ballot rejections rates of  between 16% and .27%.

57.     A similar pattern emerges in 2018 for no signature rejections, with Arizona's rejection rate at .10% of all ballots counted, while other states rejection range is between .07 and .18. Importantly, these results suggest that expanding the curing period would not have significant effects on the proportion of ballots accepted. States with longer cure periods do not see

---

[55] See https://elections.mit.edu/#indicatorProfile-ABR for a description of how indicators to the EPI are calculated, accessed July 31, 2020.

substantively more ballots counted, and in 2016, the results suggest that, on average, states with longer periods actually rejected more ballots as a percent of all ballots cast.

58.     We come to a slightly stronger conclusion with the data on rejections for mismatched signatures because the spread is much greater between the early curing deadline states and later curing deadline states.  The states with the shortest curing period in both election years, Arizona and Montana, have the lowest percentage of ballots rejected for a mismatched signature, while Colorado, with an 8 day cure period, has the highest (.5% or above) in both election years. Washington, which has the longest cure period (21 days) sees the second highest rate of rejection for mismatched signatures (.52% in 2016 and .39% in 2018).  Thus, the data demonstrate that a curing deadline on or one day after the election produces the *lowest* rates of rejected ballots for mismatched signatures.

Table 6. 2018 and 2016  VBM Ballot Rejections for No signature and Mismatched Signature in VBM or Mostly VBM states

| State | # no signature rejected | % of counted ballots | # mismatch rejected | % of counted ballots |
|---|---|---|---|---|
| *2016* | | | | |
| Arizona | 3079 | .12 | 2657 | .10 |
| Montana | 611 | .12 | 241 | .05 |
| **California** | 14781 | .10 | 25965 | .18 |
| **Utah** | 2247 | .21 | 3215 | .30 |
| **Colorado** | 2542 | .09 | 16149 | .56 |
| **Oregon** | 5630 | .27 | 9637 | .47 |
| **Washington** | 5219 | .16 | 17592 | .52 |
| *Average non bolded states* | | .12 | | .08 |
| *Average **Bolded** States* | | .17 | | .41 |
| *2018* | | | | |
| Arizona | 2435 | .10 | 1516 | .06 |
| Montana | 586 | .12 | 391 | .08 |
| **California** | 10215 | .08 | 16116 | .13 |
| **Utah** | 1989 | .18 | 2443 | .23 |
| **Colorado** | 2498 | .10 | 13027 | .50 |
| **Washington** | 4310 | .14 | 17228 | .39 |
| *Average non bolded states* | | .11 | | .07 |
| *Average **Bolded** States* | | .13 | | .31 |

**Bold** indicates states that allow curing to happen more than 1 day after the election for both types of ballots.

59.     These results suggest that the push to have post-Election Day curing periods may be misguided and may actually lead to greater disenfranchisement. Many experts discuss the calculus of voting and how the relationship between the costs and the benefits of voting influence turnout.[56]  Of course, because the benefit of voting is discounted by the probability that the vote will be decisive, costs are always higher than the benefit since the probability of a single vote changing the election outcome is next to 0.  This yields a prediction that no one will vote, which of course is not the case, and so the duty term becomes relatively important and, of course, the costs are very, very low making the expected utility worthwhile.[57]  Costs in voting in Arizona are extremely low because voters can get on the permanent absentee voter list and be mailed a ballot early and return it by mail or in-person up to Election Day.

60.     However, the costs of voting likely changes after the election when the results are widely known.  At this point, the game is over and unless a race is particularly razor thin the voter has increased incentives not to participate; therefore, the duty term has to be very high for any individual voter to attempt to cure their ballot after the election.  Therefore, a deadline of Election Day or the day after Election Day, such as Arizona's (for missing signatures) and Montana's (for mismatched signatures or missing signatures), helps to motivate voters to participate and resolve any claims as soon as possible. If you contact a voter about a curing problem and tell him or her they have until 21 days after the election, as they do in Washington, to cure the problem, they may likely not be incentivized to do it before the election and then after the election their incentives decrease even further because the outcomes are known.  Thus, it is

---

[56] For a good overview see Anthony Downs, 1957, *An Economic Theory of Democracy*. Harper.
[57] See Andre Blais, 2000, *To Vote or Not to Vote: The Merits and Limits of Rational Choice Theory*, University of Pittsburgh Press.

not clear theoretically that longer curing times will lead to more votes being counted and empirical results presented above suggest otherwise.

61.     Thus, if these data are correct, in the end, voters with missing signatures, who are required to cure before or on Election Day, may be more likely to cure their ballot problem than voters with mismatching signatures, who are permitted to cure up to five days after Election Day. The observed voting behavior shown in Table 6 is directly contrary to the plaintiffs' theory that the current missing signature cure period results in disenfranchisement. Disenfranchisement rates are larger in states for signature mismatches when they have rather long curing periods.

62.     Even assuming all of Arizona's non-signature determinations in 2016 and 2018 were incorrect, which is extremely doubtful, that would still only result in a maximum error rate of .12% percent in 2016 and .10% in 2018.

## VIII.   Election Integrity

63.     Election integrity and voter confidence are critical components in US elections.[58]  The perception that citizens have about the accuracy and integrity of their vote and the accuracy and integrity of the larger electoral process especially as it relates to the counting of all the votes in an election jurisdiction or at the state level provides the glue that makes democracy work successfully.  Elections are the fundamental link between citizen and elected officials.  If voters do not have faith in the outcome of elections and the correct counting of votes—then the legitimacy of representative government might be at risk.

---

[58] Research suggests that voter confidence is distinct from other measures of system level or diffuse system support (see Lonna Rae Atkeson, R. Michael Alvarez, and Thad E Hall, 2015, "Trust in Elections and Trust in Government: Why Voter Confidence Differs from Other Measures of System Support," *Election Law Journal* 14(3): 207-219) that tends to test the evaluation of elected leaders in government (Jack Citrin and Samantha Luks, 2001, ''Political Trust Revisited:  Déjà Vu All Over Again?''  In *What Is it about Government that Americans Dislike?*, eds. John R. Hibbing and Elizabeth Theiss-Morse.  New York: Cambridge University Press.), and an accumulation of grievances and disappointments within and across administrations (Arthur H.  Miller, 1974, "Political Issues and Trust in Government: 1964-1970." *American Political Science Review* 68:989-1001.).

64.     The importance of electoral confidence can be seen in the activities of legislators, policy makers, secretaries of states, political activists and others who are bringing new technologies into election administration to make it both more accessible and secure.  For example, advances in technology have allowed greater cross agency communication and the implementation of automatic voter registration (AVR) by allowing for linkages between state DMV systems and voter registration files.[59]  AVR was first implemented in Oregon in 2016 and has rapidly expanded across the country as state leaders see it as a way to ensure greater accuracy and security to their voter registration file and opportunities for participation.[60]  Other security measures like the use of paper ballots and postelection audits have also rapidly been adopted.[61]  Postelection audits check the voting systems against the paper voting trail to determine whether the machines are functioning correctly, whether the votes are counted accurately, and ultimately whether  the election outcomes are legitimate.  All of these measures and reforms are justified, in part, due to a desire to maintain voter confidence.  Thus, voter confidence in the perceived legitimacy of election outcomes and the election process is an important policy matter and provides one reason why public opinion on voter confidence should receive close scrutiny.

65.     Election fraud involves the manufacturing of fake ballots and theft of ballots from existing voters to produce, alter, or discard them to change election outcomes.  Election fraud is difficult to find because as Christensen and Shultz (2014) state, "Election fraud in established democracies typically involves only a small percentage of votes in a closely contested race.

---

[59] See https://www.ncsl.org/research/elections-and-campaigns/automatic-voter-registration.aspx for a good overview of AVR, accessed July 1, 2020.

[60] Nineteen states currently practice some variant on AVR including Alaska, California, Colorado, Connecticut, District of Columbia, Georgia, Illinois, Maines, Maryland, Massachusetts, Michigan, New Jersey, New Mexico, Nevada, Oregon, Rhode Island, Vermont, Virginia, Washington, West, Virginia.

[61] See https://www.ncsl.org/research/elections-and-campaigns/post-election-audits635926066.aspx for a good overview, accessed July 31, 2020.  Also, see R. Micahel Alvarez, Lonna Rae Atkeson and Thad Hall, 2012, Confirming Elections: Creating Confidence and Integrity through Election Auditing, Palgrave.

Such a small number of fraudulent ballots can easily be concealed in a sea of otherwise legitimate ballots."[62]

66.    Voters intuitively understand this fact and are especially concerned about the possibility of VBM fraud, even as they agree to its importance this election season as localities and states move to extensive VBM policies because of the COVID health pandemic.

67.    A recent Gallup poll suggests that 64% of voters favor states allowing all voters to VBM this year.[63]  Yet at the same time, voters are concerned about the possibility that fraud would likely increase due to increases in VBM.  The Gallup poll asked, "Do you think there would be [more fraud, same amount, less fraud] if all voters cast their votes by mail.  Nearly ½ (49%) of all American indicated they thought VBM would likely lead to more fraud,[64] while only one in five (20%) of Americans thought it would lead to less fraud. And, when voters were asked specifically about how much fraud, just over three in ten (31%) said "a great deal," another three in ten (30%) said "a fair amount," while only a little less than three in ten (28%) said "only a little" and one in ten (10%) said "none."  Thus, voters generally have a strong belief that mail balloting can result in election fraud, and that fraud will increase this year and possibly by a great deal.

68.    These feelings are not without foundation, recent cases in VBM fraud highlight concerns about both the manufacturing and stealing of votes and their impact on the legitimacy of the election. VBM offers opportunities for fraud because administrative control of the ballot or the ballot chain-of-custody is lost and nefarious actors may attempt to manipulate the open nature of

---

[62] See Ray Christensen and Thomas J. Schultz. 2014. "Identifying Election Fraud Using Orphan and Low Propensity Voters." *American Politics Research* 42(2):311–37.
[63] See https://news.gallup.com/poll/310586/americans-favor-voting-mail-option-november.aspx.
[64] This is bolstered by another recent poll by ABC News that showed that 49% of voters thought VBM was more vulnerable to fraud.  See, https://abcnews.go.com/Politics/trust-trumps-false-rhetoric-vote-mail-resonating/story?id=71887848, Accessed July 23, 2020.

the process.  Although vote fraud may be rare, incidences or perceived incidences of vote fraud likely reduce voter confidence and voter attitudes in the legitimacy and fairness of the process.[65] Therefore, the state has an interest in promoting and ensuring a secure election system.

69.     In particular the illegal activities in the 2016 general election in North Carolina's 9th Congressional District demonstrate the type of fraud that voters, legislators and election administrators fear from VBM.  In this case, a political machine was used to steal and manufacture votes. Leslie McCrae Dowless, Jr., the fraud manager, submitted forged ballot requests using data he had collected over time from completed VBM applications[66] and according to the report by the North Carolina State Board of Elections, which voted to not certify the election and instead have another one, he engaged in the following practices:

- "delivering small batches of ballots to the post office;
- ensuring that ballots were mailed from a post office that was geographically close to where the voter lived;
- ensuring that witnesses signed and dated absentee by mail container envelopes with the same date as the voter;
- ensuring that witnesses signed in the same color ink as the voter, which included tracing over existing signatures to ensure conformity;
- ensuring that stamps were not placed in such a way as to raise a red flag for local elections administrators;
- asking some collected ballots back to the voter for hand-delivery to the local Board of Elections; and
- limiting the number of times a witness's signature appeared on the ballot; and
- forging witness signatures on ballot envelopes."[67]

---

[65] Lonna Atkeson and Chris Mann, 2020, *"Looking for Election Anomalies"* with Christopher Mann, Southern Political Science Association, San Juan, Puerto Rico January 8-11, 2020; Lonna Atkeson  "Voter Confidence Ten Years after Bush V. Gore," in *Election Administration in the United States: The State of Reform after Bush V Gore*, edited by R. Michael Alvarez and Bernard Grofman, Cambridge University Press.

[66] See https://dl.ncsbe.gov/State_Board_Meeting_Docs/Congressional_District_9_Portal/Order_03132019.pdf for the state board of elections order, accessed July 1, 2020, p. 64.

[67] Ibid.

70.     During the 2020 pandemic, a second case has recently emerged that has very similar allegations related to the manufacturing and stealing of votes.  This case involves a municipal election in Paterson, New Jersey held on May 12, 2020.  Because of COVID-19 the state moved to all VBM elections pursuant to a statewide executive order.  So far there have been 4 arrests in this case with charges of election fraud, fraud in casting a mail-in vote, unauthorized position of ballots, false registration or transfer, tampering with public records, and falsifying or tampering with records.[68]  In addition, one of the candidates in the race has filed a lawsuit to overturn the election because of rampant fraud.[69]  He claims that another campaign stole both completed and uncompleted ballots from mailboxes, and for uncompleted ballots used signatures from a database they had been building for years to manufacture viable votes.  Although the case is still developing, the state attorney general is prosecuting four individuals for election fraud, and therefore the allegations must be taken very seriously.

71.     As explained, requiring VBM voters to sign their ballots is one of the primary methods the State of Arizona uses to verify the authenticity of VBM ballots and ensure the integrity of its elections.  Thus, the presence of a signature is a necessary, but not sufficient step to maintain voter confidence and electoral election integrity.

### IX.     Administrative Interests in Keeping Election Day and Cure deadlines

72.     A single cut-off date for signing ballot affidavits (including any curing of non-signatures), getting absentee ballots delivered, and voting in-person reduces voter confusion by reducing the number of relevant deadlines to remember, provides desirable finality and certainty,

---

[68] See https://www.northjersey.com/story/news/paterson-press/2020/06/25/paterson-nj-election-fraud-who-charged-and-what-we-know/3260250001/, accessed July 2, 2020.
[69] See https://newjerseyglobe.com/local/evidence-of-massive-voter-fraud-in-paterson-election-court-records-show/ and the lawsuit is included at the bottom of the article, accessed July 31, 2020.

provides clear delineations for election officials and workers, and allows election officials to focus on getting ballots counted prior to statutory deadlines.

73.     Because of the prevalent use of VBM voting in Arizona, election results already take significant time and effort.  There are election administration processes in place to ensure the integrity and legitimacy of the process that would become problematic for some counties if Arizona expanded its rules for ballots with no signature.  Arizona processes its early ballots through its Early Ballot Boards.  The Board first verifies all signatures.  Ballots with verified signatures are credited as voted at which point the ballot envelope, which contains the voter's affidavit and other personal information, is separated from the ballot and counted.  This procedure must happen before provisional ballots are qualified and counted because some voters vote more than once –because they forgot and voted a second or third time, or because they wanted to be sure their vote counted and were concerned their vote would not arrive on time, or for other reasons.  Currently this process is completed as soon as possible after Election Day, allowing the provisional balloting process to begin immediately thereafter.  Under current statute, for general elections all provisional ballots must be verified by 10 days after the election and then counted.[70]

74.     The change proposed in the Complaint would make it extremely difficult if not impossible for some counties to complete the election process under current statutory limits. This is especially true for the Arizona primary and likely for the general election.  The state holds a relatively late primary for state and local offices in August of federal election years.  This year the primary contest will be held on August 4, 2020. This is less than 1 month away from the traditional general election kick-off of September 1 and leads to a very short canvass of only 10

---

[70] A.R.S. § 16-584(E)

days after the primary so that a winner can be declared and the general election can begin.[71]   If provisional ballot qualification cannot begin until VBM ballots are completely processed and that could take up to 7 or more days, it seems unlikely that provisional ballots could be qualified and counted in the remaining 3 days especially for large counties.  But even in a general election this would likely be very difficult because even though there is a 20 day canvass period there are many, many more ballots that have to be processed and that complicates and lengthens the process.[72]

75.     For example, large counties such as Pima County already process between 5,000 and 6,000 signature mismatches and may make up to 10,000 phone calls to voters to confirm a ballot signature in a statewide general election.[73]   The change plaintiffs propose in this case would substantially expand this process after Election Day possibly delaying the start of the counting of provisional ballots because staff resources would have to be used providing opportunities for voters to sign their ballots at the County Recorder office. This would require the staff to locate the ballot and participation by two members of opposite parties on the problem ballot team because security procedures require all unvoted ballots to be observed by at least two poll workers.[74]   Currently Pima County completes its provisional process on the 10th or last day required by statute, processing upwards of 25,000 provisional ballots.[75]   Because many voters choose not to vote their VBM ballot and instead go to the polls on Election Day, many provisional ballots are voted in Arizona counties and have to be qualified to ensure no double

---

[71] See p. 240 of the *2019 Elections Procedures Manual* for primary canvass due dates or A.R.S. § 16-241(C); A.R.S. § 16-645(B).
[72] See A.R.S. § 16-642(A).
[73] Pima County Chief Deputy Recorder, ibid.
[74] Ibid.
[75] Ibid.

voting.  The plaintiffs' proposed change would likely prevent them from meeting statutory deadlines.

76.     In addition, if the process was extended, this would cost the state additional funding since the Early Ballot Board would have to be expanded to both serve voters coming to the office and do the hard work of processing, qualifying and counting regular VBM ballots and then provisional ballots.

## X.  COVID-19 and the 2020 Election

77.     This spring, the COVID-19 pandemic has upended some of our nation's election systems with over a dozen states rescheduling their primary and several more making changes in their implementation to attempt to move more voters to VBM.[76]   It is unclear at this point whether life will be normal when the 2020 federal general election happens in November due to COVID-19, but it seems unlikely.  In an election environment, the pandemic raises serious questions about the safety of voters, poll workers, and other election staff for in-person voting.

78.     One way in which an election can be more safely conducted during a pandemic is to shift from mostly in-person voting to mostly VBM so voters and poll workers do not have to come into contact.  This minimizes the spread of the virus.

79.     Unlike many states that are not prepared at all for implementing a mostly VBM election, Arizona is one of the few states that is in a strong position to do so with relative ease.  This is because Arizona is already effectively a mostly VBM state with almost 4 in 5 (79%) voters

---

[76] Alaska, Connecticut, Delaware, Georgia, Hawaii, Indiana, Kentucky, Louisiana, Maryland, New Jersey, New York, Ohio, Pennsylvania, Rhode Island, West Virginia, and Wyoming all moved their presidential primary dates. See "16 States Have Postponed Their Primaries Because of Coronavirus.
Here's a List," The New York Times, April 9, 2020, available at https://www.nytimes.com/article/
2020-campaign-primary-calendar-coronavirus.html, accessed April 23, 2020.  The New Mexico Secretary of State and County Clerks filed a lawsuit to move to all VBM for the June, 2020 primary, see:
https://www.santafenewmexican.com/news/local_news/new-mexico-county-clerks-request-mail-in-primary-election/article_659eeebc-6e00-11ea-b712-b3ed157b8b2b.html.

voting by mail in 2018.[77]  Only full VBM states such as Colorado, Oregon, Hawaii, and Washington have more VBM voters.   Thus, Arizona has the experience and preparedness to shift their election from mostly VBM to nearly all VBM if more voters choose to VBM, and to account for an increase in VBM ballots.

80.     It is easy in Arizona for voters to make a one-time choice to VBM either by phone or by written request.[78]

81.     Because Arizona is already a heavy mail state it has invested significant time, money, and other recourses into an election administration infrastructure that already serves a VBM system. These include the items we discussed above in Section III as well as the following.

82.     First, Arizona has good voter registration list maintenance.  VBM states invest a lot of time and effort to maintain a high quality and accurate voter list to help ensure that ballots are correctly addressed.  Because Arizona counties have several elections a year, the PEVL list is continually being updated through the National Change of Address data base maintained by the USPS, the Electronic Registration Information Center (ERIC), and the Arizona Motor Vehicle Division.[79]  Voters are also encouraged to update their registration on-line, or by-mail or in-person by their Secretary of State and their county elections department.[80]

83.  Second, Arizona has a system for ballot tracking so that voters can check when their ballot was sent to them by election officials and confirm whether their ballot was counted.  This allows voters to identify if they need to request a new ballot or vote provisionally on Election Day

---

[77] The percent VBM is based on the EAVS data, summing the question to C4a–absentee ballots returned counted—(participation absentee) for all 15 counties.  In the data I substitute the amount in question F1d for Apache County, which did not report any data in C4a.  The total participation in 2018 was 2,409,910 according to the Arizona Secretary of State (https://azsos.gov/elections/voter-registration-historical-election-data).  I note there is some error in the EAVS data because of how different counties define absentee-early, but this is a very close approximation.
[78] See A.R.S. 156-542, https://azsos.gov/votebymail.
[79] Information about ERIC can be found here: https://ericstates.org/, accessed April 21, 2020.
[80] Voter registration information can be found here: https://azsos.gov/elections/voting-election/register-vote-or-update-your-current-voter-information, accessed April 21, 2020.

because their ballot has not arrived in their mailbox or been received by their local election official.

84.    Third, Arizona validates ballots through a rigorous, uniform, and fair signature matching program that uses multiple signatures on-file and voters are notified if there is a problem with the signature matching process so that it can be cured and their ballot can be counted.[81]

85.    Fourth, Arizona has many ways to cast a mail ballot other than mailing it in.  Voters can drop their ballots off at a ballot drop-box location or hand it in at any early or Election Day in-person location.  Although in-person voting would presumably be curtailed to some degree during the pandemic, there would still be some in-person voting options available where voters could drop off their ballots late in the process.  For example, during the presidential preference election ("PPE"), Coconino County operated a drive up ballot drop-off at their election office.[82]

86.    Fifth, because Arizona already has large quantities of mail balloting they have the organization and staff necessary to qualify and count many VBM relatively quickly. Arizona law allows counties to start counting VBM ballots 14 days before Election Day to meet their canvassing deadlines.  (A.R.S. § 16-550(b)).

87.    Sixth, counties have the authority to establish and all counties do establish each election emergency vote centers (A.R.S. § 16-411(b)(5)).  Emergency vote centers are for voters who will be unable to vote on Election Day and have not yet voted.  All a voter has to do to receive a ballot at an emergency vote center is to sign a statement that declares they had an emergency after 5:00 PM on the Friday immediately preceding the election and before 5:00 PM on the Monday immediately preceding the election that will prevent them from voting on Election

---

[81] Please see page 68 of the *2019 Election Procedures Manual* for a discussion of signature verification rules.
[82] See Plaintiff Exhibit 23 from their additional filings.

Day.[83]  This procedure provides voters who delay returning their ballot in the mail, but cannot vote on Election Day, an alternative means of casting their ballot or dropping it off.

88.     Thus, all things considered, Arizona is one of only a handful of states that is in a strong position to ensure both the safety of its voters, and a fair VBM system in the November 2020 election.

## XI. Conclusion

89.     All in all, Arizona's election ecosystem appears to be a well-functioning mostly-VBM system that provides many different methods in which voters can cast a regular in-person ballot or a VBM ballot.

90.     Local election officials who reject a ballot because of a missing signature are required to attempt to notify the owner of that ballot so it can be rectified.  Although Arizona does not allow for a post-election curing period, their attempt at contact puts them ahead of almost half of all states that use signature verification as their primary means of VBM voter authentication, but do not engage in any attempt to rectify ballot problems.

91.     Missing signature ballots are treated as incomplete or invalid ballots, while  mismatching ballots are treated as complete, but invalid, which necessarily require different administrative processes.

92.     VBM voters who have a missing signature have the opportunity to vote through regular voting means or through provisional voting up to Election Day.  This includes the possibility of a replacement ballot via mail, or an in-person ballot at  an in-person early voting location or on Election Day.  Ballots with signature verification problems are given 5 days postelection to cure

---

[83] See the *2019 Elections Procedure Manual*, p. 65-66.

the ballot, but voters can simply phone, email, or text a confirmation that the ballot signature belongs to them.

93.     For largely VBM states, regardless of cure periods for these types of ballots, the number of ballots rejected as a percent of all ballots counted is very small with Arizona logging .12% in 2016 and .10% in 2018 of ballots rejected for no signature.  Rejection rates for other similarly situated states in both those years were between .08% and .27%, making Arizona's percentage of rejected ballots both relatively small and unremarkable.

94.     We find a much clearer pattern with ballots rejected for mismatched signature problems. In this case, it appears that more voters cure their ballots when they have an earlier as opposed to later deadline.  This may suggest that state policies intended to enfranchise more voters may actually have the opposite effect.

95.     Election integrity is an important piece of election administration and VBM increases voter concerns about the possibility of election fraud.  Arizona only instituted their cure period for mismatching signatures in 2019, and thus this is the first federal election in which this will be implemented.  The state has a strong interest in ensuring both security and access and has made laws that balance both of these election pillars.  Its laws that delineate different processes for ballots with missing signature and ballots with no signatures is embedded within its election culture and represents its long term understanding of how these ballots interact with its election ecosystem.

_____
Lonna Atkeson, PhD

### XI.  Appendix A.  Curriculum Vitae Last 10 Years

Lonna Rae Atkeson
*Curriculum Vitae*
May 2020

ACADEMIC and ADMINISTRATIVE APPOINTMENTS:

| | |
|---|---|
| 2006-Present | Professor, University of New Mexico |
| 2019-Present | Board Member, American National Election Study |
| 2018-Present | Associate Editor *Political Analysis* |
| 2017-Present | Board Member MIT Election Data Science Lab (MEDSL) |
| 2016-Present | Director, Institute for Social Research, University of New Mexico |
| 2010-Present | Director, Center for the Study of Voting, Elections and Democracy, University of New Mexico |
| 2001- 2006 | Associate Professor and Regents Lecturer, University of New Mexico |
| 1995-2001 | Assistant Professor, University of New Mexico |

EDUCATION:

| | |
|---|---|
| 1995 | Ph.D., Political Science, University of Colorado, Boulder |
| | **Dissertation Title**: *Divisiveness or Unity?  Reassessing the Divisive Nomination Hypothesis in the Presidential Selection Process* (Chair: Professor Walter J. Stone) |
| Summer 1990 | ICPSR Summer Training in Quantitative Methods for Social Science Research, University of Michigan. |
| 1987 | BA, Political Science, University of California, Riverside |

*BOOKS:*

R. Michael Alvarez and Lonna Rae Atkeson. 2018.  *Oxford University Press Handbook on Polling and Survey Methods*.  New York: Oxford University Press.

Alvarez, R. Michael, Lonna Rae Atkeson and Thad E. Hall. 2013. *Evaluating Elections: A Handbook of Methods and Standards.* Cambridge University Press.

Alvarez, R. Michael, Lonna Rae Atkeson and Thad E. Hall (Editors).  2012. *Confirming Elections: Creating Confidence and Integrity Through Election Auditing. Palgrave.*

Atkeson, Lonna Rae and Cherie D. Maestas 2012. *Catastrophic Politics:  How Extraordinary Events Redefine Perceptions of Government*. Cambridge: Cambridge University Press.

*PEER REVIEWED ARTICLES*:

Stein, Robert M et al. 2020. "Waiting to Vote in the 2016 Presidential Election: Evidence from a Multi-County Study," *Political Research Quarterly* (forthcoming), available online: https://doi.org/10.1177/1065912919832374

Atkeson, Lonna Rae and Brian T. Hamel.  2020.  "Fit for the Job: Candidate Qualifications and Vote Choice in Low Information Election," *Political Behavior* (Forthcoming). Online: https://DOI:10.1007/s11109-018-9486-0.

Atkeson, Lonna Rae and Andrew Taylor.  2019. "Partisan Affiliation in Political Science: Insights from Florida and North Carolina."  *PS: Political Science and Politics* 52(4): 706-710.

Alvarez, R. Michael, Lonna Rae Atkeson, Ines Levin, and Yimeng Li.  2019.  "Paying Attention to Inattentive Survey Respondents," *Political Analysis* 27(2): 145-62.

Kerevel, Yann and Lonna Rae Atkeson. 2017.  "Campaigns, Descriptive Representation, Quotas and Women's Political Engagement in Mexico," *Politics, Groups and Identities* (4): 454-477.

Atkeson, Lonna Rae & Cherie D. Maestas.  2016.  "Presidential Primary Turnout 1972-2016," *PS: Political Science & Politics* 49(4): 755-760.

> Associated Blog: "Atkeson, Lonna.  2016.  "Primary Turnout and the Importance of Party Position."  *Mischiefs of Faction*. Vox.com.  Available at: http://www.vox.com/mischiefs-of-faction/2016/3/24/11301108/presidential-primary-turnout"

Gurian, Paul-Henri, Nathan Burroughs, Lonna Rae Atkeson, Damon Cann, and Audrey Haynes. 2016.  "National Party Division and Divisive State Primaries in US Presidential Elections, 1948-2012," *Political Behavior* 689-711.

Kerevel, Yann and Lonna Rae Atkeson. 2015.  "The Effect of Disconfirming Stereotypes on Perceptions of Female Political Leaders in Mexico," *Political Research Quarterly 68: 732-44*.

Atkeson, Lonna Rae, R. Michael Alvarez, Thad E. Hall. 2015.  "Trust in Elections and Trust in Government: Why Voter Confidence Differs from Other Measures of System Support," *Election Law Journal* 14(3): 207-219.

Atkeson, Lonna Rae, R. Michael Alvarez, Andrew Sinclair, Thad E. Hall.  2014. "Balancing Fraud Prevention and Electoral Participation: Attitudes Toward Voter Identification." *Social Science Quarterly* 95(5): 1381-98.

Atkeson, Lonna Rae, Yann Kerevel, R. Michael Alvarez, Thad E. Hall.  2014. "Who Asks for Voter Identification?" *Journal of Politics* 76(4): 944-57.

> Associated Blog: "Poll Workers Rely on their own Attitudes and Beliefs to Determine How to Apply Voter ID Laws" The LSE US Center's Daily Blog on American Politics and Policy (available at: http://blogs.lse.ac.uk/usappblog/2014/08/20/poll-workers-rely-on-their-own-attitudes-and-beliefs-to-determine-how-to-apply-voter-id-laws/)

Atkeson, Lonna Rae, Alex N. Adams, and R. Michael Alvarez. 2014.  "Nonresponse and Mode Effects in Self and Interviewer Administered Surveys," *Political Analysis* 22(3): 304-320.

Associated Blog: Improving Survey Methodology a Q&A with Lonna Atkeson(available at: https://blog.oup.com/2014/08/improving-survey-methodology-q-a-with-lonna-atkeson/ )

Kerevel, Yann and Lonna Rae Atkeson.  2013.  "Explaining the Marginalization of Women in Legislative Institutions." *Journal of Politics* 75(4):980-993.

Atkeson, Lonna Rae, Lisa A. Bryant, Alex N. Adams, Luciana Zilberman, Kyle L. Saunders, 2011.  "Considering Mixed Mode Surveys for Questions in Political Behavior: Using the Internet and Mail to Get Quality Data at Reasonable Costs." *Political Behavior* 33:161-178.

Atkeson, Lonna Rae, Lisa Bryant, Thad Hall, Kyle L Saunders and R. Michael Alvarez. 2010. "New Barriers to Voter Participation: An Examination of New Mexico's Voter Identification Law." *Electoral Studies* 29(1):66-73.

Atkeson, Lonna Rae and Cherie D. Maestas.  2009.  "Meaningful Participation and the Evolution of the Reformed Presidential Nominating System," *PS: Political Science & Politics* 42(1):59-64.

> Reprinted in *Current Controversies: Federal Elections*, Volume 1, Gale/ Cengage Learning (Greenhaven).

Maestas, Cherie D. and Lonna Rae Atkeson, Lisa Bryant, and Thomas Croon.  2008.  "Shifting the Blame:  Federalism, Causal Attribution and Political Accountability Following Hurricane Katrina," *Publius* 38(4): 609-632.

Atkeson, Lonna Rae and Timothy Krebs.  2008. "Press Coverage of Mayoral Candidates: The Role of Gender in News Reporting and Campaign Issue Speech" *Political Research Quarterly* 61 (2): 239-53.

Atkeson, Lonna Rae & Lori Tafoya. 2008.  "Surveying Political Activists: An Examination of the Effectiveness of a Mixed Mode (Internet and Mail) Survey Design." *Journal of Elections, Public Opinion and Parties* 18(4): 367-386.

Atkeson, Lonna Rae & Kyle L. Saunders.  2007. "Voter Confidence: A Local Matter?" *PS: Political Science & Politics* 40(October):655-660.

Atkeson, Lonna Rae & Nancy Carrillo.  2007. "More is Better: The Impact of Female Representation on Citizen Attitudes Toward Government Responsiveness," *Gender and Politics* 3(1): 79-101.

Atkeson, Lonna Rae.  2003.  "Not All Cues are Created Equal: The Conditional Impact of Female Candidates on Political Engagement," *Journal of Politics* 65(4): 1040-61.

Atkeson, Lonna Rae and Ronald B. Rapoport.  2003.  "The More Things Change the More they Stay the Same: Examining Differences in Political Communication, 1952-2000," *Public Opinion Quarterly* 67(4):495-521.

Atkeson, Lonna Rae and Randall W. Partin.  2001.  "Candidate Advertisements, Media Coverage, and Citizen Attitudes: The Agendas and Roles of Senators and Governors in a Federal System," *Political Research Quarterly* 54(4): 795-813.

Atkeson, Lonna Rae.  1999.  "'Sure, I voted for the Winner!' Over Report of the Primary Vote for the Party Nominee in the American National Election Studies," *Political Behavior* 21(3): 197-215.

Atkeson, Lonna Rae and Randall W. Partin.  1998.  "Economic and Referendum Voting and the Problem of Data Choice: A Reply," *American Journal of Political Science*  42:1003-1007.

Atkeson, Lonna Rae.  1998.  "Divisive Primaries and General Election Outcomes: Another Look at Presidential Campaigns," *American Journal of Political Science* 42:256-271.

Rapoport, Ronald O.  Walter J. Stone, and Lonna Rae Atkeson.  1996.   "Candidate Chances, Ideological Moderation and American Nomination Politics: A Simulation Approach," *European Journal of Political Research* 29:147-168.

Atkeson, Lonna Rae and Randall W. Partin.  1995.  "Economic and Referendum Voting: A Comparison of Senate and Gubernatorial Elections," *American Political Science Review* 89:99-107.

Stone, Walter J., Ronald Rapoport and Lonna Rae Atkeson.  1995.  "A Simulation Model of Presidential Nomination Choice," *American Journal of Political Science* 39:135-161.

Atkeson, Lonna Rae.  1993.  "Moving Toward Unity: Attitudes in the Nomination and General Election Stages of the Presidential Campaign."  *American Politics Quarterly* 21:272-289.

Stone, Walter J., Lonna Rae Atkeson and Ronald Rapoport.  1992.  "Turning On or Turning Off: Mobilization and Demobilization Effects of Participation in Presidential Nomination Campaigns," *American Journal of Political Science* 36:665-691.

*BOOK CHAPTERS, MONOGRAPHS*:

Benstead, Lindsay J., Lonna Rae Atkeson, and Mohammad Adnan Shahid.  2019. "Why Does Satisfaction with a Non-Democratic Regime Increase Support for Democracy?  The Role of Perceived Corruption," in *Informal Practices and Corruption in the Middle East*, edited by Ina Kubbe and Aiysha Varraich. Routledge.

Atkeson, Lonna Rae and Alex N. Adams.  2018.  "Mixing Survey Modes and Its Implications," in the *Oxford University Handbook on Polling and Polling Methods*, edited by Lonna Rae Atkeson and R. Michael Alvarez, Oxford University Press.

Atkeson, Lonna Rae and Wendy L. Hansen.  2017.  "Campaign Finance in US Politics: An Era without Limits," in *Changing How America Votes,* edited by Todd Donovan, Rowman & Littlefield.

Atkeson, Lonna Rae.  2014.  "Election Data Transparency," in *The Measure of American Elections*, edited by Barry Burden and Charles Stewart III, pp. 271-298, Cambridge University Press.

Atkeson, Lonna Rae. 2014.  "Voter Confidence Ten Years after Bush V. Gore," in *Election Administration in the United States: The State of Reform after Bush V Gore*, edited by R. Michael Alvarez and Bernard Grofman, Cambridge University Press.

Atkeson, Lonna Rae, R. Michael Alvarez and Thad E. Hall.  2012.  "The New Mexico Pilot Project," in Confirming Elections: Creating Confidence and Integrity through Election Auditing, edited by R. Michael Alvarez, Lonna Rae Atkeson and Thad E. Hall, New York:

43

Palgrave McMillan.

Kerevel, Yann and Lonna Rae Atkeson.  2012.  "Counting the Ballots: A Comparison of Machine and Hand Counts in New Mexico," in Confirming Elections: Creating Confidence and Integrity through Election Auditing, edited by R. Michael Alvarez, Lonna Rae Atkeson and Thad E. Hall, New York: Palgrave McMillan.

Bryant, Lisa A. and Lonna Rae Atkeson.  2012.  "The Cost of Election Audits: Time and Money," in Confirming Elections: Creating Confidence and Integrity through Election Auditing, edited by R. Michael Alvarez, Lonna Rae Atkeson and Thad E. Hall, New York: Palgrave McMillan.

Alvarez, R. Michael, Lonna Rae Atkeson and Thad E. Hall.  2012.  "Procedural Audits: Utah and Auditing Elections," in Confirming Elections: Creating Confidence and Integrity through Election Auditing, edited by R. Michael Alvarez, Lonna Rae Atkeson and Thad E. Hall, New York: Palgrave McMillan.

Rocca, Michael, Lonna Rae Atkeson, Yann Kereval and Lisa Bryant.  2010. "Moving from Red to Blue: The 2008 New Mexico Presidential, Senate, and First Congressional District Races," in The Change Election: Money, Mobilization, and Persuasion in the 2008 Federal Elections, edited by David Magleby, Philadelphia: Temple University Press.

Rapoport, Ronald, Kira Allman, Daniel Maliniak, Lonna Rae Atkeson. 2010. ""Internet-ilization of American Parties: The Implications of the Unity08 Effort," in The State of the Parties, 6th edition Edited by John Green, Boulder: Roman and Littlefield.

Atkeson, Lonna Rae.  2010. "The State of Survey Research as a Research Tool," in the Oxford Encyclopedia of American Elections and Political Behavior, edited by Jan Leighley, Oxford, Oxford University Press.

Atkeson, Lonna Rae.  2010.  "Voter Decision-Making on the Heels of Iowa," in The Rise of the West, eds.  David Patton and Jennifer L. Robinson. Salt Lake City: University of Utah.

GRANTS:

| | |
|---|---|
| 2018-19 | New Mexico Secretary of State, "2018 Election Administration and Security Voter Survey," ($49,587) |
| 2017-18 | National Science Foundation, "Emotion Regulation and Extraordinary Political Events"  ($200,000) |
| 2016-17 | Bernalillo County, New Mexico 2016, "2016 New Mexico Election Study," ($49,871) |
| 2016-17 | Thornburg Foundation, Santa Fe, New Mexico, "A Look at Campaign Finance in New Mexico," (59000) with Wendy L. Hansen. |
| 2016-19 | New Mexico Department of Transportation, "New Mexico Dust Storm Study," (160,000) |
| 2014-15 | Bernalillo County, New Mexico 2014, "2014 New Mexico Election Ecosystem " (49,763) |

| | |
|---|---|
| 2012-13 | "Bernalillo County, New Mexico 2012, "2012 New Mexico Election Administration An Examination of Vote Centers" (47,700) |
| 2011 | "Pew Charitable Trusts, Center on the States, Turnout and Mobilization in Low Voter Turnout Projects," ($12,281) |
| 2011 | Tom Golisano Foundation, "New Mexico, the Nation and the National Popular Vote Initiative," ($66000) |
| 2010-11 | Bernalillo County, New Mexico, "2010 New Mexico Election Administration Report" ($25000) |

AWARDS:

| | |
|---|---|
| 2015 | Society for Political Methodology's Excellence in Mentoring Award |
| 2013 | Mentoring Award, College of Arts and Sciences, University of New Mexico |
| 2013 | Lucius Barker Award for the best paper, "Latino Descriptive Voting: Evidence in The 2010 Gubernatorial Race in New Mexico," presented at the 2012 Midwest Political Science Association Meeting on Race or Ethnicity |
| 2010 | Jack Taylor Best in Government Award, presented by Common Cause New Mexico |
| | Fellowship, Political Methodology Conference, Society for Political Methodology, University of Iowa |

*Public Policy Reports, Amicus Curiae Briefs, encyclopedia entries, blogs, and other non-peer reviewed items:*

Atkeson, Lonna Rae, Adriana Crespo-Tenorio, Jeff Gill, D. Sunshine Hillygus, Daniel H. Hopkinds, Xun Pang and Betsy Sinclair.  2018.  "Comments on Single-Blind Reviewing from the Editorial Staff," *Political Analysis* 26(3): 255-57.

Atkeson, Lonna Rae and Wendy L. Hansen.  2017. "Albuquerque's Upcoming Election is Unlike the Others," Huffington Post Listen To America Tour, (available at: https://www.huffingtonpost.com/entry/albuquerques-upcoming-election-is-unlike-the-others_us_59ea6333e4b00f08619ed2db)

Atkeson, Lonna Rae and Wendy L. Hansen.  2017.  "The 2017 Campaign Finance Report." Typescript, University of New Mexico.  Available at: http://polisci.unm.edu/common/c-sved/papers/2017%20Campaign%20Finance%20Report.pdf

Atkeson, Lonna Rae and Wendy L. Hansen.  2017.  The 2016 Bernalillo County Election Administration Report.  Typescript, University of New Mexico. Available at: http://polisci.unm.edu/c-sved/2016-bernalillo-county-election-administration-report.pdf

Atkeson, Lonna Rae.  2017.  Voter Identification. *Sage Encyclopedia of Political Behavior*, edited by Fathali M. Moghaddam.  Thousand Oaks: Sage

Alvarez, R. Micahel, Atkeson, Lonna Rae and Thad E. Hall.  2016.  "Are U.S. elections 'rigged?' Here's how to help voters believe that they're not,  *The Washington Post, The Monkey Cage* (https://www.washingtonpost.com/news/monkey-cage/wp/2016/09/28/are-u-s-elections-rigged-heres-how-to-help-voters-feel-confident-that-theyre-not/?postshare=1331475070527091&tid=ss_in)

Atkeson, Lonna.  2016.  "Primary Turnout and the Importance of Party Position." *Mischiefs of Faction*. Vox.com.  Available at http://www.vox.com/mischiefs-of-faction/2016/3/24/11301108/presidential-primary-turnout.

Atkeson, Lonna Rae, Alex N. Adams, Charles Stewart and Julia Hellewege.  2015.  "The 2014 Bernalillo County Election Administration Report."  Typescript, University of New Mexico. Available at: https://polisci.unm.edu/common/documents/2014-bernalillo-county-nm-election-administration-report.pdf.

Atkeson, Lonna Rae and R. Michael Alvarez. 2014.  Introduction to Political Analysis Mini-Symposium on Advances in Survey Methodology. *Political Analysis* 22(3): 281-284.

   (Associated Blog: http://blog.oup.com/2014/08/improving-survey-methodology-q-a-with-lonna-atkeson/).

Atkeson, Lonna Rae, Lisa A. Bryant and Alex N. Adams. 2013. "The 2012 Bernalillo County Election Administration Report. Typescript, University of New Mexico.  Available at: http://www.unm.edu/~atkeson/newmexico.html.

Atkeson, Lonna Rae. 2012.  "Don't Go Coloring New Mexico Blue Just Yet?" Op-ed Albuquerque Journal, Sunday, November 18, 2012.  (Available at: http://www.abqjournal.com/main/2012/11/18/opinion/dont-go-coloring-nm-blue-just-yet.html).

Atkeson, Lonna Rae.. R. Michael Alvarez. Alex N. Adams, Lisa Bryant. 2011. "The 2010 New Mexico Election Administration Report. Typescript, University of New Mexico. Available at: http://polisci.unm.edu/common/documents/c-sved/papers/nm-2010-general-election.pdf.

Atkeson, Lonna Rae, R. Michael Alvarez, Thad E. Hall, Lisa A. Bryant, Yann Kereval, Morgan Llewyllen, David Odegaard.  2009.  "The 2008 New Mexico Post Election Audit Report," available at: http://polisci.unm.edu/common/documents/c-sved/papers/nm08pew.pdf

Atkeson, Lonna Rae, R. Michael Alvarez, Thad E. Hall. 2009. "Provisional Voting in New Mexico," Pew Charitable Trusts, The Center for the States, *Provisional Ballots: An Imperfect Solution*.

Adams, et al.  2009. Statement to the National Institute of Technology regarding Voluntary Voting Standard Guidelines in relation to post election audits, October 2009.

Atkeson, Lonna Rae, Matt A. Barreto, Lorraine C. Minnite, Jonathan Nagler, Stephen A. Nuno and Gabriel Ramon Sanchez, 2009, *Amicus Curiae Social Science Brief to the Indiana Supreme Court*, League of Women Voters of Indiana and leagues of Women Voters of Indianapolis v. Todd Rokita.

Atkeson, Lonna Rae, Alex Adams, Lisa Bryant, Angelina Gonzalez-Aller, Willard Hunter, Yann Kerevel, Kimberly Proctor, Lisa Sanchez and Lori Tafoya.  2010.  "The City of Albuquerque

2009 Mayoral Election Administration Report,"  Available at:
http://polisci.unm.edu/common/documents/c-sved/papers/nm-abq-2009-mayor-race.pdf

Atkeson, Lonna Rae. R. Michael Alvarez, Thad E. Hall. 2010.  "Assessing Electoral
Performance in New Mexico using an Eco-system Approach: New Mexico 2008,"
Typescript, University of New Mexico. Available at:
http://www.unm.edu/~atkeson/newmexico.html

COURSES TAUGHT:

| Undergraduate | Graduate |
|---|---|
| Introduction to American Politics | Political Behavior |
| Public Opinion and Political Behavior | American Politics Pro-seminar |
| Women in American Politics | Introduction to Statistics |
| Junior Honors Seminar | Topics in Advanced Research Methods: Linear Structural Equation Modeling |
| Introduction to Political Research | Introduction to Methods of Political Science Research/Scope and Methods |
| | Survey Methodology |
| | Writing for Research |

PROFESSIONAL ACTIVITITIES:

*Invitations*

"Disenfranchisement, Gerrymandering and the Black Vote," Sandia's Diversity Cinema, African
Americans and the Vote, February 25, 2020

"2016 Primary Voting and the Economy," Iowa Conference Caucus, University of Iowa, Iowa
City, IA, February 1-3, 2020.
"Economic Voting in the 2016 Presidential Election: It's Manufacturing," University of
Massachusetts, Amherst, February 6, 2020.
"Economic Voting in the 2016 Presidential Election: It's Manufacturing," University of Georgia,
Athens, GA., January 20, 2020.
"Messaging and Public Perception: Understanding what Voters, communities, and election
officials think about Vote By Mail," Pantheon Analytics, Washington DC, June 20, 2019.
"The Election Landscape," Corrales Independent, Corrales, NM April 17, 2019
"The Science of Elections," Taos Democrats, Taos, NM March 4, 2019.
"Reflections on the 2018 Midterm Elections," Albuquerque League of Women Voters,
Albuquerque, December 13, 2018.
"Another Electoral College Misfire," Santa Fe League of Women Voters Public Forum on the
National Popular Vote, Santa Fe, NM, November 10, 2018
"Why We Need Intellectual Humility in the 21st Century," Wednesday Women, Albuquerque,
NM, August 15, 2018

"Economic Voting in the 2016 Election," Florida State University, Tallahassee Florida, April 18-20, 2018.

"de Tocqueville and the State of the Nation 2018," St. John's College, Santa Fe, New Mexico, February 3 & 10, 2018.

"Social Identity Primes and Public Opinion: A comparison of Black and White Attitudes During Extraordinary Events," University of Delaware, Newark, Delaware, March 20, 2017.

"Voting Convenience Centers," American Bar Association Standing Committee on Election Law Town Hall on Voting Convenience Centers, State Bar of New Mexico, Albuquerque, New Mexico, December 1, 2016.

"The 2016 General Election: Change, Revolution or Status quo?  Confessions of a Political Scientist," Indiana University Purdue University Indianapolis, Indianapolis, Indiana, November 17, 2016.
    Also, Santa Fe, New Mexico
    Also, University of New Mexico, Albuquerque, New Mexico

"The Virtues of Election Observation," The National Conference of State Legislatures, Chicago, Illinois, August 7-11, 2016.

Speaker, League of Women Voters Santa Fe, March 2016

"The Iowa Caucus 2016," the University of Iowa, Iowa City, January 31-February 1, 2016.

"*Data Quality, Professional Respondents and Discontinuous Surveys: Issues of Engagement, Knowledge and Satisficing,"  The International Methods Colloquium (available at:* [http://www.methods-colloquium.com/single-post/2015/11/06/Lonna-Atkeson-Data-Quality-Professional-Respondents-and-Discontinuous-Survey-Issues-of-Engagement-Knowledge-and-Satisficing](http://www.methods-colloquium.com/single-post/2015/11/06/Lonna-Atkeson-Data-Quality-Professional-Respondents-and-Discontinuous-Survey-Issues-of-Engagement-Knowledge-and-Satisficing)*), November 6, 2015.*

"Protecting the Vote: Dialogues on Citizenship, Elections and the Franchise," A Symposium by the University of Kansas, Lawrence Kansas, October 8, 2015.

Plenary – Connecting the Dots: Who Collects Election Data and How are they Doing It? Election Assistance Commission Election Data Summit, August 12-13, American University, Washington DC.

"The Effect of Election Lines on Turnout: A Case Study in Sandoval County, New Mexico," New Research on Election Administration and Reform, MIT, Cambridge, Mass. June 8, 2015

"Professional Respondents and Data Quality," Visions in Methodology Conference, University of Kentucky, May 13-16, 2015.

"Do You See What I see? Panel Affects in The American Panel Study," presented at the St. Louis Area Methods Meeting (SLAMM), Washington University, St. Louis, April 24, 2015.

"The Effect of Disconfirming Stereotypes on Perceptions of Female Political Leaders in Mexico," presented at the First Annual School of Politics and Global Studies Working Group Conference Women, Media, and Politics: A Comparative Perspective, Arizona State University, April 10-11, 2014.

"Electoral Competition Workshop,"  Laguna Beach, California, December 18, 2014.

Guest Editor, 2014, Symposium on "The State of Survey Research," *Political Analysis* 22(3): 304-320

Guest Commissioner, The National Commission on Voting Rights Colorado/New Mexico State Hearing, March 7, 2014, Sturm College of Law, University of Denver

"Measurement Error in Online Survey Panels: Panel Conditioning and Data Quality," presented at the American Panel Survey (TAPS) Workshop, Washington University, St. Louis, November 8-9, 2013

Speaker, League of Women Voters, January 2013

Visions in Methodology Conference, Florida State University, April 26-27, 2013.

Electoral Competition Workshop, Australian National University, Canberra, Australia, February 18-22, 2013.

"Panel Conditioning in Online Panels," Washington University, St. Louis, February 1, 2013.

"Election Accessibility and Transparency," Measure of Elections Conference, MIT, June 18-19, 2012

Speaker, Women's Press of Albuquerque, December 2012

"Catastrophic Politics," February 28-29, 2012, Appalachian State University

"Comparative Cross National Electoral Research Launch and Workshop," University of Exeter, September 8-9, 2011.

"Electing the President A Citizen Panel: A Comparison of the Electoral College and the National Popular Vote,"  Directed 3 meetings with a citizen panel.

"National Popular Vote Initiative Meeting," San Francisco, California, July 15, 2011.

"Voter Confidence in 2010,"Bush V. Gore, 10 Years Later: Election Administration in the United States, Center for the Study of Democracy, University of California, Irvine and the Cal Tech/MIT Voting Technology Project, April 16-17, 2011.

Judge, We the People Civics Contest, December 11, 2010 Capitol Building, Santa Fe, New Mexico

"Election Auditing," Computer Science Department, University of New Mexico, September 17, 2010.

"Thinking about Politics: The Role of Gender," Metro Federated Republican Women, July 14, 2010, Seasons Restaurant, Albuquerque

"Gender of Interviewer and Gender-Related Attitudes in Morocco: A Field Experiment" by Lindsay Benstead, Discussant, Society for Political Methodology, University of Iowa, Iowa City, July 22-24, 2010.

Speaker, "Negative Advertising," Albuquerque Republican Federation of Women, July 2010

"Who is Asked and Who Asks for Voter ID," UT-Pan Am, April 29, 2010.

"How Crisis Shapes Attitudes: Hurricane Katrina, External Efficacy and Public Confidence in Government," Visions in Methodology Conference, University of Iowa, Iowa City, Iowa, March 18-20. 2010 with Cherie Maestas.

"New Mexico Politics," US State Department, A Discussion with Foreign Journalists, Albuquerque, NM, January 26, 2010

*Conference Participation:*

2020    "Looking for Election Anomalies" with Christopher Mann, Southern Political Science Association, San Juan, Puerto Rico January 8-11, 2020.

2020    "Election Laws and Turnout," Discussant, Southern Political Science Association, San Juan, Puerto Rico January 8-11, 2020.

2019    *"Mobilization or Fraud"* " with Christopher Mann, Southern Political Science Association, Washington DC, August 29-September 1, 2019

2019    "Emotion Regulation and Survey Response Quality" with Mathew Cawvey, Cherie Maestas, Sara Levens, and Cherie Maestas, European Survey Research Association, Zagreb, Croatia, July 15-19.

*2019*  "Presidential Nomination Politics 2016: Who Voted for the Insurgent Candidate?"  with Jared Clay and Wendy Hansen, Midwest Political Science Association, Chicago, IL, April 4-6.

2019  "It's Worth Waiting For: the Willingness to Wait to Vote Compared to Other Services," with Lisa Bryant and Paul Gronke, Midwest Political Science Association, Chicago, IL, April 4-6.

2018  "Fit for the Job: Candidate Qualifications and Low Information Elections," Midwest Political science Association, Chicago, IL, April 4-7 with Brian Hamel.

2018  "Economic Voting in the 2016 Election," Midwest Political Science Association, Chicago, IL, April 4-7, with Jacob Altik and Wendy L. Hansen.

2017  "Paying Attention to Inattentive Survey Respondents," American Political Science Association, San Francisco, CA, August 30-September 2,

2017  Summer Conference on Election Sciences, Program Chair along with Bernard Fraga, Reed College and Portland State University, Portland, OR July 26-28.

2017  "Public Opinion and Election Reform," Panel Discussant and Chair, Midwest Political Science Association, Chicago, IL, April 4-6, 2017.

2017  "Exploring Voter Overreport and Turnout in Mexico," Southern Political Science Association, January 11-14, 2017, New Orleans, Louisiana, with Yann Kerevel.

2016  "Are Voting Centers Convenient?" Midwest Political Science Association, April 7-10, Chicago, Illinois with Lisa Bryant.

2016  "The Effect of Continuous Panels on Survey Response," Southern Political Science Association, January 7-9, San Juan, Puerto Rico.

2015  "Data Quality in Online Panels," European Survey Research Association, Reykjavik, Iceland, July 13-17.

2014  "Easy Versus Hard Issues and Satisficing,"  International Total Survey Error Workshop, Washington D.C., Washington DC, October 3-4 with Alex Adams.

2014  "Controlling for Satisficing in Models of Public Opinion," American Political Science Association, Washington D.C. August 28-31 with Alex Adams.

2014  Discussant, "Experiments in Digital Democracy," American Political Science Association, Washington D.C. August 28-31.

2013  Discussant, The Determinants and consequences of Trust, Midwest Political Science Association, Chicago, Illinois, April 11-14.

2013  "Intragender gubernatorial Elections: Stereotypes and Vote Choice," presented at the Midwest Political Science Association,  Chicago, Illinois, April 11-14.

2012  "Panel Conditioning in Online Panels" presented at the Pacific American Public Opinion Research, San Francisco, CA, December 5-7.

2012  "Latino Descriptive Voting: Evidence in The 2010 Gubernatorial Race in New Mexico," Presented at the Midwest Political Science Association, April 2-15, Chicago, Il., with Alex Adams and Shannon Terry.

2012  "Two Challenges in Verification: Poll Workers and the National Popular Vote," Election Verification Network Conference, Santa Fe, NM March 28-30

2012  "Plenary: Taking the Long View," Election Verification Network Conference, Santa Fe, New Mexico, March 28-30

2012  "Mobilization of Local Voters," State Politics and Policy Meeting, Houston, Texas, February 16-18 with Lisa Bryant.

2012  Discussant, State Politics and Policy Meeting, Houston, Texas, February 16-18.

2011    "Gender and Legislative Participation in Mexico's Chamber of Deputies Before and
        After the Adoption of Gender Quotas," Midwest Political Science Association, March
        31-April 3, with Yann Kerevel.

2011    "Consolidating Democracy in the Arab World: The Role of Government Satisfaction in
        Building Popular Support for Democracy" 1st International Conference on Survey
        Research, "Survey Research in the Gulf: Challenges and Policy Implications"
        Sponsored by the Social & Economic Survey Research Institute (SESRI), Qatar
        University, Doha, Qatar ,February 27- March 1, 2011, with Lindsay Benstead.

2010    "Attribution of Blame and Hurricane Katrina" presented at the American Political
        Science Association, Washington DC, September 2-5.

2010    "Assessing Data Quality across Probability Samples: An Examination of a Post General
        Election Mixed-Mode (Internet and Mail) and Telephone Survey," presented at the
        American Association of Public Opinion Research, May 13-16, Chicago, Illinois with
        Alex N. Adams and R. Michael Alvarez.

2010    "Who Asks for Voter ID," Presented at the Midwest Political Science Association, April
        22-25, Chicago, Illinois with Yann Kerevel.

2010    "Mixed Mode (Internet and Mail) Probability Samples and Survey Representativeness:
        The Case of New Mexico 2008," presented at the Western Political Science
        Association, April 1-3, San Francisco, California, with Alex N. Adams.

2010    "Elections and Happiness: The Effect of Electoral Institutions on Life Satisfaction,"
        presented at the Western Political Science Association, April 1-3, San Francisco,
        California, with Alex N. Adams.

Professional Service:

*Selected Media Appearances and Interviews:*

Numerous (1000s of) interviews with local, national and international print, radio, and TV
journalists (1996-2020)

(Outlets include (selected list): Factcheck.org, *The Hill, Time*, *Huffington Post*, National
Public Radio (NPR), Arizona Public Radio, NM public Radio, Minnesota Public Radio,
New Mexico Public Radio, KUNM, *VOX*, C-net,*Washington Post*, *New York Times*,
Jewish Insider, KOAT, Vermont Public Radio, *The News Hour*, *Salon*.com, *The Nation*,
*USA Today*, *Albuquerque Journal*, *Albuquerque Tribune*, *Santa Fe New Mexican*,
*Milwaukee Journal Sentinel, Atlanta Journal Constitution, Denver Post,* AP Reporters,
*New Mexico Independent*, BBC, the *Washington Monthly*, *ABC News*, Delaware Talk
News, *Congressional Quarterly*, etc.)

HuffPost, "Election Security Challenges in 2020" available at
([https://www.huffpost.com/entry/election-security-challenges-in-2020_n_5e0fa491c5b6b5a713ba2c89?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAFxuYCW3X_vMKYHpbn8dsj86XBrPrZKa0vPVrokJiYkp8WYHshooMrZzBCKoiIpHotvx11yGRSc9ZbfsRpM_tGewKonRY1kFrWy5fyaHOQnix6-zJKXUTleKipPd9Jp9FxKhBIW46HBY-UXKINfmPGohcOl_B1zOFKWm99Co2N9J](https://www.huffpost.com/entry/election-security-challenges-in-2020_n_5e0fa491c5b6b5a713ba2c89?guccounter=1&guce_referrer=aHR0cHM6Ly93d3cuZ29vZ2xlLmNvbS8&guce_referrer_sig=AQAAAFxuYCW3X_vMKYHpbn8dsj86XBrPrZKa0vPVrokJiYkp8WYHshooMrZzBCKoiIpHotvx11yGRSc9ZbfsRpM_tGewKonRY1kFrWy5fyaHOQnix6-zJKXUTleKipPd9Jp9FxKhBIW46HBY-UXKINfmPGohcOl_B1zOFKWm99Co2N9J))

KJZZ Arizona NPR, "Maricopa County Recorder Adrian Fontes: Arizona Moving To Mail-In Ballots Makes Sense," available at: **https://kjzz.org/content/1150546/maricopa-county-recorder-adrian-fontes-arizona-moving-mail-ballots-makes-sense,**

KOBTV, NBC Affiliate, Political Commentary, Election Analyst, Primary night, General Election night, and general election coverage throughout the campaign 2016-present

KSFR, Impeaching the President, https://www.ksfr.org/post/unm-s-lonna-atkeson-impeaching-president-trump, October 23, 2019

KJXX, NPR, Vote-ByMail, https://kjzz.org/content/1150546/maricopa-county-recorder-adrian-fontes-arizona-moving-mail-ballots-makes-sense, September 3, 2019

KNME, *In-Focus New Mexico Politics*, August 9, 2019, March 24, 2020

KOBTV, Santa Fe Municipal Election, March 6, 2018

KNME, *In-Focus New Mexico Politics*, September 5, 2017

KNME, *In-Focus New Mexico Politics*, June 9, 2016

KRCW, NPR, *Background Briefing with Ian Masters*, May 26, 2016, (http://ianmasters.com/sites/default/files/mp3/bbriefing_2016_05_25full_audioport.mp3)

KSFR, Santa Fe Radio Café, "On Disenfranchised Voters in New Mexico and Beyond," May 3, 2016, (http://ksfr.org/post/may-3-unm-professor-lonna-atkeson-disenfranchised-voters-new-mexico-and-beyond#stream/0)

KPCC, *Airtalk*, "Are Voter Registration Rules Like New York Suppressing Votes?" April 19, 2016 (http://www.scpr.org/programs/airtalk/2016/04/19/48086/are-voter-registration-rules-like-new-yorks-suppre/)

NPR, *All Things Considered*, April 4, 2016, "Once Ruled By Washington Insiders, Campaign Finance Reform Goes Grass Roots" (http://www.npr.org/2016/04/04/473005036/once-ruled-by-washington-insiders-campaign-finance-reform-goes-grassroots)

KPCC, *Airtalk*, "Long lines and flawed lists mar presidential primaries in Arizona and beyond," March 24, 2016 (http://www.scpr.org/programs/airtalk/2016/03/24/47472/long-lines-and-flawed-lists-mar-presidential-prima/)

KNME, *In Focus New Mexico Politics*, November 7, 2014

KNME, *Election Night Coverage*, November 4, 2014

KUNM, *Call in Show*, October 30, 2014

KUNM, *Local NPR*, August 15, 2013

KNME, I*n Focus New Mexico*, February 7, 2013, April 2014

KNME*, State of the State Address*, January 14, 2013

KUNM, *In Focus New Mexico*, February 24, 2012

KUNM, NPR, *In Focus New Mexico*, Legislative Politics and Election Reform, March 1, 2011

KRQE*, State of the State Address, January 19, 2011*

KNME, *State of the State Address*, January 17, 2011

KNME *Election Night Coverage, November 2, 2010*

National Public Radio*, All Things Considered, June 8, 2010*

KNME Interview, *In Focus New Mexico Politics, June 5, 2008; January 8, 2010; May 2010; August 21, 2010, October 2010, March 2 2011*

*Department/University Committee Work/Service:*
Chair, 19th Amendment 100th Anniversary Celebration
Executive Committee, AY 2012-13, 2015-16
Provost Promotion and Tenure Committee AY 2014-15
Graduate Committee, AY 2012-13
On-line Class Committee, Fall 2010, Spring 2011

Ph.D. Dissertation Committees:
Alex Adams (Chair)
    Clifford C. Clogg Award, ICPSR, 2010
Holly Garnett (External Reviewer, PhD Spring 2017, McGill University)
    Title: *Strengthening Electoral Integrity through Electoral Management*
Julia Hellwege (Chair, PhD Summer 2016)
    Ted Robinson Memorial Award for the best research proposal by a graduate student
        in the field of minority politics
    Assistant Professor, University of South Dakota
    Title: *Constituency, Identity,* and *Surrogate Substantive Representation: Minority
        Women in U.S. State Legislatures*
Kim Proctor (Chair, PhD Spring 2016)
    Janet Box-Steffensmeier ICPSR Summer Fellowship Award, 2010
    Senior Scientist, Health and Human Services
Justin Delacour (Chair, PhD, May 2014)
    Assistant Professor, Lewis University, Romeo, Illinois
Lisa Bryant (Chair, PhD Summer 2014)
    Assistant Professor California State University - Fresno
Yann Kerevel (Chair, PhD Summer 2012)
    Assistant Professor Louisiana State University
    IFES Fellowship Summer 2009
Elizabeth Wemlinger (PhD, July 2011, University of North Carolina, Charlotte)
Prakash Adhikari (PhD, July 2011)
    Associate Professor, Central Michigan University
    Received Popejoy Dissertation Award, 2013

Manuscript Referee/Editorial Boards (30+/year):

| | |
|---|---|
| *American Political Science Review* | *British Journal of Politics* |
| *American Journal of Political Science* | *Politics and Policy* |
| *American Politics Quarterly/* | *Gender and Politics* |
| *American Politics Research* | *Politics, Groups and Identities* |
| *Political Research Quarterly* | *Political Analysis* |
| Editorial Board Member, 2013-*2016* | Guest Editor 2016, |
| *Election Law Journal* | Associate Editor 2017-2020 |
| *American Politics Review* | *Social Science Quarterly* |

*Journal of Politics*
   Editorial Board Member, 2009-2014
*Legislative Studies Quarterly*
*The Policy Studies Journal*

*Women and Politics*
*Journal of Theoretical Politics*
*Journal of Elections, Public Opinion and*
  *Parties*
*European Journal of Political Research*
*Comparative Political Studies*
*Political Psychology*
*Social Science Research*
*PS: Politics and Political Science*
*Political Science  Research Methods*
*Social Forces*

*Social Influence*
*Sociological Perspective*

*State Politics and Policy Quarterly*
   Editorial Board Member, 2001-2003
*Perspectives on Politics*
*Political Behavior*
   Editorial Board Member, 2014-2018
*Electoral Studies*
*Southeastern Political Review*
*Journal of Women, Politics and Policy*
*Field Methods*
*Public Opinion Quarterly*
*International Journal of Public Opinion*
   *Quarterly*
*Political Parties and Identities*
*Sociological Methods*
*Statistics, Politics and Policy*
*Journal of Personality and Social*
*Psychology*
*Sociological Research and Methods*
*Cambridge Elements*

Grant Referee:
   Canadian National Science Foundation 2020
   National Science Foundation, 1995, 1996, 1997, 1999, 2000, 2003, 2004, 2005, 2008,
    2009, 2010, 2013  (Fall & Spring)
   Time-sharing Experiments for the Social Sciences, 2003, 2010

Board of Directors Membership
   ANES Board of Overseers 2019-Present
   MIT Election Data Science Lab 2016-Present
   Local Election Office Survey Advisory Board  2018

Associations and Association Service:
   American Political Science Association
       Chair, Emerging Scholar Committee Elections, Voting Behavior and Public
         Opinion 2017
       Chair, EE Schattschneider Best Dissertation Award Committee 2014-15
       Gladys M. Kammerer Award Committee, 2012-13
       Section Chair, Political Methodology, 2012
       Member, 2007 APSA Sullivan Award Committee (Best Graduate Student Paper),
         Public Opinion and Voting Behavior
       Member, 2007 APSA Best Paper Award Committee Elections, Public Opinion
         and Voting Behavior,
       Council Member, Political Organizations and Parties, 2006-2008
       Section Chair, Elections, Voting Behavior and Public Opinion, 2007
       Section Chair, Society for Political Methodology, 2012

Chair, Emerging Scholar Award, Political Parties and Organizations Section,
    American Political Science Association, 2007
Council Member, State Party and Politics, 2003-2004
Council Member, Elections, Public Opinion and Voting Behavior, 1998-2000
Election Science and Reform Association
    Program Chair, ESRA First Annual Conference, Portland, OR, July 26-28, 2017
Southern Political Science Association
    V.O. Key Book Award Committee 2017-18
    Program Committee, 2016
    Nominations Committee, 2016
    Editorial Board Member, *Journal of Politics*, 2009-2013
    Chair, Best Article in *Journal of Politics* 2015
American Association for Public Opinion Research
International Society for Political Psychology
Western Political Science Association
    Politics, Groups and Identities Editor Search Committee 2015
    Committee on Professional Ethics, 2004-2005
    Member, Charles Redd Award Paper Committee, 2003-2004
    Program Committee, Political Parties, 2003-2004
    Chair, Betty Nesvold Women and Politics Award, 1999-2000
    Program Committee, Voting and Elections, 1998-1999
    Nomination Committee, 1999-2000
Midwest Political Science Association
    Section Chair, Political Behavior, 2019
    MPSA Pi Sigma Award Committee, Best Paper Presented at the Annual Meeting
        in 2015, 2015-16
    Best Paper by an Emerging Scholar Award Committee, 2006-2007
Society For Political Methodology
    Nomination Committee, 2019
    Chair, Emerging Scholar Award Committee 2017
    Associate Editor, *Political Analysis* 2017-2020.
    Member, Political Methodology Lifetime Career Award Committee 2014-15,
        2015-2016, 2016-17
    Member-at-large, Society for Political Methodology, 2014-17
    Section Chair, Political Methodology 2012
    Member, Long Range Planning Committee, 2010-2012
    Member, Committee on Undergraduate and Graduate Methods, Society for
        Political Methodology, 2008-2013
    Chair, Committee on Undergraduate and Graduate Methods, Society for Political
        Methodology, 2006-2007
    Member, Nomination Committee, 2018-2019
Southwestern Political Science Association
    President, 2006-2007
    President Elect, 2005-2006
    Southwestern Social Science Association Nomination Committee, 2002-2005,
        Nomination Committee Chair 2003-2004, 2004-2005
    Nomination Committee Chair, 2002-2003, 2003-2004

Nomination Committee, 2001-2004
Vice President and Program Chair, 2001-2002
Vice President Elect, 2000-2001
Chair, Pi Sigma Alpha Award for Best Paper, Political Science Program, 2000
Council Member, 1999-2000
Program Committee, Political Parties and Interest Groups, 1997
Election Verification Network

Other Service:
Reviewer, Tenure and Promotion files, University of Kentucky, University of Georgia, Colorado State University, University of North Carolina-Charlotte, University of Texas Austin, Kent State University, American University, University of North Texas, University of New Hampshire, Auburn University, Tufts University, University of Florida, Texas Tech University

OTHER EXPERIENCE:

Expert Witness, Voto Latino, et al. v. Hobbs, No 2:19-cv-05685-DWL 2020
KOB-TV Election Analyst 2016-Present
Expert Witness, *Holmes, et al. v. Moore, et al.*, No. 18-cv-15292 (Wake Cnty. Sup. Ct.), 2019-2020
Exit Poll Analysis, Las Cruces Municipal Election 2019
Expert Witness, *Curling, et al. v. Brian Kemp, et al.*, *C.A. No. 1:17-CV-2989-AT*, 2018
Expert Witness, *Greater Birmingham Ministries, et al., v. John Merrill, C.A. No. 2:15-cv-02193-LSC*, 2015-2018
Exit Poll, Santa Fe Municipal Election 2017
Consultant, IFC, Election Administration and Voting Survey, Election Administration Commission, 2014-16
Consultant, Fors Marsh Group, Overseas Voter Project, 2015-17
Expert Witness, *Fleming et al. v. Gutierrez, et al.*, 1:13-cv-00222 WJ-RHS (D. N.M., 2014)
Expert Report, *Baca v. Berry*, No. 13CV0076, 2014 WL 11430906 (D. N.M. Aug. 29, 2014)
Consultant, SBG & FMG, Federal Voting Assistance Program, 2013-15
Expert Witness, Bernalillo County Metropolitan Detention Center, October 2012
Consultant, Penny Adrian for Judge, Summer 2006
Consultant, Duran, Giles and Rappaport vs The City of Albuquerque, Summer 2001
Consultant, Modrall, Sperling, Roehl, Harris and Sisk, September-November, 1999
Expert Witness: The People versus Nathan Dunlap, Change of Venue Motion, 1995
Public Opinion Research Analyst, various election campaigns, 1994, Talmey-Drake Research and Strategy, Inc.  Paul Harstedt, Project Director, Boulder, Colorado