Roopali H. Desai (024295)
D. Andrew Gaona (028414)
Kristen Yost (034052)
**COPPERSMITH BROCKELMAN PLC**
2800 North Central Avenue, Suite 1900
Phoenix, Arizona 85004
T: (602) 381-5478
rdesai@cblawyers.com
agaona@cblawyers.com
kyost@cblawyers.com

*Attorneys for Defendant Arizona Secretary of State*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Katie Hobbs, in her official capacity as Arizona Secretary of State, et al., <br><br> Defendants. <br><br> State of Arizona, et al. <br><br> Intervenor Defendants. | No. CV-20-01143-PHX-DLR <br><br> **DEFENDANT ARIZONA SECRETARY OF STATE'S RESPONSE TO MOTION FOR PRELIMINARY INJUNCTION** |

In response to Plaintiffs' Motion for Preliminary Injunction [Dkt. 2], Defendant Katie Hobbs, in her official capacity as Arizona Secretary of State, states that (1) she takes a nominal position, and (2) she provided the parties with relevant facts and information regarding Plaintiffs' claims through her discovery responses.

Respectfully submitted this 3rd day of August, 2020.

                                **COPPERSMITH BROCKELMAN PLC**

                                By  s/ Roopali H. Desai
                                    Roopali H. Desai
                                    D. Andrew Gaona
                                    Kristen Yost

*Attorneys for Defendant Arizona Secretary of State Katie Hobbs*

{00508076.1 }