UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| The Arizona Democratic Party, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>Katie Hobbs, et al.,<br><br>　　　　　Defendants,<br><br>　and<br><br>State of Arizona, Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc.,<br><br>Intervenor-Defendants. | No. CV-20-1143-PHX-DLR<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE CERTAIN OPINIONS OF LONNA ATKESON** |

　　　The Court, having considered Plaintiffs' Motion to Strike Certain Opinions of Lonna Atkeson, and good cause appearing therefore,

　　　IT IS ORDERED that Plaintiffs' Motion to Strike Certain Opinions of Lonna Atkeson is GRANTED. Paragraphs 55-62, 72-76, and 94 are STRICKEN from Professor Atkeson's Report.