# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

## CIVIL EXHIBIT LIST

☒ Evidentiary Hearing          ☒ Non-Jury Trial          ☐ Jury Trial

Arizona Democratic Party, et al.  vs.  Katie Hobbs, et al.          CV-20-01143-PHX-DLR

☐ PLAINTIFF                                    ☒ DEFENDANT

| Exhibit No. | Marked | Admitted | Description |
|---|---|---|---|
| 101 | | 8/18/20 EXCEPT ⁋ 55-62, 72-74 & 94 | 8/3/20 Expert Report of Professor Lonna Atkeson |
| 102 | | 8/18/20 | Apache County Recorder, Edison Wauneka's Response to the State's First Set of Interrogatories and RFP |
| 103 | | 8/18/20 | Problem Ballot Control Sheet (Apache County) |
| 104 | | 8/18/20 | Coconino County Recorder's Response to State's First Set of interrogatories, RFA, and RFP |
| 105 | | 8/18/20 | Suzanne Saniz' Answers to State's First Set of interrogatories, RFA, and RFP (Santa Cruz County) |
| 106 | | 8/18/20 | Suzanne Sainz' Verification of Answers |
| 107 | | 8/18/20 | Declaration of Christopher J. Roads |
| 108 | | 8/18/20 | 2020-06-26 – No signatures 2012-2018.xlsx (Pima County) |
| 109 | | 8/18/20 | Citizens Clean Elections Commission - Vote By Mail *available at* https://www.azcleanelections.gov/en/how-to-vote/early-voting/vote-by-mail |
| 110 | | 8/18/20 | Bylaws of the Arizona Democratic Party, as Restated and Amended May 30, 2020 |
| 111 | | 8/18/20 | The Charter & The Bylaws of the Democratic Party of the United States, August 25, 2018 |
| 112 | | 8/18/20 | AZ Dems membership website available at https://secure.actblue.com/donate/activate-membership?refcode=web_home&amount=25&recurring=1 |

| Exhibit No. | Marked | Admitted | Description |
|---|---|---|---|
| 113 | | 8/18/20 | 12-19-19 Email from Katie Hobbs to Herschel Fink |
| 114 | | 8/18/20 | 8-2-19 Email from Chris Roads to Sambo Dul |