# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> Katie Hobbs, et al., <br><br>    Defendants. | **NO. CV-20-01143-PHX-DLR** <br><br> **JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed September 10, 2020, judgment is entered in favor of plaintiffs and against defendants and this case is hereby dismissed.

                                                Debra D. Lucas
                                                District Court Executive/Clerk of Court

September 10, 2020

                                                s/ L. Dixon
                                       By   Deputy Clerk