**MARK BRNOVICH**
**ATTORNEY GENERAL**
Joseph A. Kanefield (No. 15838)
  *Chief Deputy & Chief of Staff*
Brunn ("Beau") W. Roysden III (No. 28698)
  *Solicitor General*
Drew C. Ensign (No. 25463)
Michael S. Catlett (No. 25238)
  *Deputy Solicitors General*
Jennifer J. Wright (No. 27145)
Robert J. Makar (No. 33579)
Anthony R. Napolitano (No. 34586)
  *Assistant Attorneys General*
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for State of Arizona*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party, et al., <br>             Plaintiffs, <br> vs. <br> Katie Hobbs, et al., <br>             Defendants, <br>             and <br> State of Arizona, <br>             Intervenor-Defendant. | Case No: 2:20-cv-01143-DLR <br><br> **STATE'S NOTICE OF APPEAL** |

**NOTICE OF APPEAL**

Pursuant to 28 U.S.C. §§ 1291 and 1292, the State of Arizona hereby appeals to the United States Court of Appeals for the Ninth Circuit from the final judgment entered on September 10, 2020 (Doc. 115) and any orders entered in this action, including the order entered in this action on September 10, 2020 (Doc. 114), granting in part Plaintiffs' motion to preclude and granting Plaintiffs' request for a permanent injunction.

Respectfully submitted this 10th day of September, 2020.

MARK BRNOVICH
ATTORNEY GENERAL

By: s/ Michael S. Catlett
Joseph A. Kanefield (No. 15838)
  *Chief Deputy & Chief of Staff*
Brunn ("Beau") W. Roysden III (No. 28698)
  *Solicitor General*
Drew C. Ensign (No. 25463)
Michael S. Catlett (No. 25238)
  *Deputy Solicitors General*
Jennifer J. Wright (No. 27145)
Robert J. Makar (No. 33579)
Anthony R. Napolitano (No. 34586)
  *Assistant Attorneys General*
2005 N. Central Avenue
Phoenix, Arizona 85004
Telephone: (602) 542-5200
Drew.Ensign@azag.gov

*Attorneys for State of Arizona*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of September, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

 s/ *Michael S. Catlett*
Michael S. Catlett

*Attorney for State of Arizona*