Thomas R. McCarthy (*pro hac vice*)
tom@consovoymccarthy.com
Cameron T. Norris (*pro hac vice*)
cam@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209

Patrick Strawbridge (*pro hac vice*)
patrick@consovoymccarthy.com
CONSOVOY MCCARTHY PLLC
Ten Post Office Square, 8th Floor South PMB #706
Boston, Massachusetts 02109
Tel: (703) 243-9423

Kory Langhofer (Ariz. Bar No. 024722)
kory@statecraftlaw.com
Thomas Basile (Ariz. Bar No. 031150)
tom@statecraftlaw.com
STATECRAFT PLLC
649 North Fourth Avenue, Suite B
Phoenix, Arizona 85003
Tel: (602) 382-4078
*Counsel for Intervenors Republican National Committee,* et al.

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| The Arizona Democratic Party, *et al.*, | No. 2:20-cv-01143-DLR |
| Plaintiffs, | |
| v. | **NOTICE OF APPEAL** |
| Katie Hobbs, *et al.*, | |
| Defendants, | |
| and | |
| State of Arizona, *et al.* | |
| Intervenor-Defendants. | |

1

Notice is hereby given that Intervenors-Defendants Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc. hereby appeal to the United States Court of Appeals for the Ninth Circuit from the order and judgment (Doc. 114 and Doc. 115) entered in this action on the 10th day of September, 2020.

Dated: September 11, 2020

STATECRAFT PLLC

By:   /s/Thomas Basile
Kory Langhofer
Thomas Basile
649 North Fourth Avenue, First Floor
Phoenix, Arizona 85003

CONSOVOY MCCARTHY PLLC

By:   /s/Patrick Strawbridge (with permission)
Patrick Strawbridge (*pro hac vice*)
Ten Post Office Square
8th Floor South PMB #706
Boston, Massachusetts 02109

Thomas R. McCarthy (*pro hac vice*)
Cameron T. Norris (*pro hac vice*)
1600 Wilson Blvd., Ste. 700
Arlington, Virginia 22209

*Attorneys for Intervenors Republican National Committee, Arizona Republican Party, and Donald J. Trump for President, Inc.*

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I caused the foregoing document to be electronically transmitted to the Clerk's Office using the CM/ECF System for Filing, which will send notice of such filing to all registered CM/ECF users.

By:   /s/Thomas Basile
      Thomas Basile