# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Arizona Democratic Party, et al., | No. CV-20-01143-PHX-DLR |
| Plaintiffs, | **ORDER** |
| v. | |
| Katie Hobbs, et al., | |
| Defendants. | |

On December 8, 2021, the Ninth Circuit Court of Appeals vacated this Court's September 10, 2020 permanent injunction and remanded with instructions to enter judgment for Defendants. The Ninth Circuit's mandate issued on December 30, 2021. (Doc. 127.) Accordingly,

**IT IS ORDERED** that judgment is hereby entered in favor of Defendants. This case remains closed.

Dated this 3rd day of January, 2022.

Douglas L. Rayes
United States District Judge